IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DAVID JOSEPH CERNANCE,

Plaintiff,

vs.

CARMAX AUTO SUPERSTORES, INC.,

Defendant.

CIVIL ACTION FILE NO.:

(Removed from the Superior Court of Pickens County, Georgia, Civil Action File No. 2025SUCV0721)

**DEFENDANT CARMAX AUTO SUPERSTORES, INC.'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA, GAINESVILLE DIVISION**

COMES NOW defendant CARMAX AUTO SUPERSTORES, INC. ("CarMax") and, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby files its notice of removal of this case to the United States District Court for the Northern District of Georgia, Gainesville Division.  In support thereof, CarMax shows this Court as follows:

1.

On November 7, 2025, plaintiff commenced this action by filing a verified complaint in the Superior Court of Pickens County, Georgia, which county is within the United States District Court of the Northern District of Georgia and the Gainesville Division of this Court.  The lawsuit was styled as above and was numbered as Civil Action File No. 2025SUCV0721.  A true and correct copy of

the summons and verified complaint are attached to this notice of removal as Exhibits 1 and 2, respectively.

2.

On November 13, 2025, CarMax was served with the summons and verified complaint by delivery of same to the office of its registered agent for service of process in Georgia.  A true and correct copy of the Sheriff's Entry of Service is attached to this notice of removal as Exhibit 3.

3.

On or about December 3, 2025, CarMax was served with plaintiff's first amended complaint by delivery to the office of its registered agent for service of process in Georgia.  A true and correct copy of plaintiff's amended complaint and the Sheriff's Entry of Service related to same are attached to this notice of removal as Exhibits 4 and 5, respectively.

4.

CarMax has properly filed its notice of removal of this case to the United States District Court for the Northern District of Georgia, Gainesville Division, within thirty (30) days of service of the initial complaint upon CarMax.  As such, CarMax has timely filed this notice of removal.  28 U.S.C. § 1446(b)(1).

-2-

5.

Plaintiff is a citizen and resident of the State of Georgia.  (Ex. 2, V. Compl. ¶ 1).

6.

For diversity purposes, a corporation is considered a citizen of (1) its state of incorporation and (2) the state where its principal place of business is located.  28 U.S.C. § 1332(c)(1).  CarMax is incorporated in the State of Virginia and has its principal place of business in the State of Virginia.  (Ex. 7, Georgia Secretary of State 2025 Annual Registration for CarMax.)  Thus, it is a citizen of the State of Virginia.

7.

As such, there is complete diversity of citizenship between plaintiff (State of Georgia) and CarMax (State of Virginia) in this action.

8.

In his complaint and amended complaint, plaintiff has asserted claims against CarMax sounding in fraudulent misrepresentation, breach of contract, violation of the Georgia Fair Business Practices Act, and punitive damages arising out of issues that he purportedly experienced with a 2018 RAM 2500 that he purchased from CarMax in or about August 2024.  (Exs. 2 and 4, generally.)

9.

In connection with these claims, plaintiff seeks to recover damages from CarMax for, among other things, past and future repairs to the subject vehicle, lost business income, emotional distress, treble damages, and attorneys' fees and litigation costs. (Exs. 2 and 4, generally.)

10.

Specifically, plaintiff alleges that he seeks to recover actual damages in the amount of $92,194.00. (Ex. 2, V. Compl., ¶ 23). However, he has set forth specific loss allegations – including for purported past repair costs ($3,261.34), warranty repairs ($1,358.03), future repair costs ($5,000.00), purchase price of the subject vehicle ($45,000.00), lost business income ($47,008.50), and emotional distress ($7,500.00) – all of which total $109,127.87. (*Id.* ¶¶ 17-22).

11.

Plaintiff also seeks to recover treble damages from CarMax pursuant to O.C.G.A. § 10-1-399(a), in the amount of $276,582.00. (Ex. 2, V. Compl.. Prayer for Relief).

12.

Here, given the nature of the damages alleged in the complaint and relief sought, the amount in controversy exceeds $75,000.00, exclusive of interest and costs. *See* 28 U.S.C. § 1446 (c)(2) ("If removal of a civil action is sought on the

basis of the jurisdiction conferred by section 1332(a), the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy . . . ."); *Holley Equipment Co. v. Credit Alliance Corp.*, 821 F.2d 1531, 1535 (11th Cir. 1987) ("When determining the jurisdictional amount in controversy in diversity cases, punitive damages must be considered . . . unless it is apparent to a legal certainty that such cannot be recovered.").

13.

Therefore, this action is one over which this Court has original diversity jurisdiction pursuant to 28 U.S.C. § 1332 because (i) plaintiff and defendant are citizens of different states, and (ii) the amount in controversy exceeds $75,000, exclusive of interest and costs.

14.

Venue is proper in this Court under 28 U.S.C. § 1441 because this District Court and Division include the location where the Superior Court action is pending, i.e., Pickens County, Georgia.

15.

Attached hereto as Exhibits 1 through 6, and incorporated by reference, are true and correct copies of the process, pleadings, and orders that have been served upon CarMax:

(1)     Summons,

-5-

(2)   Verified Complaint and Supporting Exhibits,

(3)   Sheriff's Entry of Service (November),

(4)   Plaintiff's First Amended Complaint,

(5)   Sheriff's Entry of Service (December), and

(6)   Motion to Submit Affidavit and Exhibits in Support of Complaint.

16.

In accordance with 28 U.S.C. § 1446(d), CarMax will give written notice of the filing of this notice of removal to the adverse party as required by law.

17.

In accordance with 28 U.S.C. § 1446(d), CarMax will file a copy of this notice of removal with the Clerk of Court for the Superior Court of Pickens County, Georgia.

WHEREFORE, defendant CarMax Auto Superstores, Inc. requests that the Superior Court of Pickens County, Georgia, cease further proceedings with Civil Action File No. 2025SUCV0721, and that the case be, and hereby is, removed from the Superior Court of Pickens County, Georgia, to the United States District Court for the Northern District of Georgia, Gainesville Division.

This 5th day of December, 2025.

/s/ Sean E. Boyd
John L. McKinley, Jr.
Georgia Bar No. 495513
Sean E. Boyd

-6-

-7-

Georgia Bar No. 302874

Attorneys for defendant
CarMax Auto Superstores, Inc.

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
jmckinley@mfllaw.com
sboyd@mfllaw.com