# EXHIBIT 1

**IN THE SUPERIOR COURT OF** Picken1 **COUNTY**

**STATE OF GEORGIA**

DAVID Joseph CERNANCE
**Plaintiff**

Civil Action No. 2025 SUCV-721

**v.**

CarMax Auto Superstores Inc
**Defendant**

**SUMMONS**

TO THE ABOVE NAMED DEFENDANT:

    You are hereby required to file with the Clerk of said Court and serve upon the plaintiff or plaintiff's attorney, whose name, address and email address are:

DAVID Joseph CERNANCE

616 Hickory Cove Rd

Jasper GA 30143

an answer to the complaint which is hereby served on you. Your must make your answer within 30 days after service of this summons upon you. This time excludes the day of service. If you fail to answer, the court will issue a default judgement against you for the relief sought in the complaint.

This 7th day of ___Nov___, 20 25

[Clerk's Name]
Clerk of Superior Court

By _Jennifer E. Jordan_
Deputy Clerk

[Attach addendum sheet for additional parties, if needed. You must make a notation on this sheet if used.]

SC-1
Rev'd 01/25