# EXHIBIT 2

### IN THE SUPERIOR COURT OF PICKENS COUNTY
### STATE OF GEORGIA

## VERIFIED COMPLAINT AND SUPPORTING EXHIBITS

**Plaintiff:**
David Joseph Cernance
616 Hickory Cove Road
Jasper, GA 30143
Phone: (817) 570-7097
Email: davidcernance@gmail.com

**Defendant:**
CarMax Auto Superstores, Inc.
12001 Tech Center Parkway
Richmond, VA 23238

**Civil Action File No.:** 2025 SU CV 721

**IN THE SUPERIOR COURT OF PICKENS COUNTY**
**STATE OF GEORGIA**

**DAVID JOSEPH CERNANCE,**
Plaintiff,

v.

**CARMAX AUTO SUPERSTORES, INC.,**
Defendant.

**Civil Action File No.:** 2025 SUCV 721

## VERIFIED COMPLAINT FOR DAMAGES

Plaintiff David Joseph Cernance, appearing pro se, respectfully submits this Verified Complaint for Damages against Defendant CarMax Auto Superstores, Inc., and alleges as follows:

## I. PARTIES

1.  Plaintiff is a resident of Jasper, Georgia, and sole proprietor of Stump Brothers.
2.  Defendant is a licensed automobile dealership headquartered in Richmond, Virginia, and authorized to do business in Georgia.

## II. JURISDICTION AND VENUE

3.  Jurisdiction is proper under O.C.G.A. § 15-7-2.
4.  Venue is proper in Pickens County under O.C.G.A. § 9-10-30.

## III. FACTUAL ALLEGATIONS

5.  On May 16, 2024, Plaintiff purchased a 2018 RAM 2500 from Defendant for approximately $45,000, with 7,807 miles.
6.  By August 7, 2024, at 12,932 miles, the vehicle suffered mechanical failure due to a rusted fan clutch.
7.  The mechanic described the rust as "like cancer," indicating pervasive structural damage.

8. Additional repairs were required at Jasper Paint & Body, Crenshaw Auto, and Turner Tire, totaling over $4,261.34.
9. The vehicle was kept in a clean, enclosed garage and maintained in immaculate condition.
10. Rust damage was pre-existing and undisclosed at the time of sale.
11. CarMax's return window expired before the failure occurred.
12. Business branding and modifications disqualified the vehicle from return.
13. Plaintiff suspended his stump removal business and accepted employment at Piedmont Mountainside Hospital.
14. Complaints were filed with the BBB and Georgia Attorney General.
15. CarMax offered a vague verbal resolution but refused written clarification.
16. Plaintiff suffered substantial financial and operational harm.

## IV. DAMAGES

17. Plaintiff incurred paid repairs totaling **$3,261.34**, including:

- **$1,689.27** paid to **Crenshaw Automotive** toward a brake system repair estimate of $4,685.45
- **$1,572.07** paid to **Turner Tire** for tire replacement prior to brake failure diagnosis
- **$1,000.00 paid to Jasper Paint**

18. Additional repairs totaling **$1,358.03** were performed under warranty:

- **$729.29** paid by **MaxCare Insurance**
- **$628.74** paid by **CarMax Roswell**, the selling dealer, after Plaintiff requested that they take the truck back and they refused

19. Future repairs are estimated to exceed **$5,000.00**, based on ongoing rust-related damage affecting the **frame, suspension**, and **braking systems**, as documented in mechanic assessments and repair estimates.
20. Plaintiff paid approximately **$45,000.00** toward the purchase of the vehicle, including a **$20,000.00 down payment**, and remains liable for a loan balance of **over $18,000.00**, despite the vehicle's compromised condition and inability to support business use.
21. Plaintiff suffered lost business income totaling **$47,008.50**, due to the suspension of his **stump removal operations**, which relied on the safe and functional use of the vehicle.
22. Plaintiff experienced emotional distress, including **anxiety, disruption of livelihood**, and **reputational harm**, valued at **$7,500.00**, resulting from the sale of a vehicle with undisclosed defects and the refusal of the dealer to take it back.
23. **Total actual damages claimed: $92,194.00**

## V. CAUSES OF ACTION

### Count I – Fraudulent Misrepresentation

24. Defendant knowingly or recklessly failed to disclose material defects, including rust damage that rendered the vehicle unsafe and unfit for business use.

### Count II – Breach of Contract

25. Defendant breached its obligation to deliver a merchantable vehicle suitable for commercial use, violating express and implied terms of the sales agreement.

### Count III – Violation of Georgia Fair Business Practices Act (O.C.G.A. § 10-1-390 et seq.)

26. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.
27. Defendant CarMax Auto Superstores, Inc. engaged in deceptive trade practices in violation of the Georgia Fair Business Practices Act by:

- Concealing extensive rust damage affecting critical vehicle systems, including the frame, suspension, braking components, and engine
- Failing to disclose known defects at the time of sale despite internal inspection and knowledge
- Misrepresenting the vehicle as clean and mechanically sound based on surface appearance and low mileage
- Refusing to provide a written resolution or honor the return policy after Plaintiff requested that the vehicle be taken back

28. On September 19, 2025, Plaintiff issued written notice to Defendant describing the deceptive conduct and reserving all rights under Georgia law. This notice was delivered more than 30 days prior to filing suit and is attached as **Exhibit Q – FBPA Notice and Escalation Record**.
29. Defendant's conduct was intentional and willful, constituting a violation of O.C.G.A. § 10-1-399(c). Plaintiff seeks:

- **Treble damages** pursuant to O.C.G.A. § 10-1-399
- **Attorney's fees and litigation costs**
- Any other relief deemed just and proper by the Court

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

A. Enter judgment in favor of Plaintiff in the amount of **$92,194.00** in actual damages; B. Award **treble damages totaling $276,582.00** pursuant to O.C.G.A. § 10-1-399(a) for willful violation of the Georgia Fair Business Practices Act; C. Grant costs of litigation and any other relief the Court deems just and proper.

## VII. AFFIDAVIT

I, **David Joseph Cernance**, affirm under penalty of perjury that the facts stated in this Verified Complaint and the attached exhibits are true and correct to the best of my knowledge.

I further affirm that the rust damage was pre-existing and undisclosed, and that it caused substantial financial harm, including the suspension of my stump removal business and the need to accept employment at Piedmont Mountainside Hospital.

Executed this ___6__ day of __November__, 2025.

Signature:_____ **Printed Name:** David Joseph Cernance