# EXHIBIT 3

## SHERIFF'S ENTRY OF SERVICE

PICKENS County, Georgia

Civil Action No. 2025 SU CV 721

Date Filed 11/7/25

Superior Court ☒

State Court ☐

David Joseph CERNANCE
_____
Plaintiff(s)

V.

Carmax Auto Superstores Inc.
_____
Defendant(s)

_____
Garnishee

Attorney's address and email

DAVID CERNANCE

616 Hickory Cove Rd

Jasper GA 30143

Name and Address of Party to be served

CarMax Auto Super Stores Inc
2 Sun Court Suite 400
Peachtree Corners, GA 30092

☐ **(PERSONAL)** I have this day served the defendant _____ personally with a copy of the within action and summons and complaint.

☐ **(NOTORIOUS)** I have this day served the defendant _____ by leaving a copy of the action and summons and complaint at the defendant's most notorious place of abode in this county.

I delivered the summons and complaint into hands of _____ described as follows: Age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

☐ **(CORPORATION)** I served the defendant _____, a corporation, by leaving a copy of the within action and summons and complaint with _____ in charge of the corporation's office and place of doing business of said corporation in this county.

☐ **(TACK & MAIL)** I have this day served the above styled affidavit and summons on the defendant by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant to answer said summons at the place stated in the summons.

☐ **(NON EST)** I made a diligent search, and I did not find the defendant _____ in the jurisdiction of this Court.

This _____ day of _____, 20____.

_____
Deputy Sheriff

SC-2
Rev'd 10/25