# EXHIBIT 5

Civil Action No. _2025SUCV721_

Date Filed _____

Magistrate Court ☐
Superior Court ☐
State Court ☐
**Georgia, Gwinnett County**

_DAVID Joseph CERNANCE_

_____ **Plaintiff**

VS.

_Carmay Auto Superstores INC_

Attorney's Address

_DAVID CERNANCE_
_817-570-7097_

_____ **Defendant**

Name and Address of party to be served.
_2 Sun Court    Suite 400_
_Peachtree Corners GA 30092_

_____ **Garnishee**

## Sheriff's Entry Of Service

**Personal** ☐  I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐  I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation** ☑  Served the defendant _(illegible handwriting)_ a corporation by leaving a copy of the within action and summons with _(illegible handwriting)_ in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐  I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐  Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _11_ day of _____, 20 _15_.

_____
**Deputy**

Sheriff Docket _____  Page _____

_____
**Gwinnett County, Georgia**

WHITE: Clerk      CANARY: Plaintiff / Attorney      PINK: Defendant

SC-2 Rev.3.13