# EXHIBIT 6

## IN THE SUPERIOR COURT OF PICKENS COUNTY
### STATE OF GEORGIA

**DAVID JOSEPH CERNANCE,**
Plaintiff,

v.

**CARMAX AUTO SUPERSTORES, INC.,**
Defendant.

**Civil Action File No.:** 2025 SU CV 721

## MOTION TO SUBMIT AFFIDAVIT AND EXHIBITS IN SUPPORT OF COMPLAINT

COMES NOW the Plaintiff, **David Joseph Cernance**, and respectfully moves this Honorable Court to accept and enter into the record the attached **Affidavit** and **Exhibits A through R** in support of the Verified Complaint for Damages.

These materials provide verified documentation of:

- Mechanical failure and rust-related damage
- Paid and estimated repair costs
- Business income loss and employment transition
- Loan obligations and emotional distress
- Communications with CarMax and consumer protection agencies

WHEREFORE, Plaintiff prays that this Court accept the attached affidavit and exhibits as evidence in support of the Verified Complaint and consider them in determining liability and relief.

Respectfully submitted this ___6___ day of ___November___, 2025.

**Signature:** _David Cernance_
**Printed Name:** David Joseph Cernance
**Address:** 616 Hickory Cove Road, Jasper, GA 30143
**Phone:** (817) 570-7097
**Email:** davidcernance@gmail.com
**Pro Se Plaintiff**

**EXHIBIT INDEX**
**Plaintiff: David Joseph Cernance**
**Defendant: CarMax Auto Superstores, Inc.**
**Civil Action File No.:** _____

## Exhibits Submitted in Support of Verified Complaint:

- **Exhibit A** – Purchase Agreement
- **Exhibit B** – Mechanic Report – Rear Differential Failure
- **Exhibit C** – Rust Documentation (photos and notes)
- **Exhibit D** – BBB Complaint
- **Exhibit E** – Paid Repair Receipts
- **Exhibit F** – Future Repair Estimate
- **Exhibit G** – Business Income Records
- **Exhibit H** – Loan Statement
- **Exhibit I** – Emotional Distress Statement
- **Exhibit J** – BBB Correspondence Summary
- **Exhibit L** – MaxCare Warranty and Claim Denial
- **Exhibit M** – Odometer Disclosure Statement
- **Exhibit N** – Brake Failure and Partial Repairs
- **Exhibit O** – CarMax Buyer's Guide and Warranty Disclosure
- **Exhibit P** – CarMax 10-Day Money Back Guarantee
- **Exhibit Q** – FBPA Notice and Escalation Record
- **Exhibit R** – Attorney General Complaint and Acknowledgement

# Exhibit A – Purchase Agreement

**EXHIBIT A**
**Purchase Agreement**

This exhibit contains a copy of the signed purchase agreement between David Joseph Cernance and CarMax Auto Superstores, Inc., dated May 16, 2024, for the sale of a 2018 RAM 2500. The agreement reflects the purchase price of approximately $45,000 and includes the vehicle's mileage at the time of sale (7,807 miles).

# CARMAX

## USED VEHICLE BUYER'S ORDER AND BILL OF SALE

11450 ALPHARETTA HWY
ROSWELL, GA 30076

In this Used Vehicle Buyer's Order and Bill of Sale ("Contract"), the words "you" and "your" means anyone signing this Contract as a Buyer or Co-Buyer. The words "CarMax," "we," "us," and "our" means the Seller, CarMax Auto Superstores, Inc.

Buyer  DAVID JOSEPH CERNANCE
_____
Name

1075 W CHURCH SOU
Address

JASPER, GA 30143
Zip Code

Co-Buyer  N/A
_____
Name

N/A
Address

N/A
Zip Code

N/A
Address

N/A
Zip Code

You are purchasing this used vehicle (the "Vehicle"):

Year: 2018    Make: RAM
Model: 2500    Body Style: 2D REGULAR CAB
Stock No.: 25819443    Mileage: 7,807
VIN: 3C6MR5AJ6JG347736

Liability Insurance is not included. You attest that you currently maintain or have arranged for at least the minimum motor vehicle liability insurance required by state law with this insurance company:

Insurance Co. STATE FARM
Policy No. D421254F2811    Eff. Date 05/16/2024
Agent Name STATE FARM    Phone (770) 692-6920
Address N/A
City/State/Zip N/A

A Trade-In Credit is being credited for the following vehicles ("Trade-In"):

Year: N/A    Make: N/A
Model: N/A    Body Style: N/A
VIN: N/A    Mileage: N/A

Year: N/A    Make: N/A
Model: N/A    Body Style: N/A
VIN: N/A    Mileage: N/A

**Limited Warranty:** The Vehicle is covered by CarMax's Limited Warranty for 90 days or 4,000 miles, whichever comes first. The Limited Warranty is part of this Contract. Please read the Limited Warranty for important details.

**Limitation of Warranties:** CARMAX MAKES NO EXPRESS WARRANTIES OTHER THAN THE LIMITED WARRANTY. TO THE EXTENT PERMITTED BY LAW, ANY AND ALL IMPLIED WARRANTIES, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS, APPLICABLE TO THE VEHICLE AND PRODUCTS SOLD HEREUNDER ARE LIMITED TO THE DURATION OF THE LIMITED WARRANTY. To the extent permitted by law, CarMax shall not be liable for any damages relating to the loss of use of the Vehicle or products, loss of time, inconvenience or commercial loss, or any other incidental or consequential damages. Any and all warranties are extended only to the original purchaser(s). SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.
SOME STATES DO NOT ALLOW FOR THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

| ITEMIZATION OF PURCHASE | | |
|---|---|---|
| 1. Base Price of Vehicle | $ | 37,998.00 |
| 2. Accessories | $ | 0.00 |
| 3. Additional Charges | | |
| a. Optional Extended Service Contract | $ | 3,469.00 |
| b. N/A | $ | 0.00 |
| c. GA Title Fee | $ | 18.00 |
| d. N/A | $ | 0.00 |
| e. N/A | $ | 0.00 |
| f. GA Transfer Plate Fee | $ | 5.00 |
| g. TAVT Fee | $ | 2,659.86 |
| h. N/A | $ | 0.00 |
| i. N/A | $ | 0.00 |
| j. N/A | $ | 0.00 |
| k. N/A | $ | 0.00 |
| l. N/A | $ | 0.00 |
| m. N/A | $ | 0.00 |
| n. N/A | $ | 0.00 |
| o. N/A | $ | 0.00 |
| Total Additional Charges | $ | 6,141.86 |
| 4. Total Contract Price (1 + 2 + 3) | $ | 44,139.86 |
| 5. Trade-In Allowance | | |
| a. Total Trade-In Credit Amount | $ | 0.00 |
| b. Amount of Trade-In to Buyer | $ | 0.00 |
| c. Discharge of Lien on Trade-In | $ | 0.00 |
| To: N/A    $    0.00 | | |
| To: N/A    $    0.00 | | |
| d. Applied Equity to Purchase (5a - 5b - 5c) | $ | 0.00 |
| e. Remaining Liability for Trade-In to CarMax where 5c is greater than 5a | $ | 0.00 |
| 6. Total Contract Amount Due ((4 + 5e) - 5d) | $ | 44,139.86 |
| 7. Payments Made Toward Purchase | | |
| a. Down Payment | $ | 20,000.00 |
| b. N/A | $ | 0.00 |
| c. N/A | $ | 0.00 |
| Total Payments Made Toward Purchase (a + b - c) | $ | 20,000.00 |
| 8. Other Credits | | |
| a. N/A | $ | 0.00 |
| 9. Net Balance Due from the Buyer (6 - (7 + 8a)) | $ | 24,139.86 |

Cash N/A  Financed  X  Finance Co. CarMax Business Services, LLC

**SAFETY RECALLS: YOU ACKNOWLEDGE THAT YOU HAVE REVIEWED THE SAFETY RECALL STATUS BEFORE PURCHASE OF THE VEHICLE. CARMAX URGES BUYER TO HAVE ANY SAFETY RECALL WORK DONE IMMEDIATELY FOLLOWING PURCHASE. CARMAX ASSUMES NO RESPONSIBILITY TO INSPECT FOR, REPAIR OR IMPLEMENT RECALLS.**
You acknowledge that you have reviewed a vehicle history report for the Vehicle. You also acknowledge that the Vehicle has the following prior uses, as known at the time of delivery, as:
N/A

By signing, you acknowledge reading the entire Contract (three pages), including any incorporated agreements and the Arbitration Provision, and agree to be bound by all of this Contract's terms and conditions. You certify to being 18 years of age or older and to receiving a fully completed copy of this Contract. This Contract is not binding upon either CarMax or you until signed by an authorized CarMax representative.

DAVID JOSEPH CERNANCE
BUYER SIGNATURE

05/18/2024
DATE

CO-BUYER SIGNATURE

DATE

Emerson Shuster
CARMAX AUTHORIZED REP. NAME

Order #: 833468
GA BO Rev. Date 05/18



Emerson Shuster
CARMAX AUTHORIZED REP. SIGNATURE
Reprint #: 0    DMS Tracking #: 3184669
05/18/2024 07:26 PM    MIS ID: 1000001

05/16/2024
DATE

PFF249
Legal CAA

# Exhibit B – Mechanic Report – Fan Clutch and Rust Damage

**EXHIBIT B**
**Mechanic Report – Fan Clutch and Rust Damage**

This exhibit includes the diagnostic report from **Tutton CDJR**, dated **August 7, 2024**, identifying failure of the **engine cooling fan clutch**, which was rusted solid and not releasing. The mechanic noted **substantial rust and corrosion** throughout the engine compartment, describing the condition as pervasive and requiring penetrating oil and heat to extract the damaged components.

The report documents:

**Source:** Tutton CDJR, Jasper, Georgia
**Date of Diagnostic Report:** August 7, 2024
**Vehicle:** 2018 RAM 2500 (VIN: 3C6MR5AJ6JG347736)
**Service Writer:** Caleb Phillips
**Invoice Number:** 23895

- **Fan clutch rusted together,** unable to disengage
- **Extensive corrosion** on metal components under the hood
- **Labor-intensive removal** of the clutch from the water pump hub
- **Installation of new fan clutch** to restore basic function
- **Total repair cost:** $1,462.04
    - **MaxCare Insurance paid:** $729.29
    - **CarMax Roswell paid:** $628.74 after refusing to take the truck back

## Timeline Correlation

- **Purchase Date:** May 16, 2024 (per signed contract and 10-Day Guarantee)
- **Date of Diagnostic Report:** August 7, 2024
- **Elapsed Time:** 83 days from purchase to diagnosis

The nature and extent of the rust — described by the mechanic as **"substantial"** and requiring extreme measures to remove — clearly indicate that the damage was **not new,** but **pre-existing** at the time of sale. This supports Plaintiff's claim that **CarMax concealed material defects,** and that the vehicle was **not merchantable or fit for business use** when sold.

# AFFIDAVIT OF DAVID JOSEPH CERNANCE

**STATE OF GEORGIA  COUNTY OF PICKENS**

Before me, the undersigned authority, personally appeared **David Joseph Cernance**, who being duly sworn, deposes and states as follows:

1. I am the Plaintiff in the above-captioned matter and the purchaser of the 2018 RAM 2500 referenced herein.
2. Attached hereto as **Exhibit B** is a true and correct copy of the diagnostic report issued by **Tutton CDJR** on **August 7, 2024**, regarding mechanical failure and rust damage to the vehicle.
3. The report documents that the **engine cooling fan clutch was rusted solid,** and that **substantial corrosion** was present throughout the engine compartment.
4. I purchased the vehicle from CarMax on **May 16, 2024,** and the rust damage diagnosed on August 7, 2024, was **not disclosed at the time of sale**.
5. I affirm that the attached report is authentic and was obtained directly from the servicing dealer.
6. I make this affidavit in support of my Verified Complaint and to establish that the rust damage was **pre-existing**, concealed, and materially affected the safety and value of the vehicle.

**FURTHER AFFIANT SAYETH NOT.**

_____ David Joseph Cernance Affiant

Sworn to and subscribed before me this _6_ day of _November_____,
2025. _Dana Vaughn_____Notary Public My Commission
Expires: _July 5, 2027_





**Tutton CDJR**
1050 Highway 515 South
Jasper, GA 30143
Service (706)692-6512 • Parts (706)692-6921

Page 1

| | | |
|---|---|---|
| **David Cernance** | A/R Number: | |
| 1075 W CHURCH ST | Customer Number: 86862 | |
| JASPER, GA 301434024 | PO Number: | |
| Phone (H):(817) 570-7097   Phone (W): | Auth Number: | |
| Phone (C):(817) 570-7097   Phone Oth: | Service Writer: Caleb Phillips | |
| Email:   Davidcernance@gmail.com | Estimate Amount: $ 177.36 | |
| Year/Make/Model: 2018 RAM 2500 (6.4L) | Terms & Conditions: | |
| VIN:   3C6MR5AJ6 JG347736 | Type of Sale: Retail | |
| License Number:   Color: | | |

Inv. Num **23895**
Printed: SEP 19 25 1:52 PM
Copy #   3
Date Opened: 08/07/24
Date Notified: 08/15/24
Date Delivered: 08/15/24
Date Complete: 08/16/24

| | |
|---|---|
| Stock Number: | Mileage In: 12932 |
| Tag Number:   CP | Mileage Out: 12945 |

*Customer Signature*

| Description | QtyOrd | Qty Del | Price | Ext Total | Grand Total |
|---|---|---|---|---|---|

**1. Customer statement of problem**
Engine Performance Concern [THERE IS A ROARING OR AIR RUSHING SOUND FROM THE ENGINE COMPARTMENT AND ENGINE RPMS ARE SPORADIC.]
*1 -- Cause/Action to Take*
DIAG - Engine cooling fan clutch rusted solid, not releasing.
*1 -- Correction/Action Taken*                                    1025
Cold start vehicle. Sounds normal on startup. Scan vehicle. No codes                                    942.03
present. Perform visual inspection under the hood. Nothing obvious found on initial inspection. Vehicle has substantial rust and corrosion on meatl components under the hood. Speak with advisor on concern, after calling the customer, found that noise is while driving vehicle. Perform test drive of vehicle. During test drive, found engine cooling fan is extremely loud and seems directly related to RPM. Perform inspection of fan assembly, found fan assembly rusted together solid. Can use fan to turn over engine by hand, no release of the clutch part of the fan. Will require substantial time, if even possible, to remove fan clutch from waterpump. Using penetrating oil and heat several different times, was able to extract bolts and free the clutch from waterpump hub without damage to pump. Install new fan clutch and perform test drive to verify repair. Vehicle is operating as designed at this time. FIDELITY AUTH W0023307A / TOTAL AUTH $729.29 / SEND TO: payme@jmagroup. com

| Part Number | Failed | Description | | | | |
|---|---|---|---|---|---|---|
| 68194962AA | | FAN CLUTCH | 1 | 1 | 416.00 | 416.00 |

Sub Total Parts                          416.00
SubTotal Job # 1                        1358.03

**2. Customer statement of problem**
PERFORM MULTI POINT INSPECTION
*1 -- Cause/Action to Take*
MPI - complimentary
*1 -- Correction/Action Taken*
inspection completed                                                                    0.00

# Exhibit C – Rust Documentation

**EXHIBIT C**
**Rust Documentation**

This exhibit includes photographic evidence and written observations detailing widespread rust damage affecting the vehicle's **undercarriage, suspension, frame, and mechanical components**. The images were captured following mechanical failure and reveal corrosion patterns that are **inconsistent with a vehicle of this age and mileage**. The documentation supports Plaintiff's claim that the rust was **pre-existing, concealed, and materially compromised the safety and integrity** of the vehicle

This exhibit documents the extent, progression, and impact of rust-related damage to the 2018 RAM 2500 purchased by Plaintiff David Joseph Cernance from CarMax Auto Superstores, Inc. on May 16, 2024. The evidence presented herein demonstrates that the rust is not confined to the undercarriage but has spread throughout critical mechanical and structural systems, materially affecting the safety, reliability, and value of the vehicle.

1. Tutton CDJR Diagnostic Report – August 7, 2024

Tutton CDJR identified that the **engine cooling fan clutch was rusted solid**, rendering it inoperable. The technician further noted **substantial corrosion throughout the engine compartment**, including components not typically exposed to surface rust under normal wear. This report was issued less than three months after the vehicle was sold, indicating the rust was **pre-existing and concealed** at the time of sale.

2. Crenshaw Automotive Estimate – November 3, 2025

Crenshaw Automotive conducted a comprehensive inspection and issued a repair estimate totaling $4,685.45. Their findings included:

- **Rust damage to the braking system**, including lines and components
- **Corrosion on the oil pan**
- **Frame rust** affecting structural integrity
- Additional mechanical deterioration consistent with long-term exposure

These findings confirm that the rust had **compromised multiple safety-critical systems**, well beyond cosmetic or surface-level corrosion.

3. Jasper Paint & Body – August 11, 2025

During bodywork performed by Jasper Paint & Body, technicians encountered **severe rust on the bumpers**, to the extent that **bolts were difficult to remove** due to corrosion. Plaintiff was informed of this directly by the shop and can testify to the condition as reported. This further supports that the rust was **not confined to the undercarriage** but had spread to **external and structural components**.

4. Plaintiff's Testimony and Observations

Plaintiff affirms that the rust damage is **systemic and progressive**, affecting the **engine, frame, braking system, oil pan, bumpers, and other critical areas**. The rust is **"traveling like cancer"** through the vehicle — a metaphor supported by mechanic reports and firsthand observations. Despite the vehicle's **low mileage (7,807 miles)** and clean surface appearance, the internal damage was extensive and concealed.

CarMax's inspection process prior to sale would have revealed these defects, yet the vehicle was sold for **$45,000.00**without disclosure. The rust damage materially affects the **safety, performance, and resale value** of the truck.

















# Exhibit D – BBB Complaint

**EXHIBIT D**
**BBB Complaint**

This exhibit contains a copy of the formal complaint submitted by David Joseph Cernance to the Better Business Bureau (BBB) regarding the sale of a defective 2018 RAM 2500 by CarMax Auto Superstores, Inc. The complaint outlines the undisclosed rust damage, mechanical failure, and CarMax's refusal to provide written resolution.

**Subject:** Formal Complaint and Demand for Remediation – CarMax Case #00937783

**To Whom It May Concern,**

I am filing this formal complaint against CarMax regarding the sale of a 2018 truck I purchased for $45,000. The vehicle was advertised and sold as being in "excellent condition." However, it was later discovered to have extensive rust damage underneath, which directly caused mechanical failure. This defect was never disclosed at the time of sale, nor was it identified in any inspection documentation provided to me.

After investing in custom graphics and branding for my business, the truck experienced mechanical failure. I brought the vehicle to **Tutton CDJR Jeep RAM in Jasper, Georgia,** where the rust-related damage was confirmed and repaired. The service documentation (Ref. No. 23895) includes:

- **Customer Statement of Problem**: Mechanical failure due to extensive rust underneath the vehicle.
- **Service Findings**: Technician confirmed that rust had compromised critical components, requiring immediate repair.
- **Repair Action**: Rust-related mechanical damage was addressed and corrected.

CarMax reimbursed me for the out-of-pocket mechanical repair. However, they refused to take further action to remediate the underlying rust damage or outsource the necessary restoration. When I inquired about the inspection process, I was informed the vehicle "passed inspection." I specifically asked whether this inspection was conducted by an independent third party not financially connected to CarMax, and was told it was not. This raises serious concerns about the objectivity and integrity of the inspection report.

On September 19, 2025, I made a verbal demand for resolution directly to CarMax Customer Relations Analyst David (ID #262215), who stated he was the final authority and that CarMax would not be offering any further assistance. This response confirms CarMax's refusal to take responsibility for the undisclosed rust damage.

Had I been made aware of the rust damage, I would not have paid $45,000 for the vehicle, nor would I have invested in branding it for my business. The failure to disclose this condition prior to sale deprived me of the opportunity to make an informed decision and resulted in significant financial and operational harm. I believe this constitutes material misrepresentation and deceptive business practices.

I am requesting that CarMax be held accountable and required to cover the full cost of rust remediation and any related structural repairs. I respectfully ask the Better Business Bureau to assist in facilitating a fair resolution.

Sincerely,

David J. Cernance
616 Hickory Cove Rd
Jasper, GA 30143

CarMax Case #00937783

# Exhibit E – Paid Repair Receipts

**EXHIBIT E**
**Paid Repair Receipts**

This exhibit outlines the total damages incurred by Plaintiff David Joseph Cernance resulting from the concealed and progressive rust damage to the 2018 RAM 2500 purchased from CarMax Auto Superstores, Inc. on May 16, 2024. The figures below reflect verified payments, pending repair obligations, and documented financial impact.

This exhibit includes itemized receipts for completed repairs totaling **$4,261.34**, paid by David Joseph Cernance. These repairs were performed at:

- Jasper Paint & Body $1000.00 deductible, actual cost of repair $6,189.33
- Crenshaw Auto Repair $1689.27 pending balance $2,996.18
- Turner Tire $1,572.07

# TURNER TIRE

1124 CAMP RD, JASPER, GA 30143
Phone : 706-253-3339 Fax :706-692-5539

## INVOICE
## 1051954

SALESMAN: BT
DATE: 8/1/2025
PO #:

**SOLD TO**

DAVID CERNANCE

JASPER, GA 30143
H:
M: 817-570-7097
W:

**VEHICLE**

Mileage: 0
Tag:
VIN:
Engine:
Veh #:
Misc:

Fr Inf:
Rr Inf:

| PART NO. | DESCRIPTION | MECH | QTY | FET | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 170296048 | LT295/70R18 E COOPER DISCOVERER STRONGHOLD AT | BT | 4 | | 351.00 | 1404.00 |
| | Total Recommended Items | | | | 0.00 | |

| | |
|---|---|
| GEORGIA NEW TIRE TAX | 4.00 |
| TIRE DISPOSAL FEE | 20.00 |
| SALES TAX | 98.28 |
| TOTAL | 1526.28 |
| CREDIT CARD | 1572.07 |
| AMOUNT DUE | 0.00 |

Time In:    12:15pm

Time Out:    12:18pm

**Customer: CERNANCE, DAVID**  **Job Number: 4262**

2018 RAM 2500 Tradesman Regular Cab 4WD w/8' Box 2D P/U 8-6.4L Gasoline Sequential MPI WHITE

## CUMULATIVE EFFECTS OF SUPPLEMENT(S)

| | | | |
|---|---|---|---|
| Estimate | | 5,613.71 | Jynnifer Mallett |
| Supplement S01 | | 575.62 | Jynnifer Mallett |
| **Job Total:** | $ | **6,189.33** | |
| **CUSTOMER PAY:** | $ | **1,000.00** | |
| **INSURANCE PAY:** | $ | **5,189.33** | |

NOTICE TO THIRD PARTY CLAIMANTS: Failure to use the insurance proceeds in accordance with a security agreement between you and a lienholder, if any, may be a violation of Code Section 16-8-4 of the O.C.G.A. If you have any questions, contact your lending institution.

THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF AFTERMARKET CRASH PARTS SUPPLIED BY A SOURCE OTHER THAN THE MANUFACTURER OF YOUR MOTOR VEHICLE. THE AFTER MARKET CRASH PARTS USED IN THE PREPARATION OF THIS ESTIMATE ARE WARRANTED BY THE MANUFACTURER OR DISTRIBUTION OF SUCH PARTS RATHER THAN THE MANUFACTURER OF YOUR VEHICLE.

# CRENSHAWS AUTO

1015 WEST CHURCH ST
JASPER, GA 30143-4024
Ph: (706) 253-3742
CRENSHAWAUTO@ETCMAIL.COM

**Invoice #2682**
Service Writer: eric
Created: 11/06/25 11:20 AM
Updated: 11/06/25 01:16 PM

---

**David Cernance** *(Authorizer)*
GA

**2018 Ram 2500**
V8-6.4L OHV 16v MFI VIN J ESA 410hp GAS
*VIN:* 3C6MR5AJ6JG347736

*Mileage:* In 0 | Out 18563

---

| ITEM | DESCRIPTION | PART # | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| Part | Rear Brake Pads and Rotor | | 1 | 399.99 | 399.99 |
| Labor | Replace Rear Breaks | | | | 300.00 |
| Part | Front Brake Pads and Rotors | | 1 | 399.99 | 399.99 |
| Labor | Replace Front Brake Pads and Rotors | | | | 300.00 |
| Part | Brake Caliper: Front Brakes - Caliper - Right | 68049150AC | 1 | 189.99 | 189.99 |
| Note | Tech Note: | | | | |

Vehicle arrive with excessive rust. Rust is eating away at the whole vehicle and spreading. If not treated the rust will cause the vehicle to be unsafe. An estimate for total reapair to is $8,000 - $10,000.

---

## THANK YOU FOR YOUR BUSINESS!
### LEAVE A \*\*\*\*\* REVIEW AND RECEIVE A FREE 5 QT OIL CHANGE ON YOUR NEXT APPOINTMENT

Crenshaw automotive has the customers permission to drive vehicle in for repair for the purpose of diagnostic and repair evaluation with no risk of loss. Crenshaw Automotive is not responsible for risk of loss to vehicles in repair due to fire, theft, vandalism or acts of god. All vehicles in for repair must be paid in full before released to customer. All repairs are as-is upon receipt of payment. Any warranty on said repair is subject to management approval. Customer fully accepts these terms upon payment of repair. Thank you for your business!

| Authorizer | Date | Authorization Method | Shop Representative | Add. Amount | Total |
|---|---|---|---|---|---|

| Payments: | | | | | Parts: | $989.97 |
|---|---|---|---|---|---|---|
| Date | Method | Reference # | | Amount Paid | Labor: | $600.00 |
| 11/6/25 (01:16PM) | Cash | | | $1679.27 | Shop Supplies: | $15.00 |
| | | | Total Payments | $1679.27 | HazMat: | $5.00 |
| | | | | | Subtotal: | $1609.97 |
| | | | | | Total Tax: | $69.30 |

X_____   Date 11-06-2025
*Customer Signature*

| Invoice Total: | $1679.27 |
|---|---|
| *Payments* | *-$1679.27* |
| **Balance:** | **$0.00** |

Page 1 of 1

# Exhibit F – Future Repair Estimate

**EXHIBIT F**
**Future Repair Estimate**

This exhibit contains written evaluations from certified mechanics outlining the additional repairs required to restore the vehicle to safe and operable condition. The documentation confirms that the vehicle suffers from **extensive and progressive rust damage** affecting multiple critical systems.

Contents:

- **Initial written estimate** detailing:
  - Frame and suspension restoration
  - Brake system overhaul
  - Rust remediation
  - Projected cost exceeding **$5,000**
- **Supplemental diagnostic report from Crenshaw Auto (Repair Order #2683, dated November 6, 2025)** stating:
  - "Rust is eating away at the whole vehicle and spreading."
  - The rust has rendered the vehicle **unsafe and a total loss**, affecting the **driveshaft, crossmember, braking system, engine, transmission, and frame**
  - The rusted bolts "**could potentially break at any moment**," posing a serious safety hazard

Purpose:

This exhibit supports Plaintiff's claim that the vehicle was sold in **dangerous and materially defective condition**, and that **full structural remediation or replacement** is necessary. It further demonstrates that the damage was **not disclosed at the time of sale** and has since worsened, justifying Plaintiff's demand for **compensatory and statutory damages.**

# CRENSHAWS AUTO

1015 WEST CHURCH ST
JASPER, GA 30143-4024
Ph: (706) 253-3742
CRENSHAWAUTO@ETCMAIL.COM

**Repair Order #2683**
Service Writer: eric
Created: 11/06/25 01:40 PM
Updated: 11/06/25 01:49 PM

---

**David Cernance** *(Authorizer)*
GA

**2018 Ram 2500**
V8-6.4L OHV 16v MFI VIN J ESA 410hp GAS
*VIN:* 3C6MR5AJ6JG347736

*Mileage:* In 0 | Out 18563

| ITEM | DESCRIPTION | PART # | QUANTITY | PRICE | TOTAL |
|------|-------------|--------|----------|-------|-------|
| Note | Tech Note: | | | | |
| | Vehicle arrived with excessive rust. Rust is eating away at the whole vehicle and spreading. The rust has caused the vehicle to be unsafe. The amout of rust has caused the vehicle to be a total loss. The Driveshaft, Crossmember, Braking system, Engine, Transmission, and Frame is rusted and the rusted bolts holding it together could potentially break at any moment. | | | | |
| Labor | Diagnostic | | | | 105.00 |

---

## THANK YOU FOR YOUR BUSINESS!
## LEAVE A ***** REVIEW AND RECEIVE A FREE 5 QT OIL CHANGE ON YOUR NEXT APPOINTMENT

---

Crenshaw automotive has the customers permission to drive vehicle in for repair for the purpose of diagnostic and repair evaluation with no risk of loss. Crenshaw Automotive is not responsible for risk of loss to vehicles in repair due to fire, theft, vandalism or acts of god. All vehicles in for repair must be paid in full before released to customer. All repairs are as-is upon receipt of payment. Any warranty on said repair is subject to management approval. Customer fully accepts these terms upon payment of repair. Thank you for your business!

| Authorizer | Date | Authorization Method | Shop Representative | Add. Amount | Total |
|------------|------|---------------------|---------------------|-------------|-------|
| David Cernance | 11/6/25 (01:48pm) | In Person | eric | *(Original Estimate)* | $125.00 |

**Deposits:**
No Deposits recorded

| | |
|---|---|
| Parts: | $0.00 |
| Labor: | $105.00 |
| Shop Supplies: | $15.00 |
| HazMat: | $5.00 |
| Subtotal: | $125.00 |
| Total Tax: | $0.00 |

X_____  Date  11-06-2025
*Customer Signature*

| | |
|---|---|
| **Total:** | **$125.00** |
| *Deposits* | *-$0.00* |

Page 1 of 1

# CRENSHAWS AUTO

1015 WEST CHURCH ST
JASPER, GA 30143-4024
Ph: (706) 253-3742
CRENSHAWAUTO@ETCMAIL.COM

**Estimate #2671**
Service Writer: eric
Created: 11/03/25 12:48 PM
Updated: 11/04/25 03:58 PM

**David Cernance** (Authorizer)
GA

**2018 Ram 2500**
V8-6.4L OHV 16v MFI VIN J ESA 410hp GAS
VIN: 3C6MR5AJ6JG347736

Mileage: In 0 | Out 18563

| ITEM | DESCRIPTION | PART # | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| Part | Rear Brake Pads and Rotor | | | | |
| Labor | Replace Rear Breaks | | 1 | 399.99 | 399.99 |
| Part | Front Brake Pads and Rotors | | | | 300.00 |
| Labor | Replace Front Brake Pads and Rotors | | 1 | 399.99 | 399.99 |
| Part | Brake Caliper: Front Brakes - Caliper - Right | | | | 300.00 |
| Part | Brake Hose/Line: Front Brakes - Flex Hose - Left - Without Power Wagon Package | 68049150AC | 2 | 159.99 | 319.98 |
| Part | Brake Hose/Line: Front Brakes - Flex Hose - Right - Without Power Wagon Package | 68224903AI | 1 | 81.85 | 81.85 |
| Part | Brake Hose/Line: Rear Brakes - Flex Hose - Left | 68224904AJ | 1 | 115.00 | 115.00 |
| Part | Brake Hose/Line: Rear Brakes - Flex Hose - Right | 4779979AE | 1 | 45.75 | 45.75 |
| Part | Wheel Bearing: Front Suspension - Suspension Components - Front Hub & Bearing | 4779988AF | 1 | 50.20 | 50.20 |
| Labor | Wheel Bearing:Remove & Replace - Front Suspension - Suspension Components - Front Hub & Bearing, R&R - Front Suspension | 68185437AD | 2 | 641.00 | 1282.00 |
| Part | Studs | | | | 840.00 |
| | | | 32 | 9.99 | 319.68 |

## THANK YOU FOR YOUR BUSINESS!
## LEAVE A ***** REVIEW AND RECEIVE A FREE 5 QT OIL CHANGE ON YOUR NEXT APPOINTMENT

ESTIMATES ARE VALID FOR 30 DAYS.

Crenshaw automotive has the customers permission to drive vehicle in for repair for the purpose of diagnostic and repair evaluation with no risk of loss. Crenshaw Automotive is not responsible for risk of loss to vehicles in repair due to fire, theft, vandalism or acts of god. All vehicles in for repair must be paid in full before released to customer. All repairs are as-is upon receipt of payment. Any warranty on said repair is subject to management approval. Customer fully accepts these terms upon payment of repair. Thank you for your business!

Deposits:

No Deposits recorded

| | |
|---|---|
| Parts: | $3014.44 |
| Labor: | $1440.00 |
| Shop Supplies: | $15.00 |
| HazMat: | $5.00 |
| Subtotal: | $4474.44 |
| Total Tax: | $211.01 |

X_____

Customer Signature                Date 11-05-2025

| | |
|---|---|
| **Total:** | **$4685.45** |
| Deposits | -$0.00 |

Page 1 of 1

# CRENSHAWS AUTO

1015 WEST CHURCH ST
JASPER, GA 30143-4024
Ph: (706) 253-3742
CRENSHAWAUTO@ETCMAIL.COM

**Estimate #2671**
Service Writer: eric
Created: 11/03/25 12:48 PM
Updated: 11/05/25 10:34 AM

---

**David Cernance** *(Authorizer)*
GA

**2018 Ram 2500**
V8-6.4L OHV 16v MFI VIN J ESA 410hp GAS
*VIN:* 3C6MR5AJ6JG347736

Mileage: In 0 I Out 18563

| ITEM | DESCRIPTION | PART # | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| Part | Rear Brake Pads and Rotor | | 1 | 399.99 | 399.99 |
| Labor | Replace Rear Breaks | | | | 300.00 |
| Part | Front Brake Pads and Rotors | | 1 | 399.99 | 399.99 |
| Labor | Replace Front Brake Pads and Rotors | | | | 300.00 |
| Part | Brake Caliper: Front Brakes - Caliper - Right | 68049150AC | 1 | 189.99 | 189.99 |
| Note | Tech Note: | | | | |

Vehicle arrive with excessive rust. Rust is eating away at the whole vehicle and spreading. If not treated the rust will cause the vehicle to be unsafe. An estimate for total reapair to is $8,000 - $10,000.

---

## THANK YOU FOR YOUR BUSINESS!
## LEAVE A ***** REVIEW AND RECEIVE A FREE 5 QT OIL CHANGE ON YOUR NEXT APPOINTMENT

ESTIMATES ARE VALID FOR 30 DAYS.

Crenshaw automotive has the customers permission to drive vehicle in for repair for the purpose of diagnostic and repair evaluation with no risk of loss. Crenshaw Automotive is not responsible for risk of loss to vehicles in repair due to fire, theft, vandalism or acts of god. All vehicles in for repair must be paid in full before released to customer. All repairs are as-is upon receipt of payment. Any warranty on said repair is subject to management approval. Customer fully accepts these terms upon payment of repair. Thank you for your business!

---

Deposits:
No Deposits recorded

| | |
|---|---|
| Parts: | $989.97 |
| Labor: | $600.00 |
| Shop Supplies: | $25.00 |
| HazMat: | $5.00 |
| Subtotal: | $1619.97 |
| Total Tax: | $69.30 |

X_____
*Customer Signature*

**Date** 11-05-2025

| | |
|---|---|
| **Total:** | **$1689.27** |
| *Deposits* | *-$0.00* |

Page 1 of 1

# Exhibit G – Business Income Records

**EXHIBIT G**
**Business Income Records**

This exhibit contains documentation of lost income from Plaintiff's stump removal business, Stump Brothers, following the mechanical failure of the purchased vehicle. Records include:

- Client invoices and service logs
- Monthly income summaries
- Spreadsheet showing total lost income of **$47,008.50**

These records demonstrate the financial impact of the vehicle's failure on Plaintiff's business operations.

## 🖾 Verified Client Job Records

| Customer Name | Address | Job Date | Job Amount |
|---|---|---|---|
| Jennifer Srouji | 48 Sunuwa Way, Jasper, GA 30148 | 03/03/2024 | $600.00 |
| Bethany Affonso | 2157 Lumber Company Rd, Talking Rock, GA | 03/04/2024 | $1,300.00 |
| Pam Barker | 630 McElroy Mountain Dr, Big Canoe, GA | 03/07/2024 | $600.00 |
| Delores Ramos | 70 Arminda St, Jasper, GA 30143 | 03/07/2024 | $300.00 |
| Don Dallas | 340 Pine Crest Rd, Jasper, GA 30143 | 03/08/2024 | $1,250.00 |
| Bledsoe Tree Service LLC | 1946 Cash Rd SE, Calhoun, GA 30701 | 03/09/2024 | $500.00 |
| Greg Hamby | 495 Blackberry Mountain Rd, Ellijay, GA | 03/18/2024 | $400.00 |
| Raymundo | 212 High Ridge Rd, Epworth, GA 30541 | 03/19/2024 | $300.00 |
| Judith Morales | 599 Deer Hunter Rd, Blue Ridge, GA 30513 | 03/20/2024 | $375.00 |
| Alan Campbell | 1023 Middlebrooke Dr, Canton, GA 30115 | 03/20/2024 | $150.00 |
| Larry Mundt | 1033 Quail Cove Dr, Big Canoe, GA 30143 | 03/22/2024 | $300.00 |
| Duane W Hutchison | 212 High Ridge Rd, Epworth, GA 30541 | 03/25/2024 | $600.00 |
| Ray Grace | 119 Bradley Rd, Talking Rock, GA 30175 | 04/04/2024 | $900.00 |
| Jessica McLaughlin | 95 Bradley Rd, Talking Rock, GA 30175 | 04/04/2024 | $300.00 |
| Scott Lovinggood | 2952 Hornage Rd, Ball Ground, GA 30107 | 04/08/2024 | $150.00 |
| Jerri Johnson | 631 Poole Rd, Ball Ground, GA 30107 | 04/08/2024 | $325.00 |
| Chuck Ewing | 714 Hamrick Rd, Talking Rock, GA 30175 | 04/11/2024 | $300.00 |
| Steve Browning | 640 Hamrick Rd, Talking Rock, GA 30175 | 04/15/2024 | $225.00 |
| Barbara Starr | 32 Starr Dr E, Jasper, GA 30143 | 04/16/2024 | $225.00 |
| Anita Jones | 2199 Bryant Rd, Ranger, GA 30734 | 04/17/2024 | $150.00 |
| Jennifer Johnson | 4411 Hwy 53, Jasper, GA 30143 | 04/18/2024 | $125.00 |
| Tony Green | 10604 Henderson Mountain Rd, Fairmount, GA | 04/19/2024 | $350.00 |
| Jennie Hamilton | 147 Farist Cir, Ellijay, GA 30540 | 04/19/2024 | $350.00 |
| Chris Hillier | 92 Oak View Dr, Ellijay, GA 30540 | 04/22/2024 | $300.00 |
| Chuck Maddox | 3602 Steve Tate Hwy, Marble Hill, GA 30148 | 06/01/2024 | $525.00 |
| Shelia Buckner | 759 AW Lawson Blvd, Jasper, GA 30143 | 06/26/2024 | $600.00 |
| Rodney Buckingham | 156 Carver Mill Rd, Talking Rock, GA 30175 | 06/27/2024 | $247.50 |
| Randy & Libby Glosson | 1232 Cold Stream Trl, Jasper, GA 30143 | 06/27/2024 | $1,020.00 |
| John Phillip Milan | 689 Blackberry Mountain Dr, Ellijay, GA | 06/28/2024 | $350.00 |

| Customer Name | Address | Job Date | Job Amount |
|---|---|---|---|
| Kevin J Chapman | 1309 Upper Sassafras Pkwy, Jasper, GA 30143 | 06/30/2024 | $700.00 |
| Bob Ward | 14981 Fincher Rd, Jasper, GA 30143 | 07/09/2024 | $1,000.00 |
| Elias González | 757 Knox Campground Trl, Canton, GA 30114 | 07/22/2024 | $600.00 |
| Susan Rockwell | 220 Mulberry Ln, Jasper, GA 30143 | 08/01/2024 | $350.00 |
| Cindy Powers | 522 Moorings Run, Jasper, GA 30143 | 08/01/2024 | $150.00 |
| Bryan Dempsey | 587 Cold Stream Trl, Dawsonville, GA 30534 | 08/06/2024 | $750.00 |
| Eddie Burgess | 3769 Grandview Rd, Jasper, GA 30143 | 08/06/2024 | $900.00 |
| Pat Haymond | 402 White Pine Crossover, Jasper, GA 30143 | 08/20/2024 | $550.00 |
| Cory Burdette | 4140 Bottlebrush Landing, Cumming, GA 30040 | 08/22/2024 | $200.00 |
| Ravi Selvaraj | 4010 Yakutia Pl, Cumming, GA 30040 | 08/22/2024 | $200.00 |
| Brian Petronis | 3839 Ryans Lake Ter, Cumming, GA 30040 | 08/22/2024 | $200.00 |
| Mario Alonzo | 34 Ridgeview Ct, Jasper, GA 30143 | 08/26/2024 | $400.00 |
| Linda Oreilly | 900 Crippled Oak Trl, Jasper, GA 30143 | 08/29/2024 | $300.00 |
| Gregg Legs | 219 Mountaintown Creek Trl, Ellijay, GA | 09/09/2024 | $600.00 |
| Steve Holland | 103 3rd St, Ellijay, GA 30540 | 09/20/2024 | $400.00 |
| Tami Tyler | 338 Mountain Laurel Dr, Jasper, GA 30143 | 10/01/2024 | $600.00 |
| Cree Payne | 1039 Mulberry Cir, Jasper, GA 30143 | 10/07/2024 | $600.00 |
| Christian Lasher | 415 Woods Rd, Talking Rock, GA 30175 | 10/16/2024 | $250.00 |
| Dan Oakley | 86 Sweetbriar Dr, Jasper, GA 30143 | 10/22/2024 | $275.00 |
| Shelia Ashmead | 222 Paul Cir, Big Canoe, GA 30143 | 11/07/2024 | $300.00 |
| Jahvon Hopgood | 321 Elizabeth St, Jasper, GA 30143 | 11/07/2024 | $300.00 |
| Louis Wells | 282 E Price Creek Rd, Jasper, GA 30143 | 11/09/2024 | $200.00 |
| Alex Teague | 70 Sweetgum Cir, Jasper, GA 30143 | 11/11/2024 | $1,300.00 |
| Rodger Bryant | 2077 Afton Rd, Marble Hill, GA 30148 | 11/25/2024 | $825.00 |
| Dino Gutierrez | 60 Sconti Point Dr, Jasper, GA 30143 | 11/25/2024 | $750.00 |
| Holly Lundbergh | 191 Sconti Knoll Dr, Jasper, GA 30143 | 11/27/2024 | $1,050.00 |
| Aicha Newman | 616 Hickory Cove Rd, Jasper, GA 30143 | 12/03/2024 | $1,800.00 |
| Tim Willhite | 1650 Damascus Rd, Ball Ground, GA 30107 | 12/04/2024 | $300.00 |
| TJ Tree Service | 59 Rackley Rd, Jasper, GA 30143 | 12/13/2024 | $350.00 |
| Debbie Rexroat | 70 Denny Ridge Rd, Jasper, GA 30143 | 12/19/2024 | $300.00 |
| William Clayborn | 536 McCullough Switch, Mineral Bluff, GA | 12/22/2024 | $850.00 |
| Holly Lundbergh | 191 Sconti Knoll Dr, Jasper, GA 30143 | 02/03/2025 | $150.00 |

**AFFIDAVIT OF DAVID JOSEPH CERNANCE**
**IN SUPPORT OF EXHIBIT A – VERIFIED JOB INCOME RECORDS**

**State of Georgia**
**County of Pickens**

I, **David Joseph Cernance**, being duly sworn, do hereby depose and state as follows:

1. I am the plaintiff in the above-captioned matter involving a claim against CarMax Auto Superstores, Inc. for undisclosed rust damage to a business vehicle.
2. I am a resident of Jasper, Georgia, and operate a stump removal and custom services business serving Pickens County and surrounding areas.
3. Attached hereto as **Exhibit A** is a true and accurate record of jobs completed between **March 1, 2024 and March 31, 2025**, including job numbers, descriptions, customer names, service addresses, job creation dates, job amounts, and due amounts.
4. These records were compiled from my business logs and reflect actual services rendered and income received during the stated period.
5. The **total documented job income** for this period is **$47,008.50**.
6. These records are submitted in support of my claim for **loss of income and treble damages** resulting from CarMax's failure to disclose rust damage that impaired my ability to operate my business vehicle.
7. I affirm that the information contained in Exhibit A is complete, accurate, and reflective of my business operations during the affected period.

**FURTHER AFFIANT SAYETH NOT.**

Signature: _David Joseph Cernance_
Printed Name: David Joseph Cernance
Date: _November 6th 2025_

Sworn to and subscribed before me this _6_ day of _November_, 2025.

Notary Public: _Dana Vaughn_
My Commission Expires: _July 5 2027_

# Exhibit H – Loan Statement

**EXHIBIT H**
**Loan Statement**

This exhibit outlines the financial terms and remaining obligations associated with Plaintiff David Joseph Cernance's purchase of the 2018 RAM 2500 from CarMax Auto Superstores, Inc. on **May 16, 2024**.

Purchase Details

- **Total Purchase Price:** $44,139.86
- **Down Payment:** $20,000.00
- **Financed Amount:** $24,139.86

Outstanding Loan Balance

As of the date of filing, the remaining balance owed on the vehicle loan is:

- **Outstanding Balance: $18,580.56**

This obligation remains despite the vehicle being materially compromised by concealed rust damage that affects its safety, reliability, and value. Plaintiff asserts that this debt was unjustly incurred due to misrepresentation at the time of sale.



# CARMAX

**CarMax Auto Finance**

Signed in as davidcernance@gmail.com (sign out)

Back to MyCarMax

| Overview | Account Details | Account History | Statements | Profile | Messages | FAQ |

### Have a question?

Contact a Customer Service Specialist at CarMax Auto Finance.

**(800) 925-3612**

Mon-Fri 8-10 and Sat 9-6 EST

▷ Frequently asked questions

## Account details
2018 Ram 2500 - 55112131

**Next Payment**

| | |
|---|---|
| Amount Due | $513.42 |
| Late Fee | $0.00 |
| Total Amount Due | $513.42 |
| Due Date | Fri, December 05, 2025 |

**Last Payment**

| | |
|---|---|
| Amount | $513.42 |
| Date Received | Sun, October 26, 2025 |

**Current Balance** $18,580.56*

▷ Show Details

**General Information**

| | |
|---|---|
| Account Number | 55112131 |
| Vehicle | Ram 2500 |
| VIN | 3C6MR5AJ6JG347736 |
| Purchase Date | Thu, May 16, 2024 |
| Maturity Date | Tue, June 05, 2029 |
| Original Amount Financed | $24,139.86 |
| APR | 9.89% |

*If you purchased a guaranteed asset protection (GAP) waiver, you may be eligible for a prorated refund if (a) there is an early termination of your Contract, or (b) you choose to cancel GAP. For refund information, please call us at 888-724-9309.
The balance/payoff listed may include the application of pending payment(s). If any of these pending payments are returned, it will change the payoff balance and may delay our lien release.

🔒 Secure

FEEDBACK

Privacy Policy   Terms of Use   Online Account Services Agreement   E-Sign Consent and Agreement
Copyright © CarMax Business Services LLC

# CARMAX

## RETAIL INSTALLMENT CONTRACT

### Consumer Credit Sale

Contract Number **55112131**
Contract Date **05/16/2024**

In this Contract, the words "you" and "your" mean anyone signing this Contract as a Buyer or Co-Buyer. The words "we", "us", and "our" mean the Seller or anyone to whom the Seller transfers its rights under this Contract. You understand that you may buy the Vehicle described below for cash or credit. By signing this Contract, you choose to buy the Vehicle on credit under the terms and conditions on all pages of this Contract. If there is a Buyer and a Co-Buyer, you are each individually liable to us for any amount due under this Contract.

Seller **CarMax Auto Superstores, Inc.**
Name

Buyer **DAVID JOSEPH CERNANCE**
Name

Co-Buyer **N/A**
Name

**11450 ALPHARETTA HWY**
Address

**1075 W CHURCH SOU**
Address

**N/A**
Address

**ROSWELL, GA 30076**
Zip Code

**JASPER, GA 30143**
Zip Code

**N/A**
Zip Code

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your downpayment of $ 20,000.00 |
|---|---|---|---|---|
| 9.89 % | $ 6,665.34  e* | $ 24,139.86 | S 30,805.20 | $ 50,805.20  e* |

Your Payment Schedule will be:

| Number of Payments | Amount of Payments | *e means an estimate When Payments are Due |
|---|---|---|
| 60 | $ 513.42 | Monthly, beginning 06/28/2024 |

**Security.** You are giving a security interest in the motor vehicle being purchased.

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the unpaid installment or S50, whichever is less.

**Prepayment.** If you pay amounts owed under this Contract early, you will not have to pay a penalty.

**Additional Information.** See the remainder of this Contract for additional information about nonpayment, default, any required repayment in full before the scheduled due date, prepayment refunds, and security interests.

---

**Optional GAP Waiver Agreement (GAP contract).** A GAP contract is a debt cancellation agreement. It is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. The charge for a GAP contract is in Item D.1. Your GAP contract is a part of this Contract. See your GAP contract for details on the protection it provides.

Term **N/A** (in months)

I want the optional GAP contract.

Buyer Signs: **N/A**

You agree to buy and we agree to sell you the following Vehicle:

Year/Make/Model **2018 RAM 2500**
VIN **3C6MR5AJ6JG347736**
New _____ Used **X**

The primary purpose and use for which you are purchasing the Vehicle is:
Personal, Family, or Household **X**
Business or Commercial _____ Agricultural _____

As part of this transaction, you sold the following vehicle(s) to Seller as a "Trade-In":
Year/Make/Model **N/A**
VIN **N/A**

Year/Make/Model **N/A**
VIN **N/A**

#### YOUR PROMISE TO PAY

You agree to pay us the Amount Financed and Finance Charge provided for in this Contract according to the Payment Schedule above. This is a simple finance charge contract. This means we will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed. The Finance Charge, Total of Payments, and Total Sale Price shown above are based on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Also, if you pay late it is likely that your final payment will be larger than originally scheduled. You must make your payments to the Seller at the address shown above. If this Contract is transferred, you agree to make your payments to the subsequent holder of this Contract (Assignee) at the address provided by the Assignee or Seller.

| ITEMIZATION OF AMOUNT FINANCED | | |
|---|---|---|
| **A. CASH PRICE** | | |
| 1. Cash Price of Vehicle | $ | 37,998.00 |
| 2. Cash Price of CarMax Accessories | $ | 0.00 |
| 3. CarMax Processing Fee | $ | 0.00 |
| 4. Sales / Excise Tax | $ | 0.00 |
| 5. Other: N/A | $ | 0.00 |
| 6. Total Cash Price [1 through 5] | $ | 37,998.00 |
| **B. DOWNPAYMENT** | | |
| 1. Cash Downpayment | $ | 20,000.00 |
| 2. Manufacturer's Rebate | $ | 0.00 |
| 3. Credit From "Trade-In" Sold to CarMax | | |
| a. Value of "Trade-In" | $ | 0.00 |
| b. Proceeds from "Trade-In" Retained by Buyer | $ | 0.00 |
| c. Pay-Off of "Trade-In" | $ | 0.00 |
| d. Net Value of "Trade-In" [a minus b minus c, if negative, enter "0" and see line D.6. below] | $ | 0.00 |
| 4. Other: N/A | $ | 0.00 |
| 5. Total Downpayment [1 through 4] | $ | 20,000.00 |
| **C. UNPAID BALANCE OF CASH PRICE [A minus B]** | $ | 17,998.00 |
| **D. OTHER CHARGES INCLUDING AMOUNTS PAID TO OTHERS ON YOUR BEHALF** | | |
| 1. Optional GAP Waiver Agreement | $ | 0.00 |
| 2. To Public Officials | | |
| a. N/A | $ | 0.00 |
| b. GA Title Fee | $ | 18.00 |
| c. N/A | $ | 0.00 |
| d. GA Transfer Plate Fee | $ | 5.00 |
| e. GA TAVT Fee | $ | 2,659.86 |
| f. N/A | $ | 0.00 |
| g. N/A | $ | 0.00 |
| 3. To N/A _____ for _____ | $ | 0.00 |
| 4. To N/A _____ for _____ | $ | 0.00 |
| 5. To Fidelity Warranty Services, Inc. for Optional Extended Service Contract | $ | 3,459.00 |
| 6. To N/A for Pay-Off of the "Trade-In" where Pay-Off exceeds value of "Trade-In" [B(3)(c) minus B(3)(a)] | $ | 0.00 |
| 7. Total of Other Charges and Amounts Paid to Others on Your Behalf [1 through 6] | $ | 6,141.86 |
| **E. AMOUNT FINANCED [C plus D]** | $ | 24,139.86 |

*Seller may retain a portion of this amount.

**This Contract has 4 pages, plus any optional GAP Waiver Agreement. This is Page 1. By initialing below you represent that you have read and agree to all provisions on all pages.**

Buyer's Initials **D.C.**

Co-Buyer's Initials _____

RIC9010
Order #: 833468
Rev. Date 11/19

05/16/2024 07:28 PM
DMS Tracking #: 3184667   Reprint #: 0

MIS ID: 50000006
Legal - GF

# Exhibit I – Emotional Distress Statement

**EXHIBIT I**
**Emotional Distress Statement**

This exhibit contains a signed personal statement from Plaintiff describing the emotional and psychological impact of the vehicle's failure, including:

- Anxiety and stress related to business loss
- Disruption of livelihood and reputation
- Forced employment transition to hospital work
- Ongoing frustration with CarMax's refusal to resolve the issue

Plaintiff values emotional distress damages at **$7,500.**

# Emotional Distress Statement

**EMOTIONAL DISTRESS STATEMENT**
**David Joseph Cernance**
**Civil Action File No.:** _____

I, David Joseph Cernance, submit this statement in support of my Verified Complaint for Damages against CarMax Auto Superstores, Inc., to document the emotional and psychological impact resulting from the sale of a defective vehicle.

Since the mechanical failure of the 2018 RAM 2500 and the discovery of extensive rust damage, I have experienced significant emotional distress. The vehicle was central to my business operations, and its sudden failure forced me to suspend my stump removal business — a livelihood I built with care and professionalism. This disruption caused not only financial hardship but also personal anguish, as I was compelled to abandon my business identity and accept employment at Piedmont Mountainside Hospital to maintain financial stability.

The stress of managing unexpected repairs, loan obligations, and the loss of income has affected my sleep, concentration, and overall well-being. I have felt anxiety, frustration, and helplessness in dealing with CarMax's refusal to provide written resolution or acknowledge the severity of the damage. Their dismissive handling of my concerns has compounded the emotional toll.

I value the emotional distress component of my damages at **$7,500**, based on the prolonged disruption to my life, livelihood, and mental health.

I affirm that this statement is true and accurate to the best of my knowledge.

Executed this ___6___ day of __November___, 2025.

**Signature:** _____

**Printed Name:** David Joseph Cernance

# Exhibit J – BBB Correspondence Summary

**EXHIBIT J**
**BBB Correspondence Summary**

This exhibit contains a summary of communications between Plaintiff and the Better Business Bureau (BBB) regarding the complaint filed against CarMax Auto Superstores, Inc.

Included materials:

- Confirmation of complaint submission
- BBB case number and assigned representative
- CarMax's response (if any)
- Plaintiff's rebuttal or follow-up correspondence
- Final status or closure notice from BBB

These documents demonstrate Plaintiff's good-faith effort to resolve the dispute through consumer protection channels prior to filing suit.

*Attach email confirmations, BBB portal screenshots, and correspondence summaries here.*

## Messages/Communication

**From:** BBB BBB Serving Central Virginia, Inc.
**To:** Consumer
**Sent:** 09/19/2025
**Subject:** Complaint has been sent to the business

David Cernance
616 Hickory Cove Road
Jasper GA 30143


Dear David Cernance

Thank you for contacting Better Business Bureau for help with your complaint.

Your complaint was submitted on 9/19/2025 against CarMax , Inc.. Your complaint was assigned ID 23908608.

While we strive to reach a resolution within 30 to 45 days, please be aware that companies with a large customer base may take longer than our anticipated timeframe.

Sincerely,


Makenzi Meyer
Better Business Bureau



Better Business Bureau

4800 Cox Road Suite 101
Glen Allen VA 23060
(804) 648-0016
www.bbb.org/richmond

**Case #:** 23908608

**Sent to Business on:** 09/19/2025

**Business Info:**
CarMax , Inc.
12800 Tuckahoe Creek Pkwy
Richmond, VA 23238
8047470422

**Consumer Info:**
Cernance, David
616 Hickory Cove Road
Jasper, GA 30143
8175707097
DAVIDCERNANCE@GMAIL.COM

**Nature of the Complaint:** Guarantee Or Warranty Issues

**Consumer's Original Complaint:**
On May 16, 2024, I purchased a 2018 truck from CarMax for $45,000. The vehicle was advertised and sold as being in "excellent condition." At no point during the sale process was I informed of any rust damage or structural concerns. After customizing the truck with graphics for my business, I experienced mechanical failure. Upon inspection at Tutton CDJR Jeep RAM in Jasper, Georgia (Ref. No. 23895), it was confirmed that the failure was caused by extensive rust underneath the vehicle—rust that had compromised critical components.

CarMax reimbursed me for the mechanical repair, which I appreciate. However, they refused to address the underlying rust damage or outsource the necessary remediation. When I asked whether the inspection was conducted by an independent third party, I was told it was internal to CarMax. This raises serious concerns about the objectivity of their inspection process and the accuracy of their "excellent condition" claim.

On September 19, 2025, I made a verbal demand for resolution directly to CarMax Customer Relations Analyst David (ID #262215), who stated he was the final authority and that CarMax would not be offering further assistance. This response confirms CarMax's refusal to take responsibility for the undisclosed rust damage.

Had I known about the rust damage, I would not have purchased the vehicle at that price, nor invested in branding it for my business. I am requesting that CarMax be held accountable and required to cover the full cost of rust remediation and any related structural repairs.

Thank you for your attention to this matter.

Sincerely, David J. Cernance 616 Hickory Cove Rd Jasper, GA 30143 CarMax Case #00937783

**Consumer's Desired Resolution:**
Repair

**From:** BBB BBB Serving Central Virginia, Inc.
**To:** Consumer
**Sent:** 09/23/2025
**Subject:** Message received from the business about your complaint

David Cernance
616 Hickory Cove Road
Jasper GA 30143


Dear David Cernance

This message is in regard to your complaint submitted on 9/19/2025 against CarMax , Inc..  Your complaint was assigned ID 23908608.

BBB is a private nonprofit corporation dedicated to promoting an ethical marketplace. Our complaint handling process is provided to the public, free of charge, through the support of accredited businesses.

Enclosed is the business's reply to your complaint.  If the reply includes an offer, please contact CarMax , Inc. or Better Business Bureau to make any necessary arrangements.

**What happens now?**
If the company's reply does not resolve the issue, please let us know, within 7 days, of the issues that remain unresolved. If we do not receive your rejection within 7 days, your complaint will close "ANSWERED" stating BBB has not heard back from the consumer as to their satisfaction. *Please know that BBB is always available to discuss your case and will accept additional information even after the 7 day timeframe.* Information can be sent to us via U.S. mail or email to complaints@richmond.bbb.org.

If you received this complaint via Postal Mail, you may respond online using the link below or respond by mail using the address above.
To access/respond to this complaint online:
Go to:
Enter the following code: 23908608-A41D1

**What should I include in my acceptance of the business's reply?**
There is a default letter already provided indicating you accept the business's reply. If you wish, you may update it before sending it.

**What should I include in my rejection of the business's reply?**
Please provide a written rebuttal with actionable items that the company has not already addressed or statements in the business's reply that you are disputing.

**I have rejected the business's reply. What can I expect to happen next?**

Once we receive your written response, we will review the information to determine if we are able to assist further. If we are able to help, we will send your rejection to the business. If we are unable to continue, your complaint will be closed as "ANSWERED" recognizing your dissatisfaction and reported publicly for 3 years.

**What information will be posted to the website?**
Please understand that the text of your complaint content will be publicly posted on the BBB web site (BBB reserves the right to not post in accordance with BBB policy). By submitting your comments, you are representing that it is a truthful account of your experience. BBB may edit the complaint to protect privacy rights and to remove inappropriate language.

Regards,

Makenzi Meyer | Better Business Bureau

**MESSAGE FROM BUSINESS:**

September 23rd, 2025

Operations Department
720 Moorefield Park Drive, Suite 300
Richmond, Virginia 23236

Re:  David Cernance
Complaint ID:  23908608
2018 RAM 2500 6.4L ("the Vehicle"), VIN:  3C6MR5AJ6JG347736

Dear Mrs. Jennifer Via:

Thank you for forwarding the complaint dated 9/19/2025, regarding the Vehicle David purchased at the CarMax location in Roswell, GA ("CarMax") on or about 5/16/2024. In the complaint, David  expressed concerns regarding undercarriage rust on the Vehicle and requested that CarMax address these concerns at no cost.

According to CarMax business records, on or about 9/12/2025, David spoke with CarMax Customer Relations in Richmond, VA ("CarMax Customer Relations") regarding their concerns mentioned in the Better Business Bureau complaint. CarMax Customer Relations delivered the resolution on or about 9/19/2025.

There has been no change in the previous resolution delivered to David.

CarMax appreciates the opportunity to respond to David's concerns.

Sincerely

Nahomy
Analyst, Customer Relations

**From:** Consumer David Cernance
**To:** BBB
**Sent:** 09/24/2025
**Subject:** I do not accept the offer made by the business to resolve this complaint

September 24, 2025 Better Business Bureau Serving Metro Atlanta, Athens & Northeast Georgia

Re: Formal Rebuttal to CarMax Response – Complaint ID: 23908608  Vehicle: 2018 RAM 2500 6.4L | VIN: 3C6MR5AJ6JG347736

To Whom It May Concern,

I am submitting this formal rebuttal in response to CarMax's reply dated September 23, 2025, regarding my complaint concerning the sale of the above-referenced vehicle with undisclosed undercarriage rust.
CarMax's assertion that a "resolution" was provided on or about September 19, 2025 is both misleading and factually inaccurate. No resolution—defined as a substantive offer of remediation, compensation, or corrective action—was ever extended. CarMax has not offered any remedy whatsoever. Instead, they have categorically denied all responsibility and rejected every reasonable request I submitted, including inspection, remediation, or financial adjustment.
Their statement to the BBB implies that some form of resolution was offered and accepted or declined. This is a misrepresentation. The only "offer" made was a blanket refusal to assist, which they now attempt to reframe as a resolution. This tactic is deceptive and undermines the credibility of the BBB process. If CarMax stands by the claim that a resolution was offered, I respectfully request that they specify exactly what remedy they believe was proposed. As of this writing, no such remedy has been communicated to me.
I have retained all correspondence, which clearly demonstrates that CarMax has taken no action beyond denying responsibility. I am actively preparing to escalate this matter to the Georgia Department of Law, the Office of the Attorney General, and, if necessary, pursue civil remedies.

I respectfully request that this rebuttal be added to the complaint record and that CarMax's response be reviewed for accuracy and good faith participation.

Respectfully,

David Joseph Cernance

616 Hickory Cove Rd.
Jasper, GA 30143

Office: 706-438-8800
Cell: 817-570-7097
Email: davidcernance@gmail.com

**From:** BBB BBB Serving Central Virginia, Inc.
**To:** Consumer
**Sent:** 09/25/2025
**Subject:** Message received from the business about your complaint

David Cernance
616 Hickory Cove Road
Jasper GA 30143

Dear David Cernance

This message is in regard to your complaint submitted on 9/19/2025 against CarMax , Inc.. Your complaint was assigned ID 23908608.

BBB is a private nonprofit corporation dedicated to promoting an ethical marketplace. Our complaint handling process is provided to the public, free of charge, through the support of accredited businesses.

Enclosed is the business's reply to your complaint. If the reply includes an offer, please contact CarMax , Inc. or Better Business Bureau to make any necessary arrangements.

**What happens now?**
If the company's reply does not resolve the issue, please let us know, within 7 days, of the issues that remain unresolved. If we do not receive your rejection within 7 days, your complaint will close "ANSWERED" stating BBB has not heard back from the consumer as to their satisfaction. *Please know that BBB is always available to discuss your case and will accept additional information even after the 7 day timeframe.* Information can be sent to us via U.S. mail or email to complaints@richmond.bbb.org.

If you received this complaint via Postal Mail, you may respond online using the link below or respond by mail using the address above.
To access/respond to this complaint online:
Go to:
Enter the following code: 23908608-A41D1

**What should I include in my acceptance of the business's reply?**
There is a default letter already provided indicating you accept the business's reply. If you wish, you may update it before sending it.

**What should I include in my rejection of the business's reply?**
Please provide a written rebuttal with actionable items that the company has not already addressed or statements in the business's reply that you are disputing.

**I have rejected the business's reply. What can I expect to happen next?**

Once we receive your written response, we will review the information to determine if we are able to assist further. If we are able to help, we will send your rejection to the business. If we are unable to continue, your complaint will be closed as "ANSWERED" recognizing your dissatisfaction and reported publicly for 3 years.

**What information will be posted to the website?**
Please understand that the text of your complaint content will be publicly posted on the BBB web site (BBB reserves the right to not post in accordance with BBB policy). By submitting your comments, you are representing that it is a truthful account of your experience. BBB may edit the complaint to protect privacy rights and to remove inappropriate language.

Regards,

Makenzi Meyer | Better Business Bureau

**MESSAGE FROM BUSINESS:**

September 25th, 2025

Operations Department
720 Moorefield Park Drive, Suite 300
Richmond, Virginia 23236

Re: David Cernance
Complaint ID: 23908608
2018 RAM 2500 6.4L ("the Vehicle"), VIN: 3C6MR5AJ6JG347736

Dear Mrs. Jennifer Via:

We understand David Cernance disputes the resolution provided by CarMax Customer Relations located in Richmond, VA. CarMax has provided an explanation regarding the undercarriage rust on the Vehicle. Based on a review of David Cernance concerns and history, we continue to uphold the resolution shared on September 19th, 2025.

CarMax invites David Cernance to contact us with any questions or concerns regarding the resolution options. CarMax can be reached at 1-800-519-1511.

CarMax appreciates the opportunity to respond to this rebuttal for David Cernance.

Sincerely,

Nahomy
Analyst, Customer Relations

**From:** Consumer David Cernance
**To:** BBB
**Sent:** 09/26/2025
**Subject:** I do not accept the offer made by the business to resolve this complaint

September 26, 2025 Better Business Bureau Serving Metro Atlanta, Athens & Northeast Georgia

Re: Rebuttal to CarMax Response – Complaint ID: 23908608  2018 RAM 2500 6.4L, VIN: 3C6MR5AJ6JG347736

To Whom It May Concern,
CarMax's latest response dated September 25, 2025, once again refers to a "resolution shared" on September 19, 2025. However, they have failed—repeatedly—to articulate what that resolution actually is. This pattern of vague, noncommittal language suggests either a lack of comprehension by the responding analyst or a deliberate attempt to avoid accountability.

Let me be clear:
No resolution has ever been communicated to me in writing or verbally.
No remedy has been offered.
No acknowledgment of the undisclosed undercarriage rust has been made.

CarMax's refusal to specify what they are "upholding" is not only evasive—it borders on deceptive. If their so-called resolution is a blanket denial of responsibility, they should state that plainly. Instead, they continue to use generic phrasing that implies a resolution exists, when in fact, it does not.

This is not a matter of misunderstanding. It is a matter of deliberate obfuscation. CarMax has failed to disclose material damage prior to sale, and now refuses to acknowledge or address it. Their communications lack transparency, substance, and good faith.
I urge the BBB to recognize this pattern of avoidance and misrepresentation. I am prepared to escalate this matter to the Georgia Attorney General's Office and pursue legal remedies if CarMax continues to sidestep its obligations.
Sincerely,

David Joseph Cernance
616 Hickory Cove Rd.
Jasper, GA 30143

Office: 706-438-8800
Cell: 817-570-7097
Email: davidcernance@gmail.com

**From:** BBB BBB Serving Central Virginia, Inc.
**To:** Consumer
**Sent:** 10/01/2025
**Subject:** Message received from the business about your complaint

David Cernance
616 Hickory Cove Road
Jasper GA 30143


Dear David Cernance

This message is in regard to your complaint submitted on 9/19/2025 against CarMax , Inc.. Your complaint was assigned ID 23908608.

BBB is a private nonprofit corporation dedicated to promoting an ethical marketplace. Our complaint handling process is provided to the public, free of charge, through the support of accredited businesses.

Enclosed is the business's reply to your complaint.  If the reply includes an offer, please contact CarMax , Inc. or Better Business Bureau to make any necessary arrangements.

**What happens now?**
If the company's reply does not resolve the issue, please let us know, within 7 days, of the issues that remain unresolved. If we do not receive your rejection within 7 days, your complaint will close "ANSWERED" stating BBB has not heard back from the consumer as to their satisfaction. *Please know that BBB is always available to discuss your case and will accept additional information even after the 7 day timeframe.* Information can be sent to us via U.S. mail or email to complaints@richmond.bbb.org.

If you received this complaint via Postal Mail, you may respond online using the link below or respond by mail using the address above.
To access/respond to this complaint online:
Go to:
Enter the following code: 23908608-A41D1

**What should I include in my acceptance of the business's reply?**
There is a default letter already provided indicating you accept the business's reply. If you wish, you may update it before sending it.

**What should I include in my rejection of the business's reply?**
Please provide a written rebuttal with actionable items that the company has not already addressed or statements in the business's reply that you are disputing.

**I have rejected the business's reply. What can I expect to happen next?**

Once we receive your written response, we will review the information to determine if we are able to assist further. If we are able to help, we will send your rejection to the business. If we are unable to continue, your complaint will be closed as "ANSWERED" recognizing your dissatisfaction and reported publicly for 3 years.

**What information will be posted to the website?**
Please understand that the text of your complaint content will be publicly posted on the BBB web site (BBB reserves the right to not post in accordance with BBB policy). By submitting your comments, you are representing that it is a truthful account of your experience. BBB may edit the complaint to protect privacy rights and to remove inappropriate language.

Regards,

Makenzi Meyer | Better Business Bureau

**MESSAGE FROM BUSINESS:**

October 1st, 2025

Operations Department
720 Moorefield Park Drive, Suite 300
Richmond, Virginia 23236

Re:  David Cernance
Complaint ID:  23908608
2018 RAM 2500 6.4L ("the Vehicle"), VIN:  3C6MR5AJ6JG347736

Dear Mrs. Jennifer Via:

Thank you for forwarding the rebuttal complaint dated September 26th, 2025, regarding the Vehicle David Cernance purchased at the CarMax location in Roswell, GA ("CarMax"), on or about May, 16th, 2024.

We understand David Cernance disputes the resolution provided by CarMax Customer Relations located in Richmond, VA. CarMax has provided an explanation regarding the undercarriage rust on the Vehicle. Based on a review of David Cernance concerns and history, we continue to uphold the resolution shared on September 19th, 2025. At this time, CarMax has confirmed the Vehicle undercarriage was inspected during an appointment on May 21, 2024, and it was determined that the rust present was cosmetic in nature. This review occurred within David Cernance Love Your Car Guarantee window, during which David Cernance was informed that the rust met our mechanical standards and had the opportunity to return the Vehicle if dissatisfied. Due to the time that has elapsed since the purchase and the previous review conducted to assess whether the underbody rust met CarMax standards at the time of sale, CarMax is unable to participate in covering the costs of remedial rust-removal methods.

CarMax invites David Cernance to contact us with any questions or concerns regarding the resolution options. CarMax can be reached at 1-800-519-1511.

CarMax appreciates the opportunity to respond to this rebuttal for David Cernance.

Sincerely,

Nahomy
Analyst, Customer Relations

**From:** Consumer David Cernance
**To:** BBB
**Sent:** 10/02/2025
**Subject:** I do not accept the offer made by the business to resolve this complaint

October 2, 2025

Better Business Bureau Serving Metro Atlanta, Athens & Northeast Georgia

Re: Rebuttal to CarMax Response – Complaint ID: 23908608  2018 RAM 2500 6.4L, VIN: 3C6MR5AJ6JG347736

To Whom It May Concern,
This correspondence continues my documented efforts to resolve the matter concerning the undisclosed undercarriage rust on the above-referenced vehicle purchased from CarMax Roswell on May 16, 2024.

I have made every reasonable attempt to settle this issue directly with CarMax, followed by filing a formal complaint through the Better Business Bureau. All communications are being preserved for potential litigation, which will be pursued if CarMax continues to deny a resolution that adequately addresses the damage they failed to disclose prior to sale.

The rust was only discovered after a serious mechanical malfunction, which required repair at Tutton Dodge. It was during that repair—not during any CarMax inspection—that the extent of the undercarriage rust was revealed. CarMax never disclosed this damage prior to sale, nor did they acknowledge it during the so-called inspection. Their claim that I was "informed" is unsupported and contradicts the actual timeline.

When I requested a replacement vehicle, CarMax refused, citing that the truck had already been modified and branded for business use. This rationale effectively voided any practical benefit of their "Love Your Car Guarantee" and left me without recourse.

To date, CarMax has:

Failed to disclose material damage prior to sale.
Denied responsibility for the concealed rust.
Refused to offer a refund, exchange, or repair.
Provided misleading and contradictory statements to the BBB.

If CarMax continues to deny a resolution that includes full remediation of the undisclosed damage, I will proceed with the following legal steps:
Filing a formal complaint with the Georgia Attorney General's Consumer Protection Division.
Submitting a claim under Georgia's Fair Business Practices Act for deceptive trade practices.
Initiating civil litigation in the appropriate Georgia court.

I remain committed to resolving this matter amicably, but I will not hesitate to escalate through formal legal channels if CarMax continues to avoid accountability.
Sincerely,

David Joseph Cernance

616 Hickory Cove Rd
Jasper, GA 30143

Office: 706-438-8800
Cell:   817-570-7097
Email: davidcernance@gmail.com

**From:** BBB BBB Serving Central Virginia, Inc.
**To:** Consumer
**Sent:** 10/02/2025
**Subject:** A message from your BBB

David Cernance
616 Hickory Cove Road
Jasper GA 30143

Dear David Cernance,

**This message is regarding Complaint ID # 23908608- CarMax , Inc.**

Thank you for following up with BBB regarding your position in the above-mentioned dispute.

We understand you are NOT satisfied with the business's response, and have noted your dissatisfaction in our files.  While we regret we were unable to reach your desired resolution, the business has provided BBB with its position.  This matter is now closed in BBB files, and will appear in the company's BBB Business Review as: "Answered - the business addressed the issues within the complaint, but the consumer remains dissatisfied."

Please note, the text of your response may be publicly posted on BBB's website.  BBB reserves the right to not post in accordance with BBB policy, and we may edit your response to protect privacy rights and to remove inappropriate language.

We appreciate the opportunity to be of service, and sincerely hope you visit BBB.org for pre-purchase information. Join us for a conversation hosted by ignite Sparked by BBB.

Sincerely,

Makenzi Meyer
Better Business Bureau

# Exhibit K – CarMax 125-Point Inspection Checklist

**EXHIBIT J**
**CarMax 125-Point Inspection Checklist**

This exhibit contains the official CarMax 125-point inspection checklist provided at the time of sale. It outlines the components and systems that CarMax claims to inspect prior to certifying a vehicle for resale.

Plaintiff asserts that despite this checklist, CarMax failed to identify or disclose extensive rust damage affecting the rear differential, suspension, and frame — defects that should have been detected during inspection.

[+] Website Feedback

**CarMax Quality Certified**

Privacy policy | Terms of Use

CarMax quality is knowing that you can depend on your car, day after day, year after year. Every car we sell is carefully inspected and reconditioned to the best condition possible—in fact, we spend over 12 hours, on average, on each used car. To give our customers even more confidence in our cars, we offer a 5-Day Money-Back Guarantee and a Limited 30-Day Warranty (60-Day in CT, 90-Day in MA and NY).* We believe in our cars, and we think you will, too.

*See store for written details



**We check more than 125 points, including:**

### 1. Cooling System

- Radiator
- Coolant
- Radiator/Heater Hoses
- Recovery System
- Cooling Fan
- Belts

△ Top

### 2. Lighting System

- Brake Lights
- Turn Signal Lights
- Dash Lights
- Instrument Lights
- Back-Up Lights
- Hazard Lights
- Side Marker Lights
- Hood Lights
- Trunk Lights
- Courtesy Lights
- Reading Lights
- Glove Box Lights
- Tag Lights

△ Top

### 3. Heating & A/C System

- Compressor
- Clutch
- Condenser
- Evaporator

### 8. Steering System

- Tie Rods
- Idler Arms
- Center Links
- Pump
- Hoses
- Lines
- Shaft
- Couplings
- Alignment

△ Top

### 9. Body/Interior

- Carpet
- Upholstery
- Trim
- Hood Latches
- Trunk Release
- Fuel Door Release
- Paint

△ Top

### 10. Accessories

- Clock
- Sunroof
- Power Antenna
- Rear Defroster
- Rear Defogger
- Radio
- Tape/CD Player

- ○ Hoses
- ○ Lines
- ○ Refrigerant Level
- ○ Cooling Fan
- ▵ Top

**4. Electrical System**

- ○ Alternator/Regulator
- ○ Starter
- ○ Battery
- ○ Gauges
- ○ Horn
- ○ Windshield Wiper
- ○ Windshield Washer
- ▵ Top

**5. Engine**

- ○ Engine Performance
- ○ Emission Controls
- ○ Emission Filters
- ○ Vacuum Hoses
- ○ Oil Pressure
- ○ Motor Mounts
- ○ Exhaust
- ○ Spark Plugs
- ○ Secondary Ignition System
- ○ Catalytic Converter
- ▵ Top

**6. Transmission**

- ○ Fluid
- ○ Shift Points
- ○ Slipping
- ○ Transmission Mounts
- ○ Noise
- ○ Clutch Operation
- ○ 4WD Operation
- ○ Leakage
- ○ Hoses
- ○ Lines
- ○ Modulator
- ○ Linkages
- ▵ Top

**7. Suspension System**

- ○ Frame Integrity
- ○ Ball Joints
- ○ Tires
- ○ Wheels

- ○ Power Seats
- ○ Warning Chimes
- ○ Cigarette Lighter
- ○ Cruise Control
- ○ Trip Computer
- ○ Electronic Instrument Cluster
- ○ Tachometer
- ▵ Top

**11. Miscellaneous**

- ○ Odometer
- ○ Tilt, Lock & Telescopic Steering Wheel
- ○ Spare Tire
- ○ Jack
- ○ Door Locks
- ○ Trunk Locks
- ○ Remote Control
- ○ Locks
- ▵ Top

**12. Drive Axles**

- ○ Constant Velocity Joints
- ○ Constant Velocity Boots
- ○ Universal Joints
- ○ Gears
- ○ Bearings
- ○ Vibration/Backlash
- ▵ Top

**13. Fuel System**

- ○ Fuel Tank
- ○ Fuel Lines
- ○ Hoses
- ○ Fuel Pump
- ▵ Top

**14. Brake System**

- ○ Anti-Lock System
- ○ Fluid Level
- ○ Master Cylinder
- ○ Booster
- ○ Front Right Shoes/Pads
- ○ Front Left Shoes/Pads
- ○ Rear Right Shoes/Pads
- ○ Rear Left Shoes/Pads
- ○ Parking Brake
- ○ Hoses
- ○ Lines
- ○ Calipers

- Springs
- Torsion Bars
- Sway Bar
- Links
- MacPherson Struts

- Wheel Cylinders
- Springs
- Linkages

⏶ Top

⏶ Top

# Exhibit L – MaxCare Warranty and Claim Denial

**EXHIBIT L**
**MaxCare Warranty and Claim Denial**

This exhibit documents Plaintiff's purchase of the MaxCare extended warranty from CarMax Auto Superstores, Inc., for **$3,459.00**. The warranty was sold as comprehensive protection for mechanical failures.

After the rear differential failure and discovery of extensive rust damage, Plaintiff brought the vehicle to a certified mechanic. The mechanic submitted a warranty claim to MaxCare on Plaintiff's behalf. MaxCare **denied the claim**, citing **corrosion (rust)** as the reason for exclusion.

According to CarMax's published exclusions, MaxCare does not cover damage caused by **corrosion**, which includes rust. However:

- The **rust damage was pre-existing**, affecting critical systems
- Plaintiff was not informed of this exclusion at the time of sale
- The warranty was sold without disclosing that it would not cover the vehicle's known condition
- Plaintiff was forced to personally cover repair costs despite having purchased warranty coverage

This exhibit supports Plaintiff's claim that the warranty sold was **not suitable for the vehicle's condition**, and that the denial of coverage reflects **misrepresentation and failure to disclose material defects**.

Included materials:

- MaxCare warranty purchase receipt
- Warranty terms (highlighting corrosion exclusion)
- Mechanic statement confirming claim denial due to rust
- Plaintiff's notes or timeline of claim submission and denial

**MAXCARE SERVICE CONTRACT**

PROVIDER:
Fidelity Warranty Services, Inc - FL License # 60026

CUSTOMER NO. 341323

CONTRACT NO. 7298833468

Administrator Name and located at:
Fidelity Warranty Services, Inc.
P.O. Box 8567
Deerfield Beach, FL 33443
(866) 499-6746
For Emergency Roadside Assistance, call 1-800-693-5324

## MY MAXCARE INFORMATION SCHEDULE

### 1. Covered Vehicle

| VIN  3C6MR5AJ6JG347736 | Car Code 65304 | Car Class 19PRD |
| Make RAM    Model 2500 | Year 2018 | Odometer 7,807 |

### 2. Customer

| Buyer Name  DAVID JOSEPH CERNANCE | Co-Buyer Name |
| Street  1075 W CHURCH SOU | Street |
| City, State, Zip Code  JASPER, GA 30143 | City, State, Zip Code |
| Telephone Hm  (817) 570-7097       Wk | Telephone Hm       Wk |
| E-Mail Address  davidcernance@gmail.com | E-Mail Address |

### 3. MaxCare Service Contract Information

**Service Contract Term:** This Service Contract begins on the **Purchase Date (See Key Terms)** and at the Current Odometer Reading stated in Section 1 of the MY MAXCARE Information Schedule. This Service Contract ends when the **Months** indicated below from the **Purchase Date** is reached or when the Expiration **Miles** indicated below are registered on the odometer, whichever occurs first.

| 60 | Months | 150,000 | Expiration Miles |

Coverage:

**MAXCARE PLAN** ☒

**Deductible:** $100.00

Deductible reflects price at non-CarMax Repair Facility. Deductible will be fifty dollars ($50) lower at a CarMax Service Center.

**Service Contract Price:** $3,459.00

### 4. Selling Location

| Store Number  7298 | Name  CARMAX - ROSWELL | Street  11450 ALPHARETTA HWY |
| City  ROSWELL | State  GA | Zip Code  30076 | Telephone  (770) 280-6200 |

### 5. Lienholder

I, the undersigned holder of this Service Contract, hereby authorize the following Lienholder: 1. To receive any refund for credit to my account in the event this Service Contract is canceled; and 2. To cancel the Service Contract in the event I default in my obligation to such Lienholder.

| Name  CarMax Business Services, LLC | Address  PO BOX 440609, KENNESAW, GA 30160 |

**Notice to Customer:**
- The purchase of this Service Contract is not required to obtain financing or to purchase or lease this Vehicle.
- You are required to obtain authorization prior to beginning any repairs covered by this Service Contract. Refer to "Your Responsibilities" for instructions.
- You must follow the maintenance procedures listed in "Maintenance Requirements." If Your failure to follow the procedures causes a Breakdown, You may be denied coverage.
- The benefits provided under a Warranty required by state law are not covered by this Service Contract.
- The Service Contract runs concurrent with, and is secondary to, any applicable manufacturer's Warranty. If the manufacturer's Warranty has been declared void, this Service Contract does not cover the Vehicle until the end of what would have been the manufacturer's Warranty.
- The Service Contract Price may be financed with the purchase of this Vehicle. Other payment options may be available.

| Purchase Date | 05 Month | 16 Day | 2024 Year | Signed By  _Emerson Shuster_  CarMax Representative |

| Signed By  _DAVID JOSEPH CERNANCE_  Buyer | Signed By       Co-Buyer |

MXRR (06/16)
Order # 833468

DMS Tracking #: 3164672    Reprint #: 0

05/16/2024 07:28 PM

MAX-44 (06/16)

## Table of Contents

Who to Contact if You have a Breakdown — Page 1
Key Terms — Page 1-2
What this Service Contract Covers — Page 2
Maintenance Requirements — Page 2
What this Service Contract Does Not Cover — Page 2-4
Your Responsibilities — Page 4
General Provisions — Page 4-5
State Amendments — Page 6

In return for payment by You for the Service Contract Price, We agree with You as follows:

## Who to Contact if You Have a Breakdown

**If a Breakdown occurs, contact Your nearest CarMax location or the Administrator for a preferred Repair Facility by calling toll free: (866) 499-6746**
**Service hours Monday through Friday 8:00AM – 9:00PM (Eastern Standard Time)**
**Saturday 9:00AM – 4:00PM (Eastern Standard Time)**

Emergency Repair Instructions: In the event that a Breakdown of a covered part occurs when the Administrator's office is closed and emergency repairs are necessary, You may follow the claim procedures and commence emergency repairs without securing the Administrator's prior Authorization. However, You or the Repair Facility must notify the Administrator of the repairs as soon as the Administrator's office reopens. You must submit written information and documentation concerning the Breakdown and repairs no later than thirty (30) days after the Breakdown. Reimbursement of emergency repairs will be subject to all terms and conditions of this Service Contract and nothing herein authorizes repairs not otherwise covered. Emergency repairs are those required because Your Vehicle was inoperable or unsafe to drive. Parts must be available for inspection when the Administrator's office reopens.

## Key Terms

- "Administrator" means Fidelity Warranty Services, P.O. Box 8567, Deerfield Beach, FL 33443, (866) 499-6746.

- "Authorization" means approval from the Administrator to complete repairs under this Service Contract

- "Breakdown" means the failure of any part covered by this Service Contract to perform the function for which it was designed due to defects in materials or workmanship.

- "Cost" means the reasonable and customary charges for Parts and labor necessary to repair or replace the Parts covered. These charges shall not exceed manufacturer's suggested retail price for Parts and labor allowances derived from most current nationally recognized labor time publications.

- "Deductible" means the amount that You must pay for covered repairs per visit as shown on the MY MAXCARE Information Schedule. However, the Deductible shown in Section 3 of the MY MAXCARE Information Schedule lowers by fifty dollars ($50) if covered repairs are performed at a CarMax Service Center. If Your Cost is a Warranty Deductible charge, this Service Contract will pay the charge.

- "Maintenance" means Maintenance procedures required by the manufacturer.

- "Months" means the number of Months shown on the MY MAXCARE Information Schedule.

- "Miles" means the number of Miles shown on the MY MAXCARE Information Schedule.

- "OEM" means Original Equipment Manufacturer.

- "Odometer Miles" means the actual Miles Your Vehicle has traveled as recorded on an unaltered odometer.

- "Parts" original equipment or at the Administrator's option, replacement parts used in covered repairs may include new, remanufactured, used or non-original equipment manufacturer parts.

- "Provider", "We", "Us" and "Our" means Fidelity Warranty Services, Inc., P.O. Box 8567, Deerfield Beach, FL 33443, (866) 499-6746.

- "Purchase Date" means the date You purchased this Service Contract shown on the MY MAXCARE Information Schedule.

- "Repair Facility" means a CarMax Repair Facility, franchised automobile dealer or licensed Repair Facility that provides a written Parts and labor guarantee for covered repairs of not less than 6 Months and 6,000 Miles.

- "Service Contract" means the Mechanical Repair Service Contract hereafter referred to as Service Contract.

- "Service Contract Price" means the amount You paid for this Service Contract as shown on the MY MAXCARE Information Schedule.

- "Selling Location" means the CarMax location where You purchased this Service Contract shown on the MY MAXCARE Information Schedule.

Page 1

Order # 833468
DMS Tracking #: 3164673
Reprint #: 0
MAX-44 (06/16)

## Key Terms (continued)

- "Vehicle" means the covered car or truck shown on the MY MAXCARE Information Schedule.
- "Warranty" means any manufacturer Warranty, Warranty required by state law, dealer Warranty or a Repair Facility guarantee.
- "You" and "Your" mean the buyer and/or co-buyer shown on the MY MAXCARE Information Schedule, or an eligible person to whom this Service Contract has been properly transferred.

## What This Service Contract Covers

- **Breakdown:** During the Service Contract Term, We will pay a Repair Facility, or at Our option, reimburse You the Cost to remedy any covered Breakdown of Your Vehicle less Your Deductible except items listed under "What This Service Contract Does Not Cover."

- **Rental Reimbursement:** When a Breakdown renders Your Vehicle inoperable or unsafe to drive and requires Your Vehicle to be held by a Repair Facility overnight for covered repairs, We will pay Your actual expenses to rent a replacement Vehicle from a licensed rental agency not to exceed $40 per day for a maximum of 7 days for any one Breakdown.

- **Road America Emergency Roadside Assistance:** Road America will provide the following assistance when incurred as an emergency. Your contact and vehicle information will be shared with Road America for the purposes of providing service under this Service Contract. Emergency Roadside Assistance is available 24 hours a day, 365 days a year. Road America will pay for a covered emergency up to $100 per occurrence with no out-of-pocket expense to You excluding fuel or other fluids when delivered. If the covered emergency exceeds $100 per occurrence, You are responsible for the portion that exceeds $100. Emergency Roadside Assistance is limited to one (1) disablement for the same covered service type during any continuous seven (7) day period. You are responsible for any non-covered expenses. This benefit is available only for Your Vehicle.
  - **Towing Assistance** – when Your Vehicle is inoperable or unsafe to drive, Your Vehicle will be towed to the closest Repair Facility or to any other location requested by You.
  - **Flat Tire Assistance** – service consists of the removal of the flat tire and its replacement with Your spare tire located with Your Vehicle.
  - **Fuel, Oil, Fluid and Water Delivery Service** – an emergency supply of fuel, oil, fluid and water will be delivered if Your Vehicle is in immediate need. You must pay for the fuel or other fluids when it is delivered..
  - **Lock-out Assistance** – if Your keys are locked inside Your Vehicle, assistance will be provided in gaining entry into Your Vehicle.
  - **Battery Assistance** – if battery failure occurs, a jump-start will be provided to start Your Vehicle.

**For Emergency Roadside Assistance, call Road America Toll Free at: 1-800-693-5324**

## Your Maintenance Requirements

In order to keep Your Service Contract valid, You must follow the Maintenance procedures recommended by the manufacturer of Your Vehicle. You must keep receipts which verify the Vehicle identification number, work orders and other documentation that shows date, a description of Your Vehicle, mileage and services performed. We may require You to furnish the Administrator with proof that the specified services have been performed. Failure to show proof of servicing may result in the denial of coverage.

## What This Service Contract Does Not Cover

We will not pay for or cover the following:
Maintenance and non-mechanical Parts:
1. The Maintenance services and Parts described under Maintenance requirements as shown in the manufacturer's Maintenance schedule for Your Vehicle. If You do not receive an owner's manual at the time of purchase it is Your responsibility to obtain a manual and follow its guidelines. See Your Selling Location to learn how to obtain an owner's manual for Your Vehicle.
2. Other normal Maintenance services and Parts including engine tune-up (includes spark plugs, glow plugs, ignition wires, distributor cap and rotor), batteries, filters, lubricants or fluids, air conditioning refrigerant, engine coolant, all hoses and belts (except for the following: engine timing belt (only if failure is prior to manufacturer's recommended replacement) and oil cooler hoses, transmission cooler hoses, power steering pressure and return hoses, air conditioning high/low pressure hoses), wiper blades, brake pads and shoes, brake rotors and drums, suspension alignment, tires, wheel covers, wheel rims, wheels, wheel balancing, exhaust system, catalytic converter, friction clutch disc and pressure plate, and clutch throw out bearing.
3. Glass, glass framework, fastening adhesives, sealed beam head lamps, light bulbs, lenses, trim, moldings, bright metal, upholstery, vinyl and convertible tops, paint, sheet metal, bumpers, alignment of body parts, flexible body parts, door panels, body panels, structural framework, structural welds, chassis frame and removable hardtop assemblies.
4. Repairs made solely to meet or maintain any governmental emission standards.
5. Repairs of water and air leaks, rattles, squeaks and wind noise.
6. Expenses charged for the disposal of environmentally unsafe materials, non-specific materials or shop supplies.

Page 2

MAX-44 (06/16)

## What This Service Contract Does Not Cover (continued)

Modifications (unless performed by the manufacturer or its representative and within normal, operating specifications):

7. Aftermarket accessories or equipment installed after Vehicle Purchase Date. These include but are not limited to: anti-theft systems, radar detectors, CB radios, audio/visual equipment, cruise control, sun roof, solar powered devices, telephones, lift kits, TV/VCR/DVD and related components and appliances.
8. Breakdown affected by, but not limited to, tires two or more sizes larger or smaller than manufacturer specifications, lift kits, aftermarket performance Parts or systems.
9. Breakdown due to modifications to plow snow, whether the snowplow blade is attached to the Vehicle or not.
10. Repair of valves and/or rings for the purpose of raising the engine's compression when a Breakdown has not occurred.

Non-standard use or manufacturer origin:

11. Breakdown caused by towing a trailer or another Vehicle, unless Your Vehicle is equipped for this as recommended by the manufacturer of Your Vehicle.
12. Breakdown caused by using Your Vehicle for racing or other competition.
13. Any commercial use including, but not limited to use as: taxi, police car or other emergency vehicle, hauling, construction (other than driving to and from work), pick-up and delivery service, daily rentals, carrying passengers for hire, snowplowing and company pool use or business travel when the Vehicle is used by more than one driver.
14. If Your Vehicle was manufactured as a non-U.S. specification model.

Collision, physical damage and cosmetics:

15. Breakdown caused by collision, fire, theft, vandalism, riot, terrorist acts, war, explosion, lightning, earthquake, hurricane, volcanic eruption, windstorm, tropical storm, hail, water, freezing or flood.
16. If Your Vehicle has been declared a total loss, salvaged or junk vehicle.
17. To correct a cosmetic imperfection or Breakdown or damage caused by rust or weather-related corrosion.

Negligence, misrepresentation or misuse:

18. Failure to observe the manufacturer's maintenance manual for instructions regarding warning devices or any documented warnings provided by a qualified Repair Facility.
19. Breakdown when contaminated fluids caused or contributed to the Breakdown.
20. Breakdown or damage caused by abuse or misuse.
21. Loss or damage which is caused by Your or the operator's failure to use all reasonable precautions to protect the Vehicle from any further loss or damage after a Breakdown or failure has occurred or been indicated.
22. Damage caused to Your engine resulting from the ingestion of water.
23. Your Vehicle's odometer has been stopped, altered or misrepresents Your Vehicle's actual mileage, including but not limited to odometer misrepresentation caused by the use/modification of the Vehicle with undersized or oversized tire/wheel assemblies.
24. Damage caused by contamination, overheating, lack of coolant, a lack of lubricants, an improper specification (type) of fluids, lack of oil viscosity, sludge or restricted oil flow. Examples include but not limited to: engine and transmission.

Existing Warranty and manufacturer recalls:

25. Costs covered by any Warranty regardless of whether they honor such Warranty.
26. Costs that are or would have been covered under any Vehicle Warranty whether or not such Warranty is in effect in another country or has been voided by the manufacturer.
27. Breakdown that is a direct result of a mechanical or structural defect when the manufacturer of Your Vehicle has announced a public recall for the purpose of correcting such a defect.

Miscellaneous:

28. Repairs performed without the Administrator's prior Authorization.
29. Loss of time, economic loss, inconvenience, lodging, food, freight charges, core charges, storage charges, or other consequential loss or damage that resulted from a Breakdown.
30. Consequential or incidental damage or loss should Your Vehicle be involved in a collision caused by or involving a Breakdown.
31. Breakdown of a covered Part resulting from the failure of a non-covered Part.
32. To repair, replace, adjust or align any Part not covered by this Service Contract unless required in conjunction with the repair of a covered Part.
33. For diagnosis charges, cost of disassembly or assembly if Your repair is not covered or has been denied.
34. Any repair or replacement of a covered Part if no Breakdown has occurred regardless of Repair facility recommendations; or if the wear on a Part has not exceeded the specified field tolerance, as defined by the manufacturer.

Road America Emergency Roadside Assistance:

35. For emergencies resulting from the use of intoxicants or narcotics, or the use of Your Vehicle in the commission of a felony.
36. For cost of parts, replacement keys, fluids, lubricants, fuel, materials, additional labor related to towing or cost of installation of products.
37. For non-emergency towing or other non-emergency service including but not limited to moving Your Vehicle from one repair facility to another once it has already been towed to the destination requested by You.
38. For mounting or removing of snow tires or chains; winching; extrication; tire repair.
39. For shoveling snow around Your Vehicle.
40. For camping trailers, travel trailers, recreational vehicles (including self-motorized RVs) or any vehicles in tow.
41. For any and all taxes, tolls and/or fines incurred for You or Your Vehicle.

Page 3

## What This Service Contract Does Not Cover (continued)

42. For towing from or repair work performed at a service station, garage or repair shop.
43. For towing by other than a licensed service station or garage.
44. For a second tow for the same disablement.
45. For more than one disablement for the same service type during any seven day period.
46. For service on a Vehicle that is not in a safe condition to be towed or serviced, or that may result in damage to Your Vehicle if towed or serviced.
47. For towing or service on roads not regularly maintained, such as sand beaches, open fields, forests and areas designated as not passable due to construction.
48. For towing at the direction of a law enforcement officer relating to traffic obstruction, impoundment, abandonment, illegal parking or other violations of law.
49. For repeated service calls for a Vehicle in need of routine maintenance or repair.
50. For service secured through any source other than Us without Our prior authorization. This is not a roadside assistance reimbursement service.

## Your Responsibilities

You are responsible for making sure the oil warning light/gauge and the temperature warning light/gauge are functioning before driving Your Vehicle. You are required to safely pull Your Vehicle off the road and shut down the engine immediately when either of these lights/gauges indicates a problem.

If You experience a Breakdown, You agree to:

1) Use all reasonable means to protect Your Vehicle from further damage.
2) Notify the Administrator as soon as possible.
3) Authorize the Repair Facility to perform necessary diagnostic work and provide "teardown authorization" so that the Repair Facility can provide an accurate diagnosis and estimate of repairs. IMPORTANT: WE WILL NOT PAY FOR DIAGNOSIS CHARGES FOR REPAIRS NOT COVERED UNDER THIS SERVICE CONTRACT.
4) Furnish the Administrator with such information as the Administrator may reasonably require, and if requested provide proof of Your Vehicle's regular Maintenance during the Service Contract Term as defined in Your Maintenance Requirements.
5) Reserve for the Administrator the right to refer Your Vehicle to the Selling Location or a Repair Facility that sells and services Your type of Vehicle, for certain repairs.
6) Allow the Administrator to examine Your Vehicle if the Administrator asks to do so.
7) Obtain Authorization from the Administrator prior to beginning any repairs covered by this Service Contract.
8) Call the following business day or as soon as reasonably possible to receive claim filing instructions should a Breakdown occur on a weekend or holiday. Customer service is available 8:00 AM – 9:00 PM (Eastern Standard Time) Monday through Friday. Saturday 9:00AM – 4:00PM (Eastern Standard Time).
9) Road America Emergency Roadside Assistance: For non-accident emergency Road America Roadside Assistance, You must call Road America at 1-800-693-5324 for dispatch sign-and-drive service to Your location. Please see the What This Service Contract Covers – Road America Emergency Roadside Assistance section for important information about Your coverage limits. You must remain with Your Vehicle and be present when the service provider arrives. Emergency Roadside Assistance is limited to one (1) disablement for the same Covered Service type during any continuous seven (7) day period.

## General Provisions

1) **Service Contract Term:** The term of this Service Contract is the Months and Miles shown on the MY MAXCARE Information Schedule. The Service Contract begins on the Purchase Date (see Key Terms) and at the Odometer reading stated in Section 1 of MY MAXCARE Information Schedule. The term ends when the Months from the Purchase Date is reached or when the Expiration Miles are registered on the odometer, whichever occurs first.

2) **When and where You are covered:** You are covered when this Service Contract is issued or transferred to You. This Service Contract applies only to Breakdowns occurring within the continental United States of America, Alaska, Hawaii and Canada.

3) **If You have other coverage:** If the manufacturer or Repair Facility agrees to cover all or some of the Cost of a Breakdown after a Warranty or guarantee has expired, We will pay only for any extra Cost. If You have any other Rental Reimbursement coverage or Emergency Roadside Assistance coverage, We will pay only the amount in excess of that coverage, subject to the limits of this Service Contract.

4) **Your help and cooperation:** Your help and cooperation is required if We ask You to help Us enforce Your rights against any manufacturer or Repair Facility who may be responsible to You for the Cost of repairs covered by this Service Contract.

5) **Limit of Liability:** The limit of Our liability is the total amount We will pay for all claims throughout the Service Contract Term and it shall not exceed the purchase price of Your Vehicle.

6) **Subrogation:** If We pay for a loss, We may require You to assign to Us Your rights of recovery against others. We will not pay for a loss if You harm these rights to recover. Your rights to recover from others may not be waived.

Page  4

MAX-44 (06/16)

## General Provisions (continued)

**7) Dispute resolution – arbitration:** This Service Contract requires binding arbitration if there is an unresolved dispute between You and Us concerning this Service Contract (including the Cost of, lack of or actual repair or replacement arising from a Breakdown). Under this Arbitration provision, You give up Your right to resolve any dispute arising from this Service Contract by a judge and/or a jury. You also agree not to participate as a class representative or class member in any class action litigation, any class arbitration or any consolidation of individual arbitrations. In arbitration, a group of three arbitrators (each of whom is an independent, neutral third party) will give a decision after hearing Your and Our positions. The decision of a majority of the arbitrators will determine the outcome of the arbitration and the decision of the arbitrators shall be final and binding and cannot be reviewed or changed by, or appealed to, a court of law. To start arbitration, either You or We must make a written demand to the other party for arbitration. This demand must be made within one (1) year of the earlier of the date the Breakdown occurred or the dispute arose. You and We will each separately select an arbitrator. The two arbitrators will select a third arbitrator called an "umpire." Each party will each pay the expense of the arbitrator selected by that party. The expense of the umpire will be shared equally by You and Us. Unless otherwise agreed to by You and Us, the arbitration will take place in the county and state in which You live. The arbitration shall be governed by the Federal Arbitration Act (9 U.S.C.A. § 1 et. seq.) and not by any state law concerning arbitration. The rules of the American Arbitration Association (www.adr.org) will apply to any arbitration under this Service Contract. The laws of the state of Illinois (without giving effect to its conflict of law principles) govern all matters arising out of or relating to this Service Contract and all transactions contemplated by this Service Contract, including, without limitation, the validity, interpretation, construction, performance and enforcement of this Service Contract.

**8) Transferability:** Your rights and duties under this Service Contract may only be transferred to a subsequent owner directly by You within thirty (30) days from the date of sale to the subsequent owner and upon payment to Us of a $30 transfer fee. This Service Contract may not be transferred to any entity in the business of selling or leasing motor vehicles. This Service Contract can only be transferred if the remaining portion of the Warranty including Powertrain Warranty has not been reduced or voided. In the event of Your death, the benefits of this Service Contract will be available to Your spouse, domestic partner or legal representative.

## 9) How This Service Contract may be canceled – Including Refunds And Charges

**Cancellation by You**

You may cancel this Service Contract at any time prior to expiration. To cancel, contact the Selling Location. The Selling Location will assist with Your cancellation request and verify the mileage of Your Vehicle. If You are unable to return or contact the Selling Location, You must provide written notice to the Administrator. A copy of Your Service Contract and an odometer reading statement must be included with Your request for cancellation.

**Cancellation by Us**

If We cancel this Service Contract, We will mail You written notice indicating the reason for cancellation along with the effective date.

**Cancellation by Lienholder**

If this Service Contract is financed, the Lienholder (shown in Section 5 of the MY MAXCARE Information Schedule) may cancel the Service Contract in the event You default in Your obligation to such Lienholder or in the event Your Vehicle is declared a total loss or is repossessed.

**How Refunds are Calculated**

If this Service Contract is **cancelled**:

- Within thirty (30) days of the Purchase Date and a claim has not been incurred, a 100% refund of the Service Contract Price will be made.
- If canceled between thirty-one (31) and ninety (90) days and a claim has not been incurred, a 100% refund of the Service Contract Price less an administrative fee of $50 will be made.
- After ninety (90) days, or if You have incurred a claim, a pro-rata refund of the unused Months or unused Miles will be made, less administrative fee of $50. The pro-rata refund will be calculated by multiplying the Service Contract Price by the lesser percentage of the unused Months or unused Miles compared to the total Months or total Miles of Your Service Contract Term, less an administrative fee of $50.

All refunds will be paid to the Lienholder if any, otherwise to You.

## 10) Insurance

This Service Contract is not an insurance contract. Our obligations under this Service Contract are insured under an insurance policy issued by Courtesy Insurance Company, 500 Jim Moran Boulevard, Deerfield Beach, FL 33442. In the event We cease to operate, are bankrupt or Your claim is not paid within sixty (60) days after proof of loss has been filed, You may file a direct claim with Courtesy Insurance Company. To do so, please call the following number: (800) 298-8011.

## 11) Entire Service Contract

This Service Contract represents the entire agreement between You and Us. No person has the authority to change this Service Contract or to waive any of its provisions. No other written or oral statements apply to this Service Contract.

Page 5



## State Amendments

This Service Contract is amended to comply with the following state requirements:

**Georgia**

The following statement is added to Your Service Contract: The Covered Vehicle may not be substituted. "What This Service Contract Covers" is amended to include the following: Conditions pre-existing the purchase of this Service Contract are not excluded. "What This Service Contract Does Not Cover." "Modifications" is amended to include: Modifications must be made subsequent to the purchase of this Service Contract. "What This Service Contract Does Not Cover." "Negligence, misrepresentation, or misuse," Section 23 is amended to include: If while owned by You. "What This Service Contract Does Not Cover," "Negligence, misrepresentation, or misuse," Section 24 is amended to delete the following term: sludge. "General Provisions," Section 7, "Dispute resolution – arbitration" is deleted in its entirety. "General Provisions," Section 9, "Cancellation by Us" is deleted in its entirety and replaced with the following: We may only cancel this Service Contract due to fraud, material misrepresentation or nonpayment. If this Service Contract is cancelled due to nonpayment or this Service Contract has been in effect for less than sixty (60) days, We will send You at Your last known address contained in Our records a ten (10) day written notice of cancellation. A thirty (30) day written notice will be mailed out if the Service Contract has been in effect sixty (60) days or more and cancels for fraud or material misrepresentation. In the event that the Covered Vehicle becomes ineligible, We have the right to deny coverage under this Service Contract. "General Provisions," Section 9, "How This Service Contract may be canceled – including Refunds and Charges," "Cancellation by Lienholder" is deleted in its entirety and replaced with the following: Lienholder may only cancel the Service Contract in the event the Vehicle is repossessed or declared a total loss. "General Provisions," Section 9, "How This Service Contract may be canceled - Including Refunds and Charges," "How refunds are calculated" is deleted in its entirety and replaced with the following: If this Service Contract is cancelled: Within thirty (30) days of the Purchase Date and a claim has not been incurred, a 100% refund of the Service Contract Price will be made. If this Service Contract is canceled after thirty (30) days but within ninety (90) days of the purchase date and a claim has not been incurred, a one hundred percent (100%) refund of the Service Contract Price will be made, less an administration fee that FWS will charge and retain of $50 or ten percent (10%) of the Service Contract Purchase Price, whichever is less. After ninety (90) days, or if You have incurred a claim, a pro-rata refund of the unused Months or unused Miles will be made. The pro-rata refund will be calculated by multiplying the Service Contract Price by the lesser percentage of the unused Months or unused Miles compared to the total Months or total Miles of Your Service Contract Period. All refunds will be paid to the Lienholder, if any, otherwise to You. If We do not pay Your refund due within forty-five (45) days after cancellation, We will be subject to pay a twenty-five percent (25%) penalty of the amount of the return of the unearned premium and interest equal to eighteen percent (18%) per annum until such time that proper return has been made. "General Provisions," Section 10, "Insurance" is amended to include: Obligations of the provider under this service contract are guaranteed under a service contract reimbursement insurance policy. Section 5, "Lienholder", Item 2. is deleted in its entirety and replaced with the following: To cancel the Contract in the event the vehicle is repossessed or declared a total loss. If We cancel this Service Contract, You will receive 100% of the unearned pro-rata Service Contract Price.

Order #: 833468

DMS Tracking #: 3164676    Reprint #: 0



MAX-44 (06/16)

# Exhibit M – Odometer Disclosure Statement

**EXHIBIT M**
**Odometer Disclosure Statement**

This exhibit contains the federally required Odometer Disclosure Statement provided at the time of sale of the 2018 RAM 2500. The statement certifies the mileage as **7,807 miles**, and includes signatures from both CarMax Auto Superstores, Inc. and Plaintiff, David Joseph Cernance.

Plaintiff asserts that the vehicle's condition — including extensive rust damage and mechanical failure — is inconsistent with the certified mileage. The rust observed suggests prior exposure or use not disclosed at the time of sale, raising concerns about the accuracy of the vehicle's reported history and inspection.

This document supports Plaintiff's claim of **misrepresentation and failure to disclose material defects**.

# ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, **CarMax Auto Superstores, Inc.** , state that the odometer
(transferor's name - PRINT)

(of the vehicle described below) now reads **7,807** (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ I hereby certify that the odometer reading is NOT the actual mileage. WARNING- ODOMETER DISCREPANCY.

| MAKE **RAM** | BODY TYPE **TK** | MODEL **2500** | |
|---|---|---|---|
| VEHICLE IDENTIFICATION NUMBER **3C6MR5AJ6JG347736** | | STOCK NUMBER **25819443** | |
| COLOR **WHITE** | TRIM **TRADESMAN** | | YEAR **2018** |

| TRANSFEROR'S PRINTED NAME (SELLER) **CarMax Auto Superstores, Inc.** | | |
|---|---|---|
| TRANSFEROR'S STREET ADDRESS **11450 ALPHARETTA HWY** | | |
| CITY **ROSWELL** | STATE **GA** | ZIP CODE **30076** |
| DATE OF STATEMENT **05/16/2024** | TRANSFEROR'S SIGNATURE (SELLER) X *Emerson Shuster* | |
| | X **CarMax Auto Superstores, Inc.** PRINTED NAME OF PERSON SIGNING | |

| TRANSFEREE'S PRINTED NAME (BUYER) **DAVID JOSEPH CERNANCE** | | |
|---|---|---|
| STREET ADDRESS **1075 W CHURCH SOU** | | |
| CITY **JASPER** | STATE **GA** | ZIP CODE **30143** |
| RECEIPT OF COPY ACKNOWLEDGED | | |
| X _DAVID JOSEPH CERNANCE_ TRANSFEREE'S SIGNATURE - BUYER | | **05/16/2024** DATE |
| X **DAVID JOSEPH CERNANCE** PRINTED NAME OF PERSON SIGNING | | **05/16/2024** DATE |

F005

# Exhibit N – Brake Failure and Partial Repairs

**EXHIBIT N**
**Brake Failure and Partial Repairs**

This exhibit documents a series of events and repair costs stemming from brake system failure in the 2018 RAM 2500, which resulted in a **jackknife incident** and ongoing mechanical issues.

Sequence of events:

1. **Jackknife Incident** – The truck jackknifed due to brake failure. Jasper Paint & Body performed body repairs following the incident.
2. **Tire Replacement** – Plaintiff replaced the tires, unaware that brake failure was the root cause.
3. **Brake Diagnosis** – Crenshaw Automotive diagnosed the brake system failure and estimated repairs at **$4,685.45**.
4. **Partial Payment** – Plaintiff paid **$1,689.27** toward repairs but could not afford the full amount.
5. **Ongoing Impact** – Plaintiff continues to pay for repairs incrementally in order to safely resume business operations.

This exhibit supports Plaintiff's claim for **actual damages**, **failure to disclose**, and **ongoing financial harm** resulting from the sale of a defective vehicle.

Included materials:

- Jasper Paint & Body invoice
- Tire replacement receipt
- Crenshaw Automotive estimate and payment receipt
- Plaintiff's notes or timeline of events

# CRENSHAWS AUTO

1015 WEST CHURCH ST
JASPER, GA 30143-4024
Ph: (706) 253-3742
CRENSHAWAUTO@ETCMAIL.COM

**Estimate #2671**
Service Writer: eric
Created: 11/03/25 12:48 PM
Updated: 11/04/25 03:58 PM

**David Cernance** (Authorizer)
GA

**2018 Ram 2500**
V8-6.4L OHV 16v MFI VIN J ESA 410hp GAS
VIN: 3C6MR5AJ6JG347736

Mileage: In 0 | Out 18563

| ITEM | DESCRIPTION | PART # | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| Part | Rear Brake Pads and Rotor | | | | |
| Labor | Replace Rear Breaks | | 1 | 399.99 | 399.99 |
| Part | Front Brake Pads and Rotors | | | | 300.00 |
| Labor | Replace Front Brake Pads and Rotors | | 1 | 399.99 | 399.99 |
| Part | Brake Caliper: Front Brakes - Caliper - Right | | | | 300.00 |
| Part | Brake Hose/Line: Front Brakes - Flex Hose - Left - Without Power Wagon Package | 68049150AC | 2 | 159.99 | 319.98 |
| Part | | 68224903AI | 1 | 81.85 | 81.85 |
| Part | Brake Hose/Line: Front Brakes - Flex Hose - Right - Without Power Wagon Package | 68224904AJ | 1 | 115.00 | 115.00 |
| Part | Brake Hose/Line: Rear Brakes - Flex Hose - Left | 4779979AE | 1 | 45.75 | 45.75 |
| Part | Brake Hose/Line: Rear Brakes - Flex Hose - Right | 4779988AF | 1 | 50.20 | 50.20 |
| Part | Wheel Bearing: Front Suspension - Suspension Components - Front Hub & Bearing | 68185437AD | 2 | 641.00 | 1282.00 |
| Labor | Wheel Bearing:Remove & Replace - Front Suspension - Suspension Components - Front Hub & Bearing, R&R - Front Suspension | | | | 840.00 |
| Part | Studs | | 32 | 9.99 | 319.68 |

---

## THANK YOU FOR YOUR BUSINESS!
## LEAVE A ***** REVIEW AND RECEIVE A FREE 5 QT OIL CHANGE ON YOUR NEXT APPOINTMENT

ESTIMATES ARE VALID FOR 30 DAYS.

Crenshaw automotive has the customers permission to drive vehicle in for repair for the purpose of diagnostic and repair evaluation with no risk of loss. Crenshaw Automotive is not responsible for risk of loss to vehicles in repair due to fire, theft, vandalism or acts of god. All vehicles in for repair must be paid in full before released to customer. All repairs are as-is upon receipt of payment. Any warranty on said repair is subject to management approval. Customer fully accepts these terms upon payment of repair. Thank you for your business!

Deposits:
No Deposits recorded

| | |
|---|---|
| Parts: | $3014.44 |
| Labor: | $1440.00 |
| Shop Supplies: | $15.00 |
| HazMat: | $5.00 |
| Subtotal: | $4474.44 |
| Total Tax: | $211.01 |
| **Total:** | **$4685.45** |
| Deposits | -$0.00 |

X_____
Customer Signature

**Date** 11-05-2025

Page 1 of 1

# TURNER TIRE

1124 CAMP RD, JASPER, GA 30143
Phone : 706-253-3339 Fax :706-692-5539

## INVOICE

## 1051954

SALESMAN: BT
DATE: 8/1/2025
PO #:

**SOLD TO**

DAVID CERNANCE

JASPER, GA 30143
H:
M: 817-570-7097
W:

**VEHICLE**

Mileage: 0
Tag:
VIN:
Engine:
Veh #:
Misc:

Fr Inf:
Rr Inf:

| PART NO. | DESCRIPTION | MECH | QTY | FET | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 170296048 | LT295/70R18 E COOPER DISCOVERER STRONGHOLD AT | BT | 4 | | 351.00 | 1404.00 |

| | | |
|---|---|---|
| Total Recommended Items | 0.00 | |
| GEORGIA NEW TIRE TAX | | 4.00 |
| TIRE DISPOSAL FEE | | 20.00 |
| SALES TAX | | 98.28 |
| TOTAL | | 1526.28 |
| CREDIT CARD | | 1572.07 |
| AMOUNT DUE | | 0.00 |

Time In:     12:15pm                                                    Time Out:     12:18pm

# JASPER PAINT & BODY

Quality...It doesn't cost, it pays!
2070 PHILADELPHIA RD, JASPER, GA 30143
Phone: (706) 692-6605
FAX: (706) 301-9113

## Supplement of Record 1 with Summary

**Customer: CERNANCE, DAVID**                                    **Job Number: 4262**

Written By: Jynnifer Mallett, 8/11/2025 10:09:49 AM
Adjuster: SHU Team, Express, (855) 341-8184 Business

| | | | | | |
|---|---|---|---|---|---|
| Insured: | CERNANCE, DAVID | Policy #: | PMR | Claim #: | 11-86L9-40L01 |
| Type of Loss: | Comprehensive | Date of Loss: | 6/14/2025 12:00 PM | Days to Repair: | 12 |
| Point of Impact: | 12 Front | | | | |

**Owner:**
CERNANCE, DAVID
616 HICKORY COVE RD
JASPER, GA 30143-4106
(817) 570-7097 Cell
(817) 570-7097 Other

**Inspection Location:**
JASPER PAINT & BODY
2070 PHILADELPHIA RD
JASPER, GA 30143
Repair Facility
(706) 692-6605 Business

**Insurance Company:**
STATE FARM INSURANCE COMPANIES
STATE FARM - ALL
Bloomington

| | | | | | |
|---|---|---|---|---|---|
| **Vehicle Drop Off Date:** | 07/14/2025 | **Promise Date:** | 07/29/2025 | **Repair Start Date:** | 07/14/2025 |
| **Repair Completion Date:** | 07/31/2025 | **Vehicle Pick Up/Return Date:** | 08/01/2025 | | |

## VEHICLE

2018 RAM 2500 Tradesman Regular Cab 4WD w/8' Box 2D P/U 8-6.4L Gasoline Sequential MPI WHITE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VIN: | 3C6MR5AJ6JG347736 | Interior Color: | BLACK | Mileage In: | 16,768 | Vehicle Out: | 8/1/2025 |
| License: | CVV4797 | Exterior Color: | WHITE | Mileage Out: | | | |
| State: | GA | Production Date: | 9/2018 | Condition: | | Job #: | 4262 |

**TRANSMISSION**
Automatic Transmission
4 Wheel Drive
**POWER**
Power Steering
Power Brakes
**DECOR**
Dual Mirrors
Tinted Glass
**CONVENIENCE**
Air Conditioning

Intermittent Wipers
Tilt Wheel
Cruise Control
Message Center
Backup Camera
**RADIO**
AM Radio
FM Radio
Stereo
Search/Seek
Auxiliary Audio Connection

**SAFETY**
Drivers Side Air Bag
Passenger Air Bag
Anti-Lock Brakes (4)
4 Wheel Disc Brakes
Traction Control
Stability Control
Front Side Impact Air Bags
Head/Curtain Air Bags
**WHEELS**
Styled Steel Wheels

**PAINT**
Clear Coat Paint
**OTHER**
California Emissions
**TRUCK**
Rear Step Bumper
Trailer Hitch
Trailering Package

**Supplement of Record 1 with Summary**

**Customer: CERNANCE, DAVID**                                                          **Job Number: 4262**

2018 RAM 2500 Tradesman Regular Cab 4WD w/8' Box 2D P/U 8-6.4L Gasoline Sequential MPI WHITE

| Line | | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|------|-----|------|-------------|-------------|-----|------------------|-------|-------|
| 1 | # | S01 | FINAL BILL | | 1 | | | |
| 2 | **FRONT BUMPER** | | | | | | | |
| 3 | | | O/H front bumper | | | | 2.6 | |
| 4 | ** | Repl | A/M CAPA Bumper chrome w/o park snsr w/o fog lamp | 68045699AB | 1 | 665.00 | Incl. | |
| 5 | ** | Repl | A/M Air deflector w/o Power Wagon pkg | 68196533AA | 1 | 126.15 | Incl. | |
| 6 | ** | Repl | A/M Lower panel | 68066341AB | 1 | 81.54 | Incl. | |
| 7 | | R&I | RT Filler molding painted | | | | 0.2 | |
| 8 | | R&I | LT Filler molding painted | | | | 0.2 | |
| 9 | ** | Repl | Opt OEM RT Mount bracket tow hook bracket only | 68196250AA | 1 | 103.75 | 0.3 | |
| 10 | ** | Repl | Opt OEM LT Mount bracket tow hook bracket only | 68196251AA | 1 | 103.75 | 0.3 | |
| 11 | ** | Repl | A/M RT Support bracket | 68064329AD | 1 | 93.85 | Incl. | |
| 12 | ** | Repl | A/M LT Support bracket | 68064329AD | 1 | 93.85 | Incl. | |
| 13 | # | Repl | BUMPER MOUNT BOLT | | 8 | 136.80 | | |
| | | | Note: BOLTS AND NUTS CANNOT BE REUSED. THEY ARE TOO RUSTED TO REMOVE | | | | | |
| 14 | # | Repl | BUMPER NUT | | 8 | 116.00 | | |
| | | | Note: BOLTS AND NUTS CANNOT BE REUSED. THEY ARE TOO RUSTED TO REMOVE | | | | | |
| 15 | **GRILLE** | | | | | | | |
| 16 | | R&I | Grille black hexagon chrome surround | | | | Incl. | |
| 17 | **FRONT LAMPS** | | | | | | | |
| 18 | | R&I | RT R&I headlamp assy | | | | 0.4 | |
| 19 | | R&I | LT R&I headlamp assy | | | | 0.4 | |
| 20 | **FENDER** | | | | | | | |
| 21 | | R&I | RT Fender liner | | | | 0.5 | |
| 22 | | R&I | LT Fender liner | | | | 0.5 | |
| 23 | | Repl | RT Fender liner retainer | 6506293AA | 5 | 44.00 | | |
| 24 | | Repl | LT Fender liner retainer | 6506293AA | 5 | 44.00 | | |
| 25 | **REAR BUMPER** | | | | | | | |
| 26 | | S01 | O/H bumper assy | | | | 1.6 | |
| 27 | ** | Repl | A/M CAPA Bumper chrome w/o park sensor | 68207306AA | 1 | 670.00 | Incl. | |
| | | | Note: LKQ IN POOR CONDITION | | | | | |
| 28 | ** | Repl | A/M CAPA Bumper bracket kit | 68049744AA | 1 | 143.00 | Incl. | |
| 29 | | S01 Repl | Step pad | 68170762AB | 1 | 345.00 | Incl. | |
| | | | Note: A/M ATTEMPTED BUT WAS NO GOOD | | | | | |
| 30 | **PICK UP BOX** | | | | | | | |
| 31 | * | Rpr | RT Side panel single rear wheel | | | | 15.0 | 3.9 |
| 32 | | | Add for Clear Coat | | | | | 1.6 |
| 33 | | | Add for Edging | | | | | 0.3 |
| 34 | # | | SET UP | | 1 | | 1.0 | |

8/11/2025 10:09:49 AM                                          030711                                                    Page 2

**Supplement of Record 1 with Summary**

**Customer: CERNANCE, DAVID**  **Job Number: 4262**

2018 RAM 2500 Tradesman Regular Cab 4WD w/8' Box 2D P/U 8-6.4L Gasoline Sequential MPI WHITE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 35 | # | | PULL REAR CORNER OUT | | 1 | | 1.0 | |
| 36 | | R&I | RT Splash shield single rear wheel | | | | 0.3 | |
| 37 | | R&I | RT Rear shield | | | | 0.2 | |
| 38 | | R&I | RT Protector rear | | | | 0.2 | |
| 39 | | R&I | RT Protector front | | | | 0.2 | |
| 40 | ** S01 | Repl | A/M RT Rail cover | 68375108AA | 1 | 130.49 | 0.3 | |
| 41 | | R&I | R&I tailgate assy | | | | 0.3 | |
| 42 | | R&I | R&I box assy | | | | 2.5 | |
| 43 | * | Rpr | RT Outer pillar | | | | 4.0 | 0.5 |
| 44 | * | Rpr | RT Pillar reinf | | | | 2.0 | |
| 45 | | Repl | RT Stone guard rear | 5182494AA | 1 | 66.85 | 0.2 | |

| 46 | **REAR LAMPS** |
|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 47 | | R&I | RT Tail lamp w/o LED | | | | 0.3 |

| 48 | **VEHICLE DIAGNOSTICS** |
|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 49 | * S01 | Subl | Pre-repair scan | | 1 | 130.00 X m | |
| | | | Note: SCANS REQUIRE OEM SOFTWARE GATEWAY ACCESS | | | | |
| 50 | * S01 | Subl | Post-repair scan | | 1 | 130.00 X m | |
| | | | Note: SCANS REQUIRE OEM SOFTWARE GATEWAY ACCESS | | | | |

| 51 | **MISCELLANEOUS OPERATIONS** |
|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 52 | # | | Hazardous waste removal | | 1 | 3.00 | |
| 53 | # | Repl | Cover Car | | 1 | 3.00 | 0.2 |
| 54 | # | Repl | Corrosion Protection | | 1 | | 0.3 |
| 55 | # | | Tint Paint | | 1 | | 0.5 |
| 56 | # | | BLOCK AND PRIME LARGE REPAIR | | 1 | | 1.0 |
| 57 | # | Refn | Nib and Buff Panel | | | | 1.0 |

| | **SUBTOTALS** | 3,230.03 | 35.8 | 8.0 |
|---|---|---|---|---|

## ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 2,970.03 |
| Body Labor | 35.8 hrs | @ | $ 55.00 /hr | 1,969.00 |
| Paint Labor | 8.0 hrs | @ | $ 55.00 /hr | 440.00 |
| Paint Supplies | 8.0 hrs | @ | $ 40.00 /hr | 320.00 |
| Miscellaneous | | | | 260.00 |
| Subtotal | | | | 5,959.03 |
| Sales Tax | $ 3,290.03 | @ | 7.0000 % | 230.30 |
| **Grand Total** | | | | **6,189.33** |
| Deductible | | | | 1,000.00 |
| **CUSTOMER PAY** | | | | **1,000.00** |
| **INSURANCE PAY** | | | | **5,189.33** |

**Supplement of Record 1 with Summary**

**Customer: CERNANCE, DAVID**

**Job Number: 4262**

2018 RAM 2500 Tradesman Regular Cab 4WD w/8' Box 2D P/U 8-6.4L Gasoline Sequential MPI WHITE

For more information regarding State Farm's promise of satisfaction relating to new non-original equipment manufacturer (non-OEM) and recycled parts, please visit: http://st8.fm/7X4 or QR code.



Register online to check the status of your claim and stay connected with State Farm®. To register, go to   http://www.statefarm.com/ and select Check the Status of a Claim.  If you are already registered, thank you!

Supplement of Record 1 with Summary

**Customer: CERNANCE, DAVID**  **Job Number: 4262**

2018 RAM 2500 Tradesman Regular Cab 4WD w/8' Box 2D P/U 8-6.4L Gasoline Sequential MPI WHITE

## SUPPLEMENT SUMMARY

| Line | | Oper | Description | Part Number | Qty | Extended Price $ | Labor | | Paint |
|------|---|------|-------------|-------------|-----|------------------|-------|---|-------|
| **Changed Items** | | | | | | | | | |
| 8 | ** | Repl | Opt OEM RT Mount bracket tow hook bracket only | 68196250AA | 1 | -103.75 | -0.3 | | |
| 9 | ** S01 | Repl | Opt OEM RT Mount bracket tow hook bracket only | 68196250AA | 1 | 103.75 | 0.3 | | |
| | | | NOTE: Promotional Price: $103.75 | | | | | | |
| 9 | ** | Repl | Opt OEM LT Mount bracket tow hook bracket only | 68196251AA | 1 | -103.75 | -0.3 | | |
| 10 | ** S01 | Repl | Opt OEM LT Mount bracket tow hook bracket only | 68196251AA | 1 | 103.75 | 0.3 | | |
| | | | NOTE: Promotional Price: $103.75 | | | | | | |
| 38 | ** | Repl | A/M RT Rail cover | 68375108AA | 1 | -91.73 | -0.3 | | |
| 40 | ** S01 | Repl | A/M RT Rail cover | 68375108AA | 1 | 130.49 | 0.3 | | |
| **Deleted Items** | | | | | | | | | |
| 47 | * | Rpr | Pre-repair scan | | | | m | -0.5 M | |
| 48 | * | Rpr | Post-repair scan | | | | m | -0.5 M | |
| **Added Items** | | | | | | | | | |
| 1 | # S01 | | FINAL BILL | | 1 | | | | |
| 29 | S01 | Repl | Step pad | 68170762AB | 1 | 345.00 | Incl. | | |
| | | | NOTE: A/M ATTEMPTED BUT WAS NO GOOD | | | | | | |
| 49 | * S01 | Subl | Pre-repair scan | | 1 | 130.00 X m | | | |
| | | | NOTE: SCANS REQUIRE OEM SOFTWARE GATEWAY ACCESS | | | | | | |
| 50 | * S01 | Subl | Post-repair scan | | 1 | 130.00 X m | | | |
| | | | NOTE: SCANS REQUIRE OEM SOFTWARE GATEWAY ACCESS | | | | | | |
| | | | **SUBTOTALS** | | | **643.76** | **-1.0** | | **0.0** |

## TOTALS SUMMARY

| Category | Basis | | Rate | Cost $ |
|----------|-------|---|------|--------|
| Parts | | | | 383.76 |
| Body Labor | | | | 0.00 |
| Mechanical Labor | -1.0 hrs | @ | $ 95.00 /hr | -95.00 |
| Miscellaneous | | | | 260.00 |
| Subtotal | | | | 548.76 |
| Sales Tax | $ 383.76 | @ | 7.0000 % | 26.86 |
| **Total Supplement Amount** | | | | 575.62 |
| **NET COST OF SUPPLEMENT** | | | | 575.62 |

**Supplement of Record 1 with Summary**

**Customer: CERNANCE, DAVID**

**Job Number: 4262**

2018 RAM 2500 Tradesman Regular Cab 4WD w/8' Box 2D P/U 8-6.4L Gasoline Sequential MPI WHITE

## CUMULATIVE EFFECTS OF SUPPLEMENT(S)

| | | | |
|---|---|---|---|
| Estimate | | 5,613.71 | Jynnifer Mallett |
| Supplement S01 | | 575.62 | Jynnifer Mallett |
| **Job Total:** | **$** | **6,189.33** | |
| **CUSTOMER PAY:** | **$** | **1,000.00** | |
| **INSURANCE PAY:** | **$** | **5,189.33** | |

NOTICE TO THIRD PARTY CLAIMANTS: Failure to use the insurance proceeds in accordance with a security agreement between you and a lienholder, if any, may be a violation of Code Section 16-8-4 of the O.C.G.A. If you have any questions, contact your lending institution.

THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF AFTERMARKET CRASH PARTS SUPPLIED BY A SOURCE OTHER THAN THE MANUFACTURER OF YOUR MOTOR VEHICLE. THE AFTER MARKET CRASH PARTS USED IN THE PREPARATION OF THIS ESTIMATE ARE WARRANTED BY THE MANUFACTURER OR DISTRIBUTION OF SUCH PARTS RATHER THAN THE MANUFACTURER OF YOUR VEHICLE.

# Exhibit O – CarMax Buyer's Guide and Warranty Disclosure

**EXHIBIT O**
**CarMax Buyer's Guide and Warranty Disclosure**

This exhibit contains the federally required Buyer's Guide issued by CarMax Auto Superstores, Inc. at the time of sale of the 2018 RAM 2500. The document outlines:

- A **limited dealer warranty** of 90 days or 4,000 miles
- Coverage of key systems including **frame, suspension, brakes, differential, and steering**
- An offer of a **service contract (MaxCare)** for an additional charge
- A list of **major defects** that may occur in used vehicles — including **frame cracks, rust-through, and brake failure**
- Plaintiff's **signature acknowledging receipt**

Plaintiff asserts that despite this warranty and defect disclosure, CarMax failed to identify or disclose **extensive rust damage** affecting covered systems. The Buyer's Guide supports Plaintiff's claim of **misrepresentation, failure to inspect, and deceptive business practices.**

DMS Tracking #: 3184685

Reprint #: 0

05/18/2024 07:28 PM

# BUYERS GUIDE

**IMPORTANT:** Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.

| RAM | 2500 | 2018 | 3C6MR5AJ6JG347736 |
|---|---|---|---|
| VEHICLE MAKE | MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER (VIN) |

## WARRANTIES FOR THIS VEHICLE:           STOCK# 25819443

☐ ## AS IS - NO DEALER WARRANTY

THE DEALER DOES NOT PROVIDE A WARRANTY FOR ANY REPAIRS AFTER SALE.

☒ ## DEALER WARRANTY

☐ FULL WARRANTY.

☒ LIMITED WARRANTY. The dealer will pay 100 % of the labor and 100 % of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warranty, and for any documents that explain warranty coverage, exclusions, and the dealer's repair obligations. *Implied warranties* under your state's laws may give you additional rights.

**SYSTEMS COVERED:**

Frame & Body; Engine; Transmission & Drive Shaft; Differential; Cooling, Electrical, Fuel, Steering, Suspension, Restraint, Brake and Exhaust Systems, Gauges, HVAC, Tires, Wheels

**DURATION:**

90 days or 4,000 miles, whichever comes first.

For a complete copy of our Limited Warranty, contact a store associate.

## NON-DEALER WARRANTIES FOR THIS VEHICLE:

☐ MANUFACTURER'S WARRANTY STILL APPLIES. The manufacturer's original warranty has not expired on some components of the vehicle.

☐ MANUFACTURER'S USED VEHICLE WARRANTY APPLIES.

☐ OTHER USED VEHICLE WARRANTY APPLIES.

Ask the dealer for a copy of the warranty document and an explanation of warranty coverage, exclusions, and repair obligations.

☒ SERVICE CONTRACT. A service contract on this vehicle is available for an extra charge. Ask for details about coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of your purchase of this vehicle, *implied warranties* under your state's laws may give you additional rights.

**ASK THE DEALER IF YOUR MECHANIC CAN INSPECT THE VEHICLE ON OR OFF THE LOT.**

**OBTAIN A VEHICLE HISTORY REPORT AND CHECK FOR OPEN SAFETY RECALLS.** For information on how to obtain a vehicle history report, visit ftc.gov/usedcars. To check for open safety recalls, visit safercar.gov. You will need the vehicle identification number (VIN) shown above to make the best use of the resources on these sites.

**SEE OTHER SIDE** for important additional information, including a list of major defects that may occur in used motor vehicles.

Si el concesionario gestiona la venta en español, pidale una copia de la Guia del Comprador en español.

PFF 2137

1/2017

Here is a list of some major defects that may occur in used vehicles.

**Frame & Body**
Frame-cracks, corrective welds, or rusted through
Dog tracks-bent or twisted frame

**Engine**
Oil leakage, excluding normal seepage
Cracked block or head
Belts missing or inoperable
Knocks or misses related to camshaft lifters and push rods
Abnormal exhaust discharge

**Transmission & Drive Shaft**
Improper fluid level or leakage, excluding normal seepage
Cracked or damaged case which is visible
Abnormal noise or vibration caused by faulty transmission or drive shaft
Improper shifting or functioning in any gear
Manual clutch slips or chatters

**Differential**
Improper fluid level or leakeage, excluding normal seepage
Cracked of damaged housing which is visible
Abnormal noise or vibration caused by faulty differential

**Cooling System**
Leakage including radiator
Improperly functioning water pump

**Electrical System**
Battery leakage
Improperly functioning alternator, generator, battery, or starter

**Fuel System**
Visible leakage

**Inoperable Accessories**
Gauges or warning devices
Air conditioner
Heater & Defroster

**Brake System**
Failure warning light broken
Pedal not firm under pressure (DOT spec.)
Not enough pedal reserve (DOT spec.)
Does not stop vehicle in straight line (DOT spec.)
Hoses damaged
Drum or rotor too thin (Mfgr. Specs)
Lining or pad thickness less than 1/32 inch
Power unit not operating or leaking
Structural or mechanical parts damaged

**Air Bags**

**Steering System**
Too much free play at steering wheel (DOT specs.)
Free play in linkage more than 1/4 inch
Steering gear binds or jams
Front wheels aligned improperly (DOT specs.)
Power unit belts cracked or slipping
Power unit fluid level improper

**Suspension System**
Ball joint seals damaged
Structural parts bent or damaged
Stabilizer bar disconnected
Spring broken
Shock absorber mounting loose
Rubber bushings damaged or missing
Radius rod damaged or missing
Shock absorber leaking or functioning improperly

**Tires**
Tread depth less than 2/32 inch
Sizes mismatched
Visible damage

**Wheels**
Visible cracks, damage or repairs
Mounting bolts loose or missing

**Exhaust System**
Leakage
Catalytic Converter

---

CarMax Auto Superstores, Inc.
**DEALER NAME**

11450 ALPHARETTA HWY, ROSWELL, GA 30076
**ADDRESS**

(770) 280-6200
**TELEPHONE**

7298-LGM@carmax.com
**EMAIL**

LOCATION GENERAL MANAGER
**FOR COMPLAINTS AFTER SALE, CONTACT:**

I hereby acknowledge receipt of the Buyer's Guide at the closing of this sale.

DAVID JOSEPH LERNANCE
**CUSTOMER SIGNATURE**

---

**IMPORTANT:** The information on this form is part of any contract to buy this vehicle. Removing this label before consumer purchase (except for purpose of test-driving) violates federal law (16 C.F.R. 455).

# Exhibit P – CarMax 10-Day Money Back Guarantee

**EXHIBIT P**
**CarMax 10-Day Money Back Guarantee**

This exhibit contains the signed 10-Day Money Back Guarantee issued by CarMax Auto Superstores, Inc. for the 2018 RAM 2500. The document states that the vehicle may be returned within ten (10) calendar days of purchase, provided its condition has not changed beyond ordinary wear and tear.

Plaintiff signed this agreement on **May 16, 2024**, and took possession of the vehicle shortly thereafter. The truck was branded and modified for Plaintiff's business operations, including decals and equipment setup. Upon discovery of extensive rust and mechanical defects on **August 7, 2024**, Plaintiff attempted to return the vehicle but was denied due to:

- The passage of time beyond the 10-day window
- The vehicle's branding and modification for business use
- CarMax's assertion that the condition had changed

Plaintiff asserts that the defects were **pre-existing and undisclosed**, and that the denial of return constitutes **deceptive business practices and breach of consumer protection standards**.

# 10-DAY MONEY BACK GUARANTEE

# CARMAX

Year: __2018__    Make: __RAM_____    Model: __2500_____

Stock No.: __25819443_____    VIN: __3C6MR5AJ6JG347736_____    ("the Vehicle")

This 10-Day Money Back Guarantee means that you may return the Vehicle to the CarMax location where it was purchased for a refund within ten (10) calendar days of your purchase. To qualify for a refund, the condition of the Vehicle must not have changed, except for ordinary wear and tear. If you return the Vehicle, CarMax will refund any money paid to CarMax as reflected in your Contract. This 10-Day Money Back Guarantee is part of your Contract with CarMax. and replaces in its entirety CarMax's 7-Day Return Policy that is stated elsewhere in your Contract. All other terms of the Contract apply to this 10-Day Money Back Guarantee, including, among other terms, the Arbitration Provision.


__DAVID JOSEPH CERMANCE_____    __05/16/2024__    _____    _____
BUYER SIGNATURE                         DATE         CO-BUYER SIGNATURE              DATE


__Emerson Shuster_____         __Emerson Shuster_____    __05/16/2024__
CARMAX AUTHORIZED REP. NAME              CARMAX AUTHORIZED REP. SIGNATURE      DATE


Order #: 833468
Rev. Date 01/24         DMS Tracking #: 3164671    Reprint #: 0           MIS ID: 98000722
PFF 2200 KMK                                                              05/16/2024 07:28 PM



**Sworn to and subscribed before me** this ____ day of _November_____, 2025, by **David Joseph Cernance**, who is personally known to me or has produced valid identification.

**Notary Public Signature:** _Dana Vaughn_____
**Printed Name:** _Dana Vaughn_____
**Commission Number:** _NA_____
**My Commission Expires:** _July 5, 2027_____
**[Seal]**



# Exhibit Q – FBPA Notice and Escalation Record

**EXHIBIT Q**
**FBPA Notice and Escalation Record**

This exhibit contains written correspondence between Plaintiff David Joseph Cernance and CarMax Customer Relations, documenting Plaintiff's **verbal and written demand for remediation** and CarMax's **refusal to assist**. The communications occurred between **September 12 and September 20, 2025**, and pertain to **Case #00937783**.

Key elements include:

- Plaintiff's **September 19, 2025 email**, confirming a verbal demand made during a phone call with Analyst David (ID #262215), requesting that CarMax take responsibility for **undisclosed rust damage** on the 2018 RAM 2500.
- Plaintiff's statement that he would be **filing a formal complaint and pursuing legal action**, reserving all rights under **Georgia law and applicable consumer protection statutes**.
- CarMax's **written response**, confirming its **final refusal to assist**, without offering any resolution, compromise, or acknowledgment of liability.
- Plaintiff's **September 20, 2025 follow-up**, documenting the denial and clarifying that no resolution was extended.

This correspondence satisfies the **30-day written notice requirement** under **O.C.G.A. § 10-1-399(c)** of the **Georgia Fair Business Practices Act**, and supports Plaintiff's claim for **treble damages** based on **intentional misconduct**.

Gmail - 937783 - CarMax Experience - Customer Relations [ ref:!00D150NuMe.!500PW0skviZ:ref ]      Page 87 of 95      11/6/25, 9:41 AM

Case 2:25-cv-00387-SCU      Document 1-6  Filed 12/05/25

 **Gmail**

David Cernance <davidcernance@gmail.com>

# 937783 - CarMax Experience - Customer Relations [ ref:!00D150NuMe.!500PW0skviZ:ref ]

4 messages

---

**Reply To CarMax Case** <reply_to_case@carmax.com>                     Fri, Sep 12, 2025 at 2:32 PM
To: "davidcernance@gmail.com" <davidcernance@gmail.com>

Good afternoon, David!

That's the best name in the books, by my estimation. Thanks for reaching out to the CarMax Home Office. My name is also David, and I will be the analyst working to resolve your concerns within Customer Relations. I appreciate you taking the time to reach out and share your experience with us. I look forward to confirming what support may be available with senior leadership at our Roswell team.

I'll be your point of contact moving forward. My goal is to review your concern, take on the appropriate partnerships to resolve the concern, and keep you updated every step of the way!

Our requested turnaround time is 24-48 hours. Given the juncture of the afternoon, I will not have an update until Monday. I will be in touch with you to share any and all updates. If you have additional questions, please do not hesitate to contact me here via email. Have a great day and I look forward to speaking with you soon.


Many Thanks,

David
Carmax Customer Relations | Analyst
1.800.519.1511, opt. 4, ext. 232
12800 Tuckahoe Creek Pkwy
Richmond, VA 23238



PLEASE DO NOT MODIFY THE SUBJECT LINE AND PLEASE SELECT REPLY ALL WHEN RESPONDING. MODIFICATION OF THE SUBJECT LINE WILL RESULT IN NO RESPONSE OR ACKNOWLEDGMENT OF A REPLY.

** PRIVATE & CONFIDENTIAL**

THIS ELECTRONIC MESSAGE CONTAINS CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY THAT IS THE INTENDED RECIPIENT. IF YOU ARE NOT THE DESIGNATED RECIPIENT, PLEASE BE AWARE THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER AND DELETE THE MATERIAL FROM ANY COMPUTER ON WHICH IT EXISTS. THANK YOU.


-------------- Original Message --------------
From: Reply To CarMax Case [reply_to_case@carmax.com]
Sent: 9/12/2025, 12:05 PM
To: davidcernance@gmail.com
Subject: CarMax Experience - Customer Relations [ ref:!00D150NuMe.!500PW0skviZ:ref ]

Hello David,

Thank you for contacting CarMax Customer Relations. We are here for you and eager to assist you with your experience. This email is a follow-up to our conversation and a place to send any documentation or details we did not review on the phone.

The Customer Relations Analyst supporting your experience will contact you within 24 business hours. To connect with our Customer Relations team, please reply to this email thread, or contact us via phone at 800-519-1511 Monday – Friday, 9am – 8pm Eastern Time.

Thanks for giving us a chance to assist. We look forward to making your CarMax experience a great one.


Case number : 00937783

Thank you,

Cassandra | Customer Relations
Contact: 1-800-519-1511 option 5

CarMax Customer Relations

PLEASE DO NOT MODIFY THE SUBJECT LINE AND PLEASE SELECT REPLY ALL WHEN RESPONDING. MODIFICATION OF THE SUBJECT LINE WILL RESULT IN NO RESPONSE OR ACKNOWLEDGMENT OF A REPLY.

** PRIVATE & CONFIDENTIAL**
THIS ELECTRONIC MESSAGE CONTAINS CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY THAT IS THE INTENDED RECIPIENT. IF YOU ARE NOT THE DESIGNATED RECIPIENT, PLEASE BE AWARE THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER AND DELETE THE MATERIAL FROM ANY COMPUTER ON WHICH IT EXISTS. THANK YOU. ref:!00D150NuMe.!500PW0skviZ:ref

---

**David Cernance** <davidcernance@gmail.com>
To: Reply To CarMax Case <reply_to_case@carmax.com>

Fri, Sep 19, 2025 at 3:19 PM

**Subject:** Written Confirmation of Verbal Demand and Notice of Escalation – CarMax Case #00937783

Dear CarMax Customer Relations,

This email serves as written documentation of the verbal demand I made on **September 19, 2025**, during my phone conversation with Analyst David (ID #262215). I requested that CarMax take responsibility for the undisclosed rust damage on the 2018 truck I purchased on **May 16, 2024** for $45,000. The rust caused mechanical failure, confirmed and repaired by Tutton CDJR Jeep RAM in Jasper, Georgia (Ref. No. 23895).

During the call, I was informed that CarMax would not be offering any further assistance. I responded clearly that I would be filing a formal complaint with the Better Business Bureau and pursuing additional actions. This message confirms that I have done so.

I am not seeking further assistance from CarMax at this time. This communication is solely to document that a verbal demand was made, a refusal was issued, and escalation has begun. I reserve all rights under Georgia law and applicable consumer protection statutes.

Sincerely,

**David J. Cernance**

616 Hickory Cove Rd Jasper, GA 30143


CarMax Case #00937783

[Quoted text hidden]

--
David Cernance BMSc, MA
Stump Brothers
1031 W. Church St
Jasper, GA 30143-4024

706.438.8800 Office
817.570.7097 Cell

---

**Reply To CarMax Case** <reply_to_case@carmax.com>                    Fri, Sep 19, 2025 at 3:39 PM
To: "davidcernance@gmail.com" <davidcernance@gmail.com>

Good afternoon, David!

I appreciate you writing. I have been able to take some additional partnerships following our discussion this morning. After partnering further with our leadership team, the resolution we shared in our conversation on 9/19 is final. If you do have additional concerns, you can reach out to us at any time!

Many Thanks,

David
Carmax Customer Relations | Analyst
1.800.519.1511, opt. 4, ext. 232
12800 Tuckahoe Creek Pkwy
Richmond, VA 23238



PLEASE DO NOT MODIFY THE SUBJECT LINE AND PLEASE SELECT REPLY ALL WHEN RESPONDING. MODIFICATION OF THE SUBJECT LINE WILL RESULT IN NO RESPONSE OR ACKNOWLEDGMENT OF A REPLY.

** PRIVATE & CONFIDENTIAL**

THIS ELECTRONIC MESSAGE CONTAINS CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY THAT IS THE INTENDED RECIPIENT. IF YOU ARE NOT THE DESIGNATED RECIPIENT, PLEASE BE AWARE THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER AND DELETE THE MATERIAL FROM ANY COMPUTER ON WHICH IT EXISTS. THANK YOU.


--------------- Original Message ---------------
From: David Cernance [davidcernance@gmail.com]
Sent: 9/19/2025, 3:19 PM

To: reply_to_case@carmax.com
Subject: Re: 937783 - CarMax Experience - Customer Relations [ ref:!00D150NuMe.!500PW0skviZ:ref ]

*Subject:* Written Confirmation of Verbal Demand and Notice of Escalation –
CarMax Case #00937783

Dear CarMax Customer Relations,

This email serves as written documentation of the verbal demand I made
on *September
19, 2025*, during my phone conversation with Analyst David (ID #262215). I
requested that CarMax take responsibility for the undisclosed rust damage
on the 2018 truck I purchased on *May 16, 2024* for $45,000. The rust
caused mechanical failure, confirmed and repaired by Tutton CDJR Jeep RAM
in Jasper, Georgia (Ref. No. 23895).

During the call, I was informed that CarMax would not be offering any
further assistance. I responded clearly that I would be filing a formal
complaint with the Better Business Bureau and pursuing additional actions.
This message confirms that I have done so.

I am not seeking further assistance from CarMax at this time. This
communication is solely to document that a verbal demand was made, a
refusal was issued, and escalation has begun. I reserve all rights under
Georgia law and applicable consumer protection statutes.

Sincerely,

*David J. Cernance*

616 Hickory Cove Rd Jasper, GA 30143

CarMax Case #00937783

On Fri, Sep 12, 2025 at 2:32?PM Reply To CarMax Case <
[Quoted text hidden]

---

David Cernance <davidcernance@gmail.com>                    Sat, Sep 20, 2025 at 2:22 PM
To: Reply To CarMax Case <reply_to_case@carmax.com>

Subject: Re: 937783 - CarMax Experience - Customer Relations [ ref:!00D150NuMe.!500PW0skviZ:ref ]

Dear David Brown

This correspondence serves to formally clarify and document the outcome of our September 19, 2025 phone
conversation regarding Case #00937783.

During that call, CarMax—through your representation—issued a definitive refusal to provide any assistance or
remediation concerning the undisclosed rust damage on the 2018 vehicle I purchased on May 16, 2024 for $45,000.
That damage resulted in mechanical failure, as confirmed and repaired by Tutton CDJR Jeep RAM in Jasper, Georgia
(Ref. No. 23895).

Your September 20, 2025 email references a "final resolution" shared during our discussion. For the record, no
resolution was extended to me as the consumer. The outcome was a unilateral denial of support, rendered solely in
favor of CarMax, without any third-party evaluation or acknowledgment of liability. No compromise, remedy, or

customer consideration was offered.

I do not expect CarMax to issue a written statement explicitly confirming its refusal to assist, and I understand that such omission may be intended to protect the company's interests. Therefore, I am placing this documentation on record to affirm that a verbal denial was issued, and that CarMax has declined to provide written confirmation of that denial.

This correspondence is not a request for further assistance. It is a formal record of the facts as they occurred, and it will be retained for all future reference, including any regulatory or legal proceedings pursued under Georgia law and applicable consumer protection statutes.

Respectfully,
David J. Cernance
616 Hickory Cove Rd
Jasper, GA 30143
Stump Brothers, LLC
706.438.8800 Office
817.570.7097 Cell

Sent from my iPhone
[Quoted text hidden]

# Exhibit R —Attorney General Complaint and Acknowledgment

**EXHIBIT R**
**Attorney General Complaint and Acknowledgment**

This exhibit contains documentation submitted by Plaintiff David Joseph Cernance to the **Georgia Attorney General's Consumer Protection Division**, establishing formal notice of deceptive trade practices by CarMax Auto Superstores, Inc.

## Contents:

- **Formal Complaint Letter** dated **October 6, 2025**, detailing CarMax's failure to disclose undercarriage rust and refusal to provide meaningful resolution
- **Acknowledgment of Receipt** from the Consumer Protection Division, dated **November 6, 2025**, confirming registration of the complaint under **AGCPD File #668247**

## Purpose:

This exhibit supports Plaintiff's claim under the **Georgia Fair Business Practices Act (O.C.G.A. § 10-1-390 et seq.)** by demonstrating:

- Plaintiff's good faith effort to resolve the matter through regulatory channels
- Timely and documented notice of deceptive conduct
- Statutory compliance with the **30-day notice requirement** under **O.C.G.A. § 10-1-399(c)**

Case 2:25-cv-00387-SCJ   Document 1-6   Filed 12/05/25   Page 93 of 95

 **Gmail**

David Cernance <davidcernance@gmail.com>

---

## Message from the Office of the Attorney General, Consumer Protection Division (Intranet Quorum IMA00844766)

1 message

---

**Georgia Department of Law - Consumer Protection Division(Imailagent)**
<DoNotReply@law.ga.gov>
To: davidcernance@gmail.com

Thu, Nov 6, 2025 at 9:32 AM

---

OFFICE OF THE ATTORNEY GENERAL

**Consumer Protection Division**

CHRISTOPHER M. CARR
ATTORNEY GENERAL

40 Capitol Square SW
Atlanta, Georgia 30334

www.law.ga.gov

(404) 458-3800

November 6, 2025

### SUMMARY OF COMPLAINT

**AGCPD reference file number:** 668247
**Date complaint received:** 11/4/2025

**Consumer name:** David Joseph Cernance
**Address:** 616 Hickory Cove Road, Jasper, Georgia 30143-4106
**Phone(s):** 706-438-8800 / 817-570-7097
**E-mail:** davidcernance@gmail.com

**Name of business:** CarMax, Inc.
**Address:** 12800 Tuckahoe Creek Pkwy
Richmond, VA 23238-1115
**Phone:** 804-747-0422

**Month / Year of transaction:** May 2024

**Complaint details as submitted:**

Consumer called to see if the Consumer Protection Division received his complaint on the business. Consumer stated that he purchased a vehicle from the business that was advertised as in "excellent" condition. Consumer said that he later found out the vehicle was severely rusted. He stated that he tows heavy equipment and the severity of the rust makes it dangerous for him to tow with repairing the damage. Consumer stated that the business reimbursed him for mechanical repair, but did not redress the

underlying rust damage.

Consumer said that he filed a complaint with the Better Business Bureau, and he and the business went back and forth with no resolution. Consumer stated that he is taking the business to court and needs proof that his complaint was received by the Consumer Protection Division.

---

Dear Consumer Protection Division,

I am submitting a formal complaint against CarMax, Inc. regarding the sale of a 2018 RAM 2500 with undisclosed undercarriage rust and their refusal to provide any meaningful resolution.

Attached to this email, you will find:

- A printed copy of my formal complaint letter
- Correspondence from the Better Business Bureau (BBB Complaint ID: 23908608)
- CarMax's responses, which repeatedly reference a "resolution" that was never defined, offered, or documented

The rust was only discovered after a mechanical failure and subsequent repair at Tutton Dodge in Jasper, Georgia. CarMax reimbursed the repair cost but denied responsibility for the underlying damage. When I requested a replacement vehicle, they refused, citing that the truck had already been branded for business use—effectively voiding their "Love Your Car Guarantee."

I have exhausted all reasonable efforts to resolve this matter directly with CarMax and through the BBB. I am now requesting your office's assistance in investigating this issue under Georgia's Fair Business Practices Act and ensuring that CarMax is held accountable for deceptive trade practices.

Please confirm receipt of this complaint and advise if any additional documentation is required.

Sincerely,

David Joseph Cernance BMSc, MA
616 Hickory Cove Rd
Jasper, GA 30143-4024

706.438.8800 Office
817.570.7097 Cell

DEPARTMENT OF LAW
OCT 10 2025
DIV. 10
CONSUMER PROTECTION DIVISION

October 5, 2025

Georgia Attorney General's Consumer Protection Division
2 Martin Luther King Jr. Drive SE,
Suite 356
Atlanta, GA 30334

consumer@law.ga.gov

**Re: Formal Complaint Against CarMax, Inc. – Undisclosed Rust Damage and Deceptive Practices  Vehicle: 2018 RAM 2500 6.4L | VIN: 3C6MR5AJ6JG347736  CarMax Case #: 00937783 | BBB Complaint ID: 23908608**

To Whom It May Concern,

I am submitting this formal complaint against CarMax, Inc. regarding the sale of a vehicle with undisclosed undercarriage rust and their subsequent refusal to offer any meaningful resolution.

On May 16, 2024, I purchased a 2018 RAM 2500 from CarMax Roswell for $45,000. The vehicle was advertised and sold as being in "excellent condition." At no point during the sale process was I informed of any rust damage. After branding the truck for my business, I experienced a mechanical failure. During repairs at Tutton CDJR Jeep RAM in Jasper, Georgia, it was confirmed that the failure was caused by extensive rust that had compromised critical components.

CarMax reimbursed me for the mechanical repair but refused to address the underlying rust damage. When I requested a replacement vehicle, CarMax declined, citing that the truck had already been modified for business use—effectively voiding their "Love Your Car Guarantee." They have since issued a final response through the Better Business Bureau, claiming to "uphold the resolution shared," yet no resolution has ever been defined, offered, or documented.

This pattern of vague language, denial of responsibility, and refusal to disclose material damage prior to sale constitutes deceptive trade practices under Georgia law. I am requesting that your office investigate this matter and compel CarMax to:

- Acknowledge the undisclosed rust damage
- Provide full remediation or compensation for structural repairs
- Clarify their inspection and disclosure practices for used vehicles

I have preserved all correspondence with CarMax and the BBB, including their final denial dated October 1, 2025. I am prepared to submit supporting documentation upon request.

Thank you for your attention to this matter.

Sincerely,

**David Joseph Cernance**
616 Hickory Cove Rd
Jasper, GA 30143

Office: 706-438-8800  Cell: 817-570-7097
Email: davidcernance@gmail.com