# EXHIBIT 7

# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

**Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 01/24/2025 05:40:37

## BUSINESS INFORMATION

| | | |
|---|---|---|
| **BUSINESS NAME** | : | CARMAX AUTO SUPERSTORES, INC. |
| **CONTROL NUMBER** | : | K214066 |
| **BUSINESS TYPE** | : | Foreign Profit Corporation |
| **JURISDICTION** | : | Virginia |
| **ANNUAL REGISTRATION PERIOD** | : | 2025 |

## BUSINESS INFORMATION CURRENTLY ON FILE

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 12800 TUCKAHOE CREEK PKWY, RICHMOND, VA, 23238, USA |
| **REGISTERED AGENT NAME** | : | Corporation Service Company |
| **REGISTERED OFFICE ADDRESS** | : | 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| Andrew J. McMonigle | CFO | 12800 Tuckahoe Creek Parkway, RICHMOND, VA, 23238, USA |
| John M. Stuckey, III | Secretary | 12800 TUCKAHOE CREEK PKWY, RICHMOND, VA, 23238, USA |
| WILLIAM D NASH | CEO | 12800 TUCKAHOE CREEK PKWY, RICHMOND, VA, 23238, USA |

## UPDATES TO ABOVE BUSINESS INFORMATION

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 12800 Tuckahoe Creek Parkway, Richmond, VA, 23238, USA |
| **REGISTERED AGENT NAME** | : | Corporation Service Company |
| **REGISTERED OFFICE ADDRESS** | : | 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| Enrique Mayor-Mora Mayor-Mora | CFO | 12800 Tuckahoe Creek Parkway, RICHMOND, VA, 23238, USA |
| John M. Stuckey, III | Secretary | 12800 TUCKAHOE CREEK PKWY, RICHMOND, VA, 23238, USA |
| WILLIAM D NASH | CEO | 12800 TUCKAHOE CREEK PKWY, RICHMOND, VA, 23238, USA |

## AUTHORIZER INFORMATION

| | | |
|---|---|---|
| **AUTHORIZER SIGNATURE** | : | Eileen A. Yost |
| **AUTHORIZER TITLE** | : | Authorized Person |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DAVID JOSEPH CERNANCE,

    Plaintiff,

  vs.

CARMAX AUTO SUPERSTORES,
INC.,

    Defendant.

CIVIL ACTION FILE
NO.:

(Removed from the Superior Court
of Pickens County, Georgia, Civil
Action File No. 2025SUCV0721)

## **CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

This is to certify that on this date, I electronically filed the foregoing

*Defendant CarMax Auto Superstores, Inc.'s Notice of Removal to the United States*

*District Court for the Northern District Georgia, Gainesville Division* with the

Clerk of Court using the CM/ECF system, which will automatically send email

notification of such filing, and I sent a copy of same via statutory electronic service

as well as mailed the same by United States Postal Service via first class mail and

certified mail in properly addressed envelopes with adequate postage thereon to the

following:

David Joseph Carnance
616 Hickory Cove Road
Jasper, Georgia 30143
davidcernance@gmail.com

Pursuant to Local Rule 5.1, NDGa., the foregoing notice is prepared in Times New Roman, 14 point.

This 5th day of December, 2025.

/s/ *Sean E. Boyd*
Sean E. Boyd
Georgia Bar No. 302874

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
sboyd@mfllaw.com