# IN THE SUPERIOR COURT OF PICKENS COUNTY STATE OF GEORGIA

**DAVID J. CERNANCE,**
**Plaintiff,**

v.

**CARMAX AUTO SUPERSTORES, INC.,**
**Defendant.**

Civil Action No.: 2025SUCV721

## PLAINTIFF'S FIRST AMENDED COMPLAINT

COMES NOW Plaintiff David J. Cernance, and respectfully amends his original complaint as follows:

## I. INCORPORATION OF PRIOR ALLEGATIONS

1. Plaintiff incorporates by reference all allegations, counts, and requests for relief contained in the original complaint filed with this Court.

## II. ADDITIONAL CLAIM FOR PUNITIVE DAMAGES

2. Plaintiff alleges that Defendant's conduct, as set forth in the original Complaint, was intentional, malicious, and carried out in reckless disregard of Plaintiff's rights.
3. Pursuant to O.C.G.A. § 51-12-5.1, Plaintiff seeks punitive damages to punish Defendant for its misconduct and to deter similar conduct in the future.
4. Plaintiff requests that the amount of punitive damages be determined by the trier of fact at trial.

**WHEREFORE,** Plaintiff respectfully requests that the Court: a. Enter judgment against Defendant on all counts; b. Award Plaintiff actual damages in an amount to be proven at trial; c. Award treble damages pursuant to O.C.G.A. § 10-1-399; d. Award attorney's fees and court costs pursuant to O.C.G.A. § 13-6-11; e. Grant rescission of the contract and judgment for restitution of the purchase price; f. Award punitive damages pursuant to O.C.G.A. § 51-12-5.1 in an amount to be determined at trial; g. Award such other relief as may be just and proper by the Court.

Respectfully submitted,

David J. Cernance Pro Se Plaintiff
616 Hickory Cove Rd
Jasper, GA 30143
817.570.7097
davidcernance@gmail.com

**CERTIFICATE OF SERVICE** I hereby certify that I have served a true and correct copy of the Plaintiff's First Amended Complaint upon Defendant CarMax Auto Superstores, Inc., by delivering said document to the Gwinnett County Sheriff's Department, Civil Division, 75 Langley Drive, Lawrenceville, GA 30046, for service upon CarMax's registered agent:

Corporation Service Company 2 Sun Court, Suite 400 Peachtree Corners, GA 30092

Service was requested on this ___ day of _December_ , 2025, and will be executed by the Gwinnett County Sheriff's Department in accordance with Georgia law.

Respectfully submitted, [Signature] David J. Cernance Pro Se Plaintiff