IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DAVID JOSEPH CERNANCE,

    Plaintiff,

  vs.

CARMAX AUTO SUPERSTORES,
INC.,

    Defendant.

CIVIL ACTION FILE
NO.:

(Removed from the Superior Court
of Pickens County, Georgia, Civil
Action File No. 2025SUCV0721)

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT CARMAX AUTO SUPERSTORES, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, defendant CarMax Auto Superstores, Inc. hereby submits this Certificate of Interested Persons and Corporate Disclosure statement, showing as follows:

1.  The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    a.  **David Joseph Cernance, and**

    b.  **CarMax Auto Superstores, Inc.**

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially:

   a. **None.**

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

   a. **For plaintiffs:**    **Pro Se**

   b. **For defendant:**    **John L. McKinley, Jr., Esq.**
      **Sean E. Boyd, Esq.**
      **MOZLEY, FINLAYSON & LOGGINS LLP**
      **1050 Crown Pointe Parkway, Suite 1500**
      **Atlanta, Georgia 30338-7704**
      **jmckinley@mfllaw.com**
      **sboyd@mfllaw.com**

4. The undersigned further certifies that the following is a full and complete list of the citizenship* of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

   a. **CarMax Auto Superstores, Inc. is incorporated in the State of Virginia and has its principal place of business in the State of Virginia.**

-2-

This 5th day of December, 2025.

/s/ Sean E. Boyd
John L. McKinley, Jr.
Georgia Bar No. 495513
Sean E. Boyd
Georgia Bar No. 302874

Attorneys for Defendant
CarMax Auto Superstores, Inc.

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
jmckinley@mfllaw.com
sboyd@mfllaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DAVID JOSEPH CERNANCE,

      Plaintiff,

  vs.

CARMAX AUTO SUPERSTORES,
INC.,

      Defendant.

CIVIL ACTION FILE
NO.:

(Removed from the Superior Court
of Pickens County, Georgia, Civil
Action File No. 2025SUCV0721)

## **CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

This is to certify that on this date, I electronically filed the foregoing

*Certificate of Interested Persons and Corporate Disclosure Statement of Defendant*

*CarMax Auto Superstores, Inc.* with the Clerk of Court using the CM/ECF system,

which will automatically send email notification of such filing, and I sent a copy of

same via statutory electronic service as well as mailed the same by United States

Postal Service via first class mail and certified mail in properly addressed

envelopes with adequate postage thereon to the following:

David Joseph Carnance
616 Hickory Cove Road
Jasper, Georgia 30143
davidcernance@gmail.com

Pursuant to Local Rule 5.1, NDGa., the foregoing certificate is prepared in

Times New Roman, 14 point.

This 5th day of December, 2025.

/s/ *Sean E. Boyd*
Sean E. Boyd
Georgia Bar No. 302874

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
sboyd@mfllaw.com