# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

DAVID J. CERNANCE,

Plaintiff,

v.

CARMAX AUTO SUPERSTORES, INC.,

Defendant.

Civil Action No.

2:25-cv-387-RWS

## ORDER DECLINING ASSIGNMENT

As a senior judge of the Northern District of Georgia, I decline assignment of this case. **IT IS HEREBY ORDERED** that the Clerk of Court reassign this action to the next District Judge on the rotation list for the Gainesville Division.

The Clerk is directed not to substitute another case for this action.

**SO ORDERED** this 8th day of December, 2025.

_____

**RICHARD W. STORY**
United States District Judge