UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DAVID JOSEPH CERNANCE,

Plaintiff,

v.

CARMAX AUTO SUPERSTORES, INC.,

AND TONY ROUSE, INDIVIDUALLY,

Defendants.

CIVIL ACTION NO.:25-CV-00387-RWS

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT AND MOTION TO REMAND

### I. Introduction

Plaintiff, proceeding pro se, respectfully moves this Court for leave to amend his Complaint to add Tony Rouse, a Georgia resident, as a defendant. Plaintiff further moves this Court to remand this action to the Superior Court of Pickens County, Georgia, because the joinder of Mr. Rouse destroys diversity jurisdiction and removal was improper.

### II. Background

1. Plaintiff originally filed this action in the Superior Court of Pickens County, Georgia, asserting claims of fraud and related causes of action against CarMax Auto Superstores, Inc.

2. On December 5, 2025, Defendant CarMax filed a Notice of Removal, transferring the case to this Court.

3. On December 10, 2025, Plaintiff attempted to amend his Complaint in Superior Court to add Tony Rouse as a defendant. Because removal had already occurred, that filing was procedurally void.

4. Plaintiff now properly seeks leave to amend in federal court to add Mr. Rouse, whose conduct is central to Plaintiff's fraud claims.

## III. Motion for Leave to Amend

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff seeks leave to amend his Complaint to add Tony Rouse as a defendant.

- Mr. Rouse is a Georgia resident who was directly involved in the transaction and representations concerning the vehicle at issue.

- Plaintiff asserts a substantive fraud claim against Mr. Rouse under Georgia law.

- Joinder is sought in good faith and is necessary to ensure complete relief.

- Justice requires that all responsible parties be joined in this action.

## IV. Motion to Remand

Plaintiff further moves this Court to remand this action to the Superior Court of Pickens County, Georgia, pursuant to 28 U.S.C. § 1447(c).

- Plaintiff is a Georgia resident.

- Defendant Rouse is likewise a Georgia resident.

- Complete diversity under 28 U.S.C. § 1332 no longer exists once Mr. Rouse is joined.

- Plaintiff's fraud claim against Mr. Rouse is substantive and not frivolous; therefore, joinder is not fraudulent.

- Because this Court lacks subject matter jurisdiction, remand is required.

## V. Conclusion

For the foregoing reasons, Plaintiff respectfully requests that this Court:

1. Grant leave to amend the Complaint to add Tony Rouse as a defendant;

2. Remand this action to the Superior Court of Pickens County, Georgia; and

3. Grant such other relief as the Court deems just and proper.

Respectfully submitted this ⑴ day of Dec., 2025.

DAVID JOSEPH CERNANCE, Pro Se
616 Hickory Cove Rd Jasper, GA 30143
Phone: (817) 570-7097
Email: davidcernance@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served a true and correct copy of the foregoing

Motion for Leave to Amend Complaint and Motion to Remand by sboyd@mfllaw.com to

counsel for Defendant:


SEAN E. BOYD
Mozley, Finlayson & Loggins LLP
SUITE 1500
1050 CROWN POINTE PARKWAY
ATLANTA, GEORGIA 30338-7704
sboyd@mfllaw.com


Respectfully submitted,

David Joseph Cernance

Pro Se Plaintiff