# EXHIBIT B

## PROPOSED SECOND AMENDED COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DAVID JOSEPH CERNANCE,

Plaintiff,

vs.

CARMAX AUTO SUPERSTORES, INC.,
and
LETONY ROUSE II,
Defendants.

CIVIL ACTION FILE

NO.: 2:25-CV-00387-SCJ

## **PLAINTIFF'S PROPOSED SECOND AMENDED COMPLAINT**

COMES NOW Plaintiff David Joseph Cernance and amends his complaint as follows:

Plaintiff purchased a 2018 RAM 2500 from CarMax on May 16, 2024. CarMax represented the vehicle as clean, mechanically sound, and free of material defects. CarMax failed to disclose extensive rust that existed at the time of sale.

Within days of purchase, Plaintiff discovered rust and returned to the Roswell CarMax location within the 10-day return window. At that time, Defendant Letony Rouse II, Operations Manager, personally reinspected the vehicle. Mr. Rouse informed Plaintiff that the rust was "cosmetic," that the truck had "passed," and that there was "nothing to worry about." Mr. Rouse further

represented that the vehicle was not returnable. These statements were false. Plaintiff relied on these statements and did not return the vehicle.

CarMax later informed the BBB that the vehicle had been reinspected on May 21, 2024, and that the rust was cosmetic. These statements were based on Mr. Rouse's inspection and diagnosis. CarMax subsequently authorized a repair payment for rust-related damage that the warranty would not cover, confirming that the rust was not cosmetic and that Mr. Rouse's statements were false.

As a result of Defendants' misrepresentations and concealment, Plaintiff suffered financial loss, business interruption, repair expenses, loss of use, and emotional distress.

Plaintiff asserts claims for fraudulent misrepresentation, fraudulent concealment, breach of contract, and violation of the Georgia Fair Business Practices Act.

WHEREFORE, Plaintiff demands judgment against Defendants jointly and severally for actual damages, treble damages, punitive damages, attorney's fees, costs, rescission, and all other relief deemed just and proper.

Respectfully submitted,
This 5 day of January, 2026.

DAVID JOSEPH CERNANCE
Pro Se Plaintiff
616 Hickory Cove Rd
Jasper, GA 30143

## CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE

I hereby certify that on this date, I filed the foregoing **Plaintiff's Reply Brief in Support of Motion for Leave to Amend and Motion to Remand**, together with the attached **Proposed Second Amended Complaint**, with the Clerk of Court in person.

I further certify that I have served a copy of the foregoing documents upon counsel of record for Defendant CarMax Auto Superstores, Inc. by **certified mail, return receipt requested**, in a properly addressed envelope with adequate postage affixed, addressed as follows:

**Sean E. Boyd**
Mozley, Finlayson & Loggins LLP
1050 Crown Pointe Parkway,
Suite 1500
Atlanta, Georgia 30338

Pursuant to Local Rule 5.1, NDGa., this filing is prepared in Times New Roman, 14-point font.

This 5th day of January, 2026.

David Joseph Cernance
Pro Se Plaintiff
616 Hickory Cove Rd Jasper, GA
30143