IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DAVID J. CERNANCE

    Plaintiff,                                                    CIVIL ACTION FILE

    v.                                                                NO. 2:25-CV-0387-SCJ

CARMAX AUTO SUPERSTORES,
INC.,

    Defendant.

## **SCHEDULING ORDER**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan [Doc. 9], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in the above referenced form, except as herein modified:

The Court grants the parties' request for a six-month discovery period, to conclude on **July 11, 2026**. **Barring extraordinary circumstances, no further extension of discovery will be permitted**. Any motions for summary judgment or the proposed consolidated pretrial order must be filed on or before **August 10, 2026**. If a motion for summary judgment is filed, the proposed consolidated pretrial order must be filed within 30 days after this Court's ruling thereon. If neither motion(s) for summary judgment nor the proposed pretrial order are timely filed, the Clerk is directed to submit this matter for the Court for consideration.

**IT IS SO ORDERED**, this 8th day of January, 2026.

STEVE C. JONES
UNITED STATES DISTRICT JUDGE