IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINSVILLE DIVISION

DAVID JOSEPH CERNANCE,

     Plaintiff,

  vs.

CARMAX AUTO SUPERSTORES,
INC.,

     Defendant.

CIVIL ACTION FILE
NO. 2:25-CV-00387-SCJ

## **RULE 5.4(A) CERTIFICATE OF SERVICE**

COMES NOW defendant CarMax Auto Superstores, Inc., pursuant to Local Rule 5.4(A) of the United States District Court for the Northern District of Georgia, and hereby files this Certificate of Service, stating that a true and correct copy of *Defendant CarMax Auto Superstores, Inc.'s Initial Disclosures* has been served via statutory electronic service and U.S. first-class mail in a properly addressed envelope with adequate postage thereon to the following:

David Joseph Cernance
616 Hickory Cove Road
Jasper, Georgia 30143
davidcernance@gmail.com

Pursuant to Local Rule 5.1, NDGa., the foregoing certificate is prepared in Times New Roman, 14 point.

-2-

This 9 day of January, 2026.

/s/ Sean E. Boyd
John L. McKinley, Jr.
Georgia Bar No. 495513
Sean E. Boyd
Georgia Bar No. 302874

Attorneys for defendant
CarMax Auto Superstores, Inc.

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
jmckinley@mfllaw.com
sboyd@mfllaw.com