IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION



| | |
|---|---|
| DAVID JOSEPH CERNANCE,<br><br>Plaintiff,<br><br>vs.<br><br>CARMAX AUTO SUPERSTORES, INC.,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO.: 2:25-CV-00387-SCJ |

## RULE 5.4(A) CERTIFICATE OF SERVICE

COMES NOW Plaintiff David Joseph Cernance, pursuant to Local Rule 5.4(A) of the United States District Court for the Northern District of Georgia, and hereby files this Certificate of Service, stating that a true and correct copy of Plaintiff's Initial Disclosures has been served via electronic mail and U.S. first-class mail in a properly addressed envelope with adequate postage thereon to the following:

Sean E. Boyd ,
MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
sboyd@mfllaw.com

Pursuant to Local Rule 5.1, NDGa., the foregoing certificate is prepared in Times New Roman, 14 point.

This 9th day of January, 2026

DAVID JOSEPH CERNANCE
Pro Se Plaintiff
616 Hickory Cove Rd
Jasper, GA 30143
davidcernance@gmail.com