IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DAVID JOSEPH CERNANCE,

Plaintiff,

vs.

CARMAX AUTO SUPERSTORES, INC.,

Defendant.

CIVIL ACTION FILE

NO.: 2:25-CV-00387-SCJ

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

JAN 1 5 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

### RULE 5.4(A) CERTIFICATE OF SERVICE

COMES NOW Plaintiff David Joseph Cernance, pursuant to Local Rule 5.4(A) of

the United States District Court for the Northern District of Georgia, and hereby

files this Certificate of Service, stating that a true and correct copy of **Plaintiff's**

**Second Requests for Admission to Defendant CarMax Auto Superstores,**

**Inc.** has been served via electronic mail and U.S. first-class mail in a properly

addressed envelope with adequate postage thereon to the following:

Sean E. Boyd
MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
sboyd@mfllaw.com

Pursuant to Local Rule 5.1, NDGa., the foregoing certificate is prepared in Times

New Roman, 14 point.

This 15th day of January, 2026

DAVID JOSEPH CERNANCE
Pro Se Plaintiff
616 Hickory Cove Rd
Jasper, GA 30143
davidcernance@gmail.com