IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DAVID JOSEPH CERNANCE,

Plaintiff,

vs.

CARMAX AUTO SUPERSTORES, INC.,

Defendant.

CIVIL ACTION FILE

NO.: 2:25-CV-00387-SCJ

## ORDER

Upon consideration of Plaintiff's Motion to Compel Deposition Date and Document Production, and for good cause shown, the Motion is hereby GRANTED.

It is ORDERED that within seven (7) days of the date of this Order, Defendant shall provide Plaintiff with a deposition date for the noticed deposition.

It is further ORDERED that within the same seven (7) day period, Defendant shall provide Plaintiff with a complete list identifying each document, record, or item responsive to Plaintiff's January 20, 2026 correspondence.

It is further ORDERED that no later than seven (7) days before the scheduled deposition, Defendant shall produce all documents identified on the list

referenced above.

If any requested document does not exist, Defendant shall state so in writing within the deadlines set forth in this Order.

SO ORDERED this ___ day of _____, 2026.

United States District Judge