IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DAVID J. CERNANCE,

      Plaintiff,

   vs.

CARMAX AUTO SUPERSTORES,
INC.,

      Defendant.

CIVIL ACTION FILE
NO. 2:25-CV-00387-SCJ

## RULE 5.4(A) CERTIFICATE OF SERVICE

COMES NOW defendant CarMax Auto Superstores, Inc., pursuant to Local Rule 5.4(A) of the United States District Court for the Northern District of Georgia, and hereby files this Certificate of Service, stating that true and correct copies of:

1. *Defendant CarMax Auto Superstores, Inc.'s Responses and Objections to Plaintiff's First Interrogatories;*

2. *Defendant CarMax Auto Superstores, Inc.'s Responses and Objections to Plaintiff's Second Interrogatories;*

3. *Defendant CarMax Auto Superstores, Inc.'s Responses and Objections to Plaintiff's Third Interrogatories;*

4. *Defendant CarMax Auto Superstores, Inc.'s Responses and Objections to Plaintiff's Second Requests for Production;*

5.  *Defendant CarMax Auto Superstores, Inc.'s Responses and Objections to Plaintiff's Third Requests for Production*;

6.  *Defendant CarMax Auto Superstores, Inc.'s Responses and Objections to Plaintiff's Second Requests for Admission;* and

7.  *Defendant CarMax Auto Superstores, Inc.'s Responses and Objections to Plaintiff's Third Requests for Admission.*

have been delivered to all parties of record via electronic and U.S. first-class mail, and the originals of same have been maintained in the office of the undersigned counsel for defendant, as follows:

David Joseph Cernance
616 Hickory Cove Road
Jasper, Georgia 30143

Pursuant to Northern District of Georgia Local Rule 5.1, the foregoing certificate is prepared in Times New Roman, 14 point.

This 13 day of February, 2026.

/s/ Sean E. Boyd
John L. McKinley, Jr.
Georgia Bar No. 495513
Sean E. Boyd
Georgia Bar No. 302874

Attorneys for defendant
CarMax Auto Superstores, Inc.

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500

-3-

Atlanta, Georgia 30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
jmckinley@mfllaw.com
sboyd@mfllaw.com