IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DAVID J. CERNANCE,

  Plaintiff,

v.

CARMAX AUTO SUPERSTORES, INC.,

  Defendant.

CIVIL ACTION FILE

No. 2:25-CV-00387-SCJ

ORDER

This matter appears before the Court on the Parties' discovery dispute presented to the Court in Plaintiff's Motion to Compel. Doc. No. [16]. Pursuant to its informal discovery dispute resolution procedure, the Court conducted a telephone conference call on February 24, 2026.

During the conference call, Plaintiff indicated that he had not yet received the name and identification of a nonparty individual who inspected his car on May 21, 2024, for purposes of scheduling a deposition, and he also has not received a deposition date from Defendant's counsel for this individual.

The Court informed Plaintiff that Defendant is not responsible for setting up deposition dates of nonparties pursuant to Federal Rule of Civil Procedure Rule 30. The Court also obtained assurance from Defendant that Defendant has diligently searched for the identity of the inspector Plaintiff wishes to depose and has been unable to find such a person.

Defendant had already provided Plaintiff with the name of the Operations Manager who was working on May 21, 2024, and Defendant provided the names of the two individuals who were doing inspections on that day. However, Defendant cannot guarantee that either of these individuals inspected Plaintiff's vehicle. Defendant also affirmed that Plaintiff and the Court would be updated if the identity of the inspector is discovered. The Court is satisfied with Defendant's assurances.

Last, Defendant seeks costs incurred from filing a response to an improperly filed Motion to Compel, because Plaintiff did not email the Court Deputy before filing his motion. The Court informed Defendant that it will consider a motion if Defendant were to file one. However, the Court must consider that it does not mail the Court's Standing Order to *pro se* plaintiffs, and therefore Plaintiff may not have known the proper procedure.

In conclusion, the parties' discovery dispute is resolved in accordance with the above-state order.

**IT IS SO ORDERED** this 24th day of February, 2026.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE