# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

### 2:25-cv-00387-SCJ
### Cernance v. CarMax Auto Superstores, Inc.
### Honorable Steve C. Jones

Minute Sheet for proceedings held on 02/24/2026.

TIME COURT COMMENCED: 3:00 P.M.
TIME COURT CONCLUDED: 3:25 P.M.        COURT REPORTER: Keisha Crump
TIME IN COURT: 00:25                   DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

ATTORNEY(S)          Sean Boyd representing CarMax Auto Superstores, Inc.
PRESENT:             David J. Cernance appearing Pro Se

PROCEEDING
CATEGORY:

MINUTE TEXT:         Telephone conference held upon request of Plaintiff regarding a discovery
                     dispute. The Court heard from the parties and entered an order addressing
                     issues raised at doc. [20].