IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DAVID J. CERNANCE,

      Plaintiff,

  vs.

CARMAX AUTO SUPERSTORES,
INC.,

      Defendant.

CIVIL ACTION FILE
NO. 2:25-CV-00387-SCJ

## RULE 5.4(A) CERTIFICATE OF SERVICE

COMES NOW defendant CarMax Auto Superstores, Inc., pursuant to Local Rule 5.4(A) of the United States District Court for the Northern District of Georgia, and hereby files this Certificate of Service, stating that true and correct copies of:

1. *Defendant CarMax Auto Superstores, Inc.'s First Interrogatories to Plaintiff*; and

2. *Defendant CarMax Auto Superstores, Inc.'s First Requests for Production of Documents to Plaintiff*

have been delivered to all parties of record via electronic and U.S. first-class mail, and the originals of same have been maintained in the office of the undersigned counsel for defendant, as follows:

David Joseph Cernance
616 Hickory Cove Road
Jasper, Georgia 30143
davidcernance@gmail.com

Pursuant to Northern District of Georgia Local Rule 5.1, the foregoing

certificate is prepared in Times New Roman, 14 point.

This 27th day of February, 2026.

/s/ Sean E. Boyd

John L. McKinley, Jr.
Georgia Bar No. 495513
Sean E. Boyd
Georgia Bar No. 302874

Attorneys for defendant
CarMax Auto Superstores, Inc.

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
jmckinley@mfllaw.com
sboyd@mfllaw.com