IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

MAR 23 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

DAVID JOSEPH CERNANCE,

Plaintiff,

vs.

CARMAX AUTO SUPERSTORES, INC.,

Defendant.

CIVIL ACTION FILE

NO.: 2:25-CV-00387-SCJ

## NOTICE OF FILING EXHIBITS

Plaintiff David Joseph Cernance hereby gives notice of filing the following exhibits in support of Plaintiff's Motion for Leave to Serve Additional Interrogatories.

These exhibits are submitted to demonstrate that Defendant has admitted the existence of multiple inspections of the subject vehicle while simultaneously failing to identify any individuals who performed those inspections or to produce corresponding inspection records. The exhibits further reflect inconsistencies between Defendant's sworn declarations, verified discovery responses, and internal business records, which necessitate additional interrogatories to obtain clear and binding information.

Exhibit A is Defendant CarMax Auto Superstores, Inc.'s Verified Responses and Objections to Plaintiff's First Interrogatories, including the Verification signed by Operations Manager Letony Rouse II.

Exhibit B is the Declaration of Letony Rouse II, dated December 22, 2025.

Exhibit C is the Salesforce Case Notes and internal communications produced by Defendant in discovery. These records are submitted in the same form and condition in which they were produced by Defendant.

Exhibit D is the Crenshaw Automotive Inspection Estimate dated November 2025 documenting extensive corrosion, structural deterioration, and safety-related concerns.

Exhibit E is the BR Auto Repair & Collision Center Rust Inspection Report dated November 12, 2025 documenting severe structural corrosion and safety-critical deterioration.

Exhibit F is CarMax Check No. 3000030867 dated August 16, 2024, issued to Plaintiff for corrosion-related repairs and processed at the request of Operations Manager Letony Rouse II, reflecting Defendant's involvement in addressing the vehicle's condition.

Exhibit G consists of selected Requests for Admission and Defendant's responses demonstrating that Defendant admits inspections occurred while also admitting that no inspection report exists, that it cannot identify the individual who performed the inspection, and that no supporting documentation is available.

Respectfully submitted,
This 23rd day of February, 2026.

DAVID JOSEPH CERNANCE
Pro Se Plaintiff
616 Hickory Cove Rd
Jasper, GA 30143-6859