IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DAVID JOSEPH CERNANCE,

Plaintiff,

vs.

CARMAX AUTO SUPERSTORES, INC.,

Defendant.

CIVIL ACTION FILE

NO.:  2:25-CV-00387-SCJ

**EXHIBIT A**

Defendant CarMax Auto Superstores, Inc.'s Verified Responses and Objections to Plaintiff's First Interrogatories, including the Verification signed by Operations Manager Letony Rouse II.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINSVILLE DIVISION

DAVID J. CERNANCE,

      Plaintiff,

    vs.

CARMAX AUTO SUPERSTORES, INC.,

      Defendant.

CIVIL ACTION FILE
NO.: 2:25-CV-00387-SCJ

## VERIFICATION

STATE OF GEORGIA
COUNTY OF _Fulton_

    Personally appeared before me, the undersigned officer, duly authorized to administer oaths, Letony Rouse II, and states that he signs this Verification for and on behalf of CarMax Auto Superstores, Inc. ("CarMax") and that he is duly authorized to do so; that the facts stated in the foregoing *Defendant CarMax Auto Superstores, Inc.'s Responses and Objections to Plaintiff's First Interrogatories* are not within the personal knowledge of any one person at CarMax, and, as a result, they have been assembled by certain authorized employees of and counsel for CarMax from certain records and files kept by CarMax in the regular and ordinary course of business, and from interviews of certain authorized CarMax employees; and, that said facts are true and correct to the best of his knowledge and belief.

Sworn to and subscribed before me
this 13 day of February,
2026.

NOTARY PUBLIC
My Commission Expires:
06/15/2029

KERRY M. DRAKE
Commission Expires
NOTARY
PUBLIC
June 15, 2029
GWINNETT COUNTY, GEORGIA

CARMAX AUTO SUPERSTORES, INC.

By: _____
Name: Letony Rouse II
Title:  Operations Manager