IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DAVID JOSEPH CERNANCE,

Plaintiff,

vs.

CARMAX AUTO SUPERSTORES, INC.,

Defendant.

CIVIL ACTION FILE

NO.:  2:25-CV-00387-SCJ

## EXHIBIT B

Declaration of Letony Rouse II, dated December 22, 2025.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DAVID JOSEPH CERNANCE,

    Plaintiff,

vs.

CARMAX AUTO SUPERSTORES,
INC.,

    Defendant.

CIVIL ACTION FILE
NO.: 2:25-cv-00387-SCJ

## **DECLARATION OF LETONY ROUSE II**

I, Letony Rouse II, pursuant to 28 U.S.C. § 1746, do hereby swear, affirm, and attest under the penalties of perjury, as follows:

1.

I am over twenty-one (21) years of age, and I am competent to testify as to the matters contained herein.

2.

I am employed by CarMax Auto Superstores, Inc. ("CarMax") as an Operations Manager.

3.

I have worked as the Operations Manager at the CarMax store located at 11450 Alpharetta Highway, Roswell, Georgia 30076 since October 2023.

-1-

4.

The statements contained in this Declaration are based upon my personal knowledge, which has been gained from my experience as well as my review of the business records of CarMax.

5.

I understand that this Declaration is being submitted in connection with a response memorandum filed by CarMax in opposition to plaintiff's motion for leave to amend complaint and motion to remand.

6.

In my position as an Operations Manager, I am not generally involved in the direct process of selling a vehicle to a customer.

7.

As such, I do not generally communicate with customers about any matters that relate to or concern any vehicle that a customer intends to purchase from CarMax before the customer purchases the vehicle, including the condition of the vehicle to be purchased.

8.

I understand that David Joseph Cernance purchased a 2018 RAM 2500 (VIN 3C6MR5AJ6JG347736) ("subject vehicle") from CarMax on or about May 16, 2024.

9.

I was not directly involved in the process of selling the subject vehicle to David Joseph Cernance on or about May 16, 2024.

10.

Consequently, I did not speak with David Joseph Cernance on or about May 16, 2024, about the subject vehicle, nor did I speak with him on any date before then about the subject vehicle.

11.

Since I did not speak with him on or before the date that he purchased the subject vehicle from CarMax, I did not make any representations or misrepresentations to David Joseph Cernance about the subject vehicle, including about the condition of it.

12.

Furthermore, since I did not speak with him on or before the date that he purchased the subject vehicle from CarMax, I did not disclose or fail to disclose any information to David Joseph Cernance about the subject vehicle, including the about the condition of it.

13.

The first time I spoke with David Joseph Cernance about the subject vehicle was after he had already purchased it from CarMax and became the owner of it.

-3-

14.

I am not personally a party to any contract with David Joseph Cernance related to or concerning the subject vehicle.

15.

I am a citizen and resident of the State of Georgia.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 22nd day of December, 2025.

LETONY ROUSE II

-4-