IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DAVID JOSEPH CERNANCE,

Plaintiff,

vs.

CARMAX AUTO SUPERSTORES, INC.,

Defendant.

CIVIL ACTION FILE

NO.:  2:25-CV-00387-SCJ

**EXHIBIT C**

Salesforce Case Notes and internal communications produced by Defendant in discovery. These records are submitted in the same form and condition in which they were produced by Defendant.

# CCS
CARMAX COMPLIANCE SERVICES

## Salesforce Case Notes

Data sourced from Salesforce Case Data
Action date/time are for that action except for case resolution options presented which is set to the last case update
To search an item or list of items, enter the case number in the parameter field
For item lists, enter them line by line with no commas (should be able to copy /paste direct from excel column values)

CONFIDENTIAL - Do not copy or forward without authorization

Print Date: 1/27/2026 2:43:38 PM

Prepared By: Carmax Compliance Service-Analytics

Having Access Issues? Click Here

| CASE ID CS | ACTION DT | ACTION TS | CASE NUMBER | ORIGIN | CONTACT NAME | ACCOUNT NAME | TYPE UPDATE | OLD VALUE | NEW VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 500PW00000skviZYAQ | 09/12/2025 | 12:03:35 | 937783 | Phone | David Cernance | David Cernance | Case Description | | The customer is upset that he took the car to the dealership and discovered rust that's preventing service. |
| 500PW00000skviZYAQ | 09/12/2025 | 12:03:35 | 937783 | Phone | David Cernance | David Cernance | Next Follow Up | | 2025-09-13 |
| 500PW00000skviZYAQ | 09/12/2025 | 12:03:35 | 937783 | Phone | David Cernance | David Cernance | Owner | Cassandra Riley | Case Routing Queue |
| 500PW00000skviZYAQ | 09/12/2025 | 12:03:35 | 937783 | Phone | David Cernance | David Cernance | Case Subject | | Service Concerns |
| 500PW00000skviZYAQ | 09/12/2025 | 12:03:35 | 937783 | Phone | David Cernance | David Cernance | Vehicle Details | | 2018 Ram 1500 \| 3C6MR5AJ6JG347736 \| 25819443 CURRENT MILES \| 17k DOP/MILES \| 5/16/2024 - 7,807 |
| 500PW00000skviZYAQ | 09/12/2025 | 12:03:35 | 937783 | Phone | David Cernance | David Cernance | Created | | |
| 500PW00000skviZYAQ | 09/12/2025 | 12:04:05 | 937783 | Phone | David Cernance | David Cernance | Contact | | David Cernance |
| 500PW00000skviZYAQ | 09/12/2025 | 13:06:41 | 937783 | Phone | David Cernance | David Cernance | Owner | Case Routing Queue | David Willis |
| 500PW00000skviZYAQ | 09/12/2025 | 23:23:55 | 937783 | Phone | David Cernance | David Cernance | Store Owner | | Kimya Sanders |
| 500PW00000skviZYAQ | 09/12/2025 | 23:26:58 | 937783 | Phone | David Cernance | David Cernance | Feed Comment Reply | | Will partner with @Tony Rouse and @Darrell Cuylear on Monday. |

Internal Use Only

CARMAX 087

| Case ID | Date | Time | Channel | | Owner | Created By | Field | Value | |
|---|---|---|---|---|---|---|---|---|---|
| 500PW00000skviZYAQ | 09/15/2025 | 8:17:34 | 937783 | Phone | David Cernance | David Cernance | Feed Comment | | Hello, Team! Thanks for driving us forward. We received notice about a customer issue and wanted to calibrate our approach. I've outlined the concern and what support is needed below. I appreciate your review and look forward to working together.@Kimya Sanders @Tony Rouse @Darrell Cuylear Area of Business:Service [Retail, Standards]Customer Info: DAVID CERNANCE | 8175707097 | davidcernance@gmail.comVehicle Info: 2018 Ram 1500 (25819443) | 3C6MR5AJ6JG347736 | SOLD: 5/16/2024 - 7,807 | Current mileage: ~17,000 miESP Fidelity - $50 | 5/16/2029 - 150,000 | P00079639052Recap Customer Concern: Customer requesting rust remediation and underbody coating due to rust identified during his 90 Day Limited Warranty for unrelated repairs required to fan, during which Dodge dealer identified rust. CarMax has stated rust is within our standards, and customer is frustrated by lack of assistance and inability to communicate with senior leadership.Research Conducted to Validate: -Original offer from Norwood, MA in April 2024 notes undercarriage is rusted - Notes from CQI indicate plow mount, which, along with low mileage, are strong indicators unit sat for long periods in interims between use in an area where road conditions would have accelerated corrosion.-Parent case 500733 opened four days after purchase from a survey notes concerns with undercarriage rust, with resolution from then LGM affirming a conversation between the two to arrange an appointment &quot;to get his truck looked at for the scratch on the door and the rust underneath.&quot;There is a subsequent appointment set 5/20 for 5/21/24 that reviews paint issue on D/S and P/S door and a misaligned rear bumper, but no line item that affirms rust level was inspected. Partnership Request: Team, like I&#39;ve shared below, while I am surprised at the timing of the customer&#39;s complaint, I am wondering after the rust level present at our intake. Facts of the vehicle origin would support there being some amount of subframe rust. If OfferHub photos are still available, would we be able to review for perforated rust? What are your thoughts? Thanks for your attention and partnership! |
| 500PW00000skviZYAQ | 09/15/2025 | 8:26:40 | 937783 | Phone | David Cernance | David Cernance | Next Follow Up | 2025-09-13 | 2025-09-15 |
| 500PW00000skviZYAQ | 09/15/2025 | 9:44:43 | 937783 | Phone | David Cernance | David Cernance | Store Owner | Kimya Sanders | Tony Rouse |
| 500PW00000skviZYAQ | 09/15/2025 | 9:48:23 | 937783 | Phone | David Cernance | David Cernance | Feed Comment | | Spoke with the customer and informed him that the vehicle met CarMax standards to sell. The vehicle was inspected here at the store shortly after the customer purchased as this was brought up previously by the customer. The customer is asking that we have the frame sand blasted which is metal treatment that we would not offer or cover. The store would not offer any type of repair for this. |
| 500PW00000skviZYAQ | 09/15/2025 | 9:48:49 | 937783 | Phone | David Cernance | David Cernance | Status | New | Resolved |
| 500PW00000skviZYAQ | 09/15/2025 | 9:48:49 | 937783 | Phone | David Cernance | David Cernance | Resolution Options Presented | | |
| 500PW00000skviZYAQ | 09/15/2025 | 10:01:56 | 937783 | Phone | David Cernance | David Cernance | Resolution Options Presented | | |

Internal Use Only

Case 2:25-cv-00387-SCJ   Document 25-4   Filed 03/23/26   Page 4 of 4

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 500PW00000skvIZYAQ | 09/15/2025 | 10:32:57 | 937783 Phone | David Cernance | David Cernance | Feed Comment | | Internal Partnership, Teams, 9/15 - 10:18a EST· @Tony Rouse and I calibrated on alignment. There is no new information as to how rust is impacting vehicle performance or required repairs. Customer was changing his oil last week; he noticed oil pan was rusty. He had reached out last Friday after taking his vehicle to a Dodge dealer to determine what remediation methods were available, as that facility had confirmed that the undercarriage was rusted. Tony and David shared a discussion Friday afternoon about what steps CarMax could support with that rust being within our standards. Shortly after purchase, following resolution of survey case, vehicle was brought in for standards review. Shop had placed vehicle on a lift to inspect undercarriage and subframe, but didn&#39;t open a line. At that time, rust was within CarMax&#39;s standards, customer was also within his 10 Day MBG and could have opted to return it. At this juncture, with no new information about—for example, a bolt being unable to be torqued or a drain plug for that oil pan unable to be removed due to rust, CarMax cannot participate in methods, like sandblasting and anti-corrosive undercoating, to remediate that rust.  The information available about that vehicle&#39;s origin were available prior to purchase, as was CarMax&#39;s position about the presence of rust. The customer elected to both buy and keep the vehicle. Asides from an appraisal, CarMax 7298 unable to participate in greater support. |
| 500PW00000skvIZYAQ | 09/15/2025 | 16:04:33 | 937783 Phone | David Cernance | David Cernance | Feed Comment | | Outbound call, 9/15 - 3:55p EST: Attempt #1: I called customer to deliver resolution. (partnership has been taken both with store-level and CR leadership)Due to the time that has elapsed since purchase and previous review to determine whether present underbody rust met standards at the time of purchase, CarMax is unable to participate in defraying the costs of remedial rust-removal methods like sandblasting or the application of anti-corrosive undercoating. CarMax does tolerate some amount of surface rust below the vehicle, and partnership with senior management at our Roswell team, who inspected the undercarriage at an appointment on 5/21/24, have indicated that the concern was reviewed shortly after purchase to notify customer of whether the structural integrity of the metal was compromised. Our review indicates that the rust underneath vehicle was a cosmetic condition.With the review that was conducted made the customer&#39;s Love Your Car Guarantee window, the customer had the opportunity to return the vehicle after being told the rust met our mechanical standards.Pre-purchase review about the facts of this vehicle&#39;s origin and potential for corrosion were available prior to purchase, and current dissatisfaction with that present rust does not influence what is possible from CarMax.Customer was unavailable. I left voicemail inviting callback and providing my direct extension. |
| 500PW00000skvIZYAQ | 09/15/2025 | 16:04:53 | 937783 Phone | David Cernance | David Cernance | Next Follow Up | 2025-09-15 | 2025-09-16 |
| 500PW00000skvIZYAQ | 09/16/2025 | 11:59:05 | 937783 Phone | David Cernance | David Cernance | Feed Comment | | Outbound call, 9/16 - 11:57a EST: Attempt #2: I called customer to deliver resolution. Customer unavailable. Closing case for customer unresponsiveness. |
| 500PW00000skvIZYAQ | 09/16/2025 | 12:00:32 | 937783 Phone | David Cernance | David Cernance | Status | Resolved | Closed |
| 500PW00000skvIZYAQ | 09/16/2025 | 12:00:32 | 937783 Phone | David Cernance | David Cernance | Resolution Options Presented | | |
| 500PW00000skvIZYAQ | 09/17/2025 | 13:42:12 | 937783 Phone | David Cernance | David Cernance | Feed Comment | | Inbound call, Voicemail reviewed, 9/17 - 1:41p EST. Customer called in and left voicemail, announcing that he has received my voicemails but that he works M-W nights and sleeps during the day. He states he will be available R-F for callback. Maintaining closure. |
| 500PW00000skvIZYAQ | 09/17/2025 | 13:43:03 | 937783 Phone | David Cernance | David Cernance | Feed Comment Reply | | Inbound call, Voicemail reviewed, 9/17 - 1:42p EST: Customer left another voicemail inviting callback. |

Internal Use Only

CARMAX 089