IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DAVID JOSEPH CERNANCE,

      Plaintiff,

vs.

CARMAX AUTO SUPERSTORES, INC.,

      Defendant.

CIVIL ACTION FILE

NO.:  2:25-CV-00387-SCJ

**EXHIBIT D**

Crenshaw Automotive Inspection Estimate dated November 2025.

# CRENSHAWS AUTO

1015 WEST CHURCH ST
JASPER, GA 30143-4024
Ph: (706) 253-3742
CRENSHAWAUTO@ETCMAIL.COM

**Repair Order #2683**
Service Writer: eric
Created: 11/06/25 01:40 PM
Updated: 11/06/25 01:49 PM

**David Cernance** *(Authorizer)*
GA

**2018 Ram 2500**
V8-6.4L OHV 16v MFI VIN J ESA 410hp GAS
*VIN:* 3C6MR5AJ6JG347736

*Mileage:* In 0 | Out 18563

| ITEM | DESCRIPTION | PART # | QUANTITY | PRICE | TOTAL |
|------|-------------|--------|----------|-------|-------|
| Note | Tech Note: | | | | |
| | Vehicle arrived with excessive rust. Rust is eating away at the whole vehicle and spreading. The rust has caused the vehicle to be unsafe. The amout of rust has caused the vehicle to be a total loss. The Driveshaft, Crossmember, Braking system, Engine, Transmission, and Frame is rusted and the rusted bolts holding it together could potentially break at any moment. | | | | |
| Labor | Diagnostic | | | | 105.00 |

## THANK YOU FOR YOUR BUSINESS!
### LEAVE A ***** REVIEW AND RECEIVE A FREE 5 QT OIL CHANGE ON YOUR NEXT APPOINTMENT

Crenshaw automotive has the customers permission to drive vehicle in for repair for the purpose of diagnostic and repair evaluation with no risk of loss. Crenshaw Automotive is not responsible for risk of loss to vehicles in repair due to fire, theft, vandalism or acts of god. All vehicles in for repair must be paid in full before released to customer. All repairs are as-is upon receipt of payment. Any warranty on said repair is subject to management approval. Customer fully accepts these terms upon payment of repair. Thank you for your business!

| Authorizer | Date | Authorization Method | Shop Representative | Add. Amount | Total |
|------------|------|----------------------|---------------------|-------------|-------|
| David Cernance | 11/6/25 (01:48pm) | In Person | eric | *(Original Estimate)* | $125.00 |

Deposits:
No Deposits recorded

| | |
|---|---|
| Parts: | $0.00 |
| Labor: | $105.00 |
| Shop Supplies: | $15.00 |
| HazMat: | $5.00 |
| Subtotal: | $125.00 |
| Total Tax: | $0.00 |

X _____
*Customer Signature*

Date 11-06-2025

| | |
|---|---|
| **Total:** | **$125.00** |
| *Deposits* | *-$0.00* |

Page 1 of 1