IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DAVID JOSEPH CERNANCE,

      Plaintiff,

vs.

CARMAX AUTO SUPERSTORES, INC.,

      Defendant.

CIVIL ACTION FILE

NO.:  2:25-CV-00387-SCJ

**EXHIBIT E**

BR Auto Repair & Collision Center Rust Inspection Report dated November 12, 2025.



**BR Auto Repair & Collision Center**

900 Sun Valley Dr.
Suite 2
Roswell, GA 30076
Business Phone: (770) 754-4775
estimate@brautoservices.com

# Invoice

Est # 11588
ID # 16592145

---

**Vehicle Info**
2018 Ram -2500 Pickup Tradesman
3C6MR5AJ6JG347736
Body Type: 2 Door Regular Cab 140
Engine: 6.4L 8 Cyl Gas Injected
Drive Type: 4WD

**Owner**
David Cernance
(817) 570-7097
davidcernance@gmail.com
616 Hickory Cove Rd
Jasper, GA 30143

**Insurance Company**
Inspection Date: 11/12/2025

---

| Oper | | Description | Part Number | Price | Labor |
|------|--|-------------|-------------|-------|-------|
| **OTHER** | | | | | |
| 1 | Replace | INSPECTION OF RUST | | | 1 hrs. Mechanical |

**Service History and Inspection Report**

- In May 2024, the customer initially brought the vehicle in to have step running boards installed. During that visit, the technician noted a significant amount of rust on the frame and chassis. The customer was advised that a detailed inspection would be required to assess the extent of the corrosion.

- In November 2025, the customer contacted us again to schedule a rust inspection to determine the severity of the issue and explore possible repair options.

- Upon placing the vehicle on a lift and performing a thorough inspection, it was determined that the rust damage is extensive and beyond repair. The metal components—including, but not limited to, the chassis, frame rails, suspension, brake, and steering components—are severely corroded and structurally compromised.

  The customer has been advised that the affected parts cannot be repaired or repainted. A complete replacement of all rusted components with new, rust-free parts would be required to restore the vehicle to a safe and functional condition. the cost for this repair and full replacement of all rusted parts would exceed the market value of the truck.

| 2 | Replace | NOTES | | | |
|---|---------|-------|--|--|--|

The vehicle shows rust extending throughout the frame, front and rear suspension, brake system, front drive axle, front steering linkage/gear and cab floor pan ant etc.

# Totals

| Type | Labor Time | Cost | Total | Taxable |
|------|-----------|------|-------|---------|
| Mechanical Labor | 1.0 | $125.00 | $125.00 | |
| Taxable Amount | | | $0.00 | |
| Tax | 7.75% | | $0.00 | |
| Nontaxable Amount | | | $125.00 | |
| Sub Total | | | $125.00 | |
| Processing Fee | 3.5% | | $4.38 | |
| Grand Total | | | $129.38 | |

---

**Customer: David Cernance**                                              **Estimate #:  11588**

- *Estimate honored for 30 days*
- *Parts pricing is subject to change*
- *Not responsible for personal items left in vehicle*
- *Price may vary if internal damages not initially reported is found during services or tear down.*

*3.5% service fee will be charged on any debit, credit card or apple pay used for payment on any invoice amount.*
*Storage Fee will apply to Vehicles left for more than 48 hours from job completion until invoice is paid for in full and vehicle is removed from our premises. O.C.G.A $ 44-1-13*
*We appreciate the opportunity to work on your vehicle. Please let us know if there is anything else we can help you. Thank You for being part of the Br Auto Repair & Collision Center family.*

**Customer: David Cernance**                              **Estimate #:  11588**





**Customer: David Cernance**                    **Estimate #: 11588**





**Customer: David Cernance**                                          **Estimate #:  11588**





**Customer: David Cernance**

**Estimate #: 11588**





          11/12/2025 11:07 AM

**Customer: David Cernance**                                    **Estimate #:  11588**





**Customer: David Cernance**





**Customer: David Cernance**                    **Estimate #:  11588**





**Customer: David Cernance**    **Estimate #:  11588**





**Customer: David Cernance**

**Estimate #: 11588**







