IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DAVID JOSEPH CERNANCE,

     Plaintiff,

vs.

CARMAX AUTO SUPERSTORES, INC.,

    Defendant.

CIVIL ACTION FILE

NO.: 2:25-CV-00387-SCJ

**EXHIBIT F**

CarMax Check No. 3000030867 dated August 16, 2024, issued to Plaintiff for corrosion-related repairs and processed at the request of Operations Manager Letony Rouse II.



Affected by the government shutdown?

We may be able to help. See details at chase.com/gov-shutdown

✕

## CHASE ◯

Printed from Chase Personal Online

## Deposit Details

Total: **$629.29**

Post date: Aug 29, 2024

Check #: 3000030867

Front    Back



Account number: 2079920004898

Routing number: 053101561

JPMorgan Chase Bank, N.A. Member FDIC        ©2025 JPMorgan Chase & Co        Equal Opportunity Lender