IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DAVID JOSEPH CERNANCE,

Plaintiff,

vs.

CARMAX AUTO SUPERSTORES, INC.,

Defendant.

CIVIL ACTION FILE

NO.: 2:25-CV-00387-SCJ

**EXHIBIT G**

Selected Requests for Admission and Defendant's responses demonstrating that Defendant admits inspections occurred while also admitting that no inspection report exists, that it cannot identify the individual who performed the inspection, and that no supporting documentation is available.

sold that vehicle to plaintiff. Except as specifically admitted herein, request for admission no. 1 is denied.

2.

Admit that CarMax performed an inspection of the subject vehicle when it acquired the vehicle from the prior owner.

**RESPONSE:**    CarMax objects to request for admission no. 2 on the grounds that it is vague and ambiguous in that it does not identify the "subject vehicle" for which it seeks an admission. Subject to and without waiving this objection, CarMax admits that it performed an inspection of the 2018 RAM 2500 in connection with its purchase of that vehicle. Except as specifically admitted herein, request for admission no. 2 is denied.

3.

Admit that CarMax performed at least one inspection of the subject vehicle before selling it to Plaintiff.

**RESPONSE:**    CarMax objects to request for admission no. 3 on the grounds that it is vague and ambiguous in that it does not identify the "subject vehicle" for which it seeks an admission. Subject to and without waiving this objection, CarMax admits that it performed an inspection of the 2018 RAM 2500 before it sold that vehicle to plaintiff. Except as specifically admitted herein, request for admission no. 3 is denied.

Mozley, Finlayson
& Loggins LLP
A Limited Liability
Partnership
050 Crown Pointe Parkway
Suite 1500
Atlanta, Georgia 30338

-2-

evidence. Subject to and without waiving this objection, request for admission no. 10 is denied as stated.

11.

Admit that CarMax has no photographs documenting the alleged May 21, 2024 inspection.

**RESPONSE:**     CarMax has made reasonable inquiry, and the information known or readily obtainable by it is insufficient to enable it to admit or deny request for admission no. 11 at this time.

12.

Admit that CarMax has no technician notes documenting the alleged May 21, 2024 inspection.

**RESPONSE:**     CarMax has made reasonable inquiry, and the information known or readily obtainable by it is insufficient to enable it to admit or deny request for admission no. 12 at this time.

13.

Admit that CarMax has no inspection report documenting the alleged May 21, 2024 inspection.

**RESPONSE:**     Upon information and belief, request for admission no. 13 is admitted.

Mozley, Finlayson
& Loggins LLP
A Limited Liability
Partnership
050 Crown Pointe Parkway
Suite 1500
Atlanta, Georgia 30338

14.

Admit that CarMax cannot identify the technician who allegedly performed the May 21, 2024 inspection.

**RESPONSE:**    CarMax has made reasonable inquiry, and the information known or readily obtainable by it is insufficient to enable it to admit or deny request for admission no. 14 at this time.

15.

Admit that CarMax cannot identify the time the alleged May 21, 2024 inspection began.

**RESPONSE:**    Denied.

16.

Admit that CarMax cannot identify the time the alleged May 21, 2024 inspection ended.

**RESPONSE:**    Denied.

17.

Admit that CarMax cannot identify the location where the alleged May 21, 2024 inspection occurred.

**RESPONSE:**    Denied.

18.

Admit that CarMax has no documents showing that the alleged May 21,

Mozley, Finlayson
& Loggins LLP
A Limited Liability
Partnership
050 Crown Pointe Parkway
Suite 1500
Atlanta, Georgia 30338

-7-

2024 inspection was performed in accordance with CarMax policy.

**RESPONSE:**  CarMax has made reasonable inquiry, and the information known or readily obtainable by it is insufficient to enable it to admit or deny request for admission no. 18 at this time.

19.

Admit that CarMax has no documents showing that the alleged May 21, 2024 inspection was performed by a qualified technician.

**RESPONSE:**  CarMax has made reasonable inquiry, and the information known or readily obtainable by it is insufficient to enable it to admit or deny request for admission no. 19 at this time.

20.

Admit that CarMax has no documents showing that the alleged May 21, 2024 inspection included an undercarriage evaluation.

**RESPONSE:**  Denied as stated.

21.

Admit that CarMax has no documents showing that the alleged May 21, 2024 inspection occurred.

**RESPONSE:**  Denied.

22.

Admit that CarMax's statements to the Better Business Bureau regarding

Mozley, Finlayson
& Loggins LLP
A Limited Liability
Partnership
050 Crown Pointe Parkway
Suite 1500
Atlanta, Georgia 30338

-8-