IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DAVID JOSEPH CERNANCE,

    Plaintiff,

vs.

CARMAX AUTO SUPERSTORES, INC.,

    Defendant.

CIVIL ACTION FILE

NO.: 2:25-CV-00387-SCJ

## PROPOSED ORDER

Plaintiff's Motion for Leave to Serve Additional Interrogatories having been considered, together with the record in this case, it is hereby ORDERED that the motion is GRANTED.

Plaintiff is granted leave to serve up to ten (10) additional interrogatories upon Defendant CarMax Auto Superstores, Inc. The additional interrogatories shall be limited to matters concerning the identification of individuals who performed, supervised, or have knowledge of inspections of the subject vehicle, the nature, scope, and findings of any such inspections, the existence, location, and custodians of any documents, records, or data relating to those inspections, and the role, knowledge, and involvement of Operations Manager Letony Rouse II and any other personnel with relevant information.

SO ORDERED this ___ day of _____, 2026.


_____
**Honorable Steve C. Jones**
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DAVID JOSEPH CERNANCE,

      Plaintiff,

vs.

CARMAX AUTO SUPERSTORES, INC.,

      Defendant.

CIVIL ACTION FILE

NO.:  2:25-CV-00387-SCJ

## RULE 5.4(A) CERTIFICATE OF SERVICE

COMES NOW Plaintiff David Joseph Cernance, pursuant to Local Rule 5.4(A) of the United States District Court for the Northern District of Georgia, and hereby certifies that a true and correct copy of the foregoing Proposed Order has been served via electronic mail and U.S. first-class mail in a properly addressed envelope with adequate postage affixed to counsel for Defendant at the following address:

Sean E. Boyd
MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
sboyd@mfllaw.com

Pursuant to Local Rule 5.1, NDGa., the foregoing certificate is prepared in Times New Roman, 14 point.

This 23rd day of March, 2026

DAVID JOSEPH CERNANCE
Pro Se Plaintiff
616 Hickory Cove Rd
Jasper, GA 30143-6859
davidcernance@gmail.com