# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:25-cv-00387-SCJ
## Cernance v. CarMax Auto Superstores, Inc.
## Honorable Steve C. Jones

Minute Sheet for proceedings held on 03/26/2026.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:10 A.M.　　COURT REPORTER: Keisha Crump
TIME IN COURT: 00:10　　DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Sean Boyd representing CarMax Auto Superstores, Inc. <br> David J. Cernance appearing Pro Se |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Telephonic discovery dispute conference held upon request of Plaintiff. The Court heard from the parties and will issue an order in due course. |
| HEARING STATUS: | Hearing Concluded |