## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

DAVID J. CERNANCE,

  Plaintiff,

v.

CARMAX AUTO SUPERSTORES, INC.,

  Defendant.

CIVIL ACTION FILE

No. 2:25-CV-00387-SCJ

## ORDER

This matter appears before the Court on the Parties' discovery dispute. Pursuant to its informal discovery dispute resolution procedure, the Court conducted a telephone conference call on March 26, 2026.

During the conference call, Plaintiff indicated that he had not yet received certain documents pertaining to the acquisition, pre-sale, and post-sale inspections of his car, and Plaintiff reasserted that Defendant has failed to provide him with the identification of any nonparty individuals who inspected his car. The Court obtained assurance from Defendant that Defendant has diligently searched for any and all responsive documents and produced any such

documents to Plaintiff. Accordingly, the Court **DENIES** Plaintiff's request to file a Motion to Compel. However, the Court will allow Plaintiff to file his requests on the docket for purposes of perfecting the record.

To the extent Plaintiff alluded to inconsistencies in Defendant's discovery responses, the Court directed Plaintiff to inquire into these inconsistencies through depositions or other discovery tools. However, the Court does not find at this time that Defendant has failed to comply with discovery.

In conclusion, the parties' discovery dispute is resolved in accordance with the above-state order.

**IT IS SO ORDERED** this 26th day of March, 2026.

HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

2