IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DAVID JOSEPH CERNANCE,

Plaintiff,

vs.

CARMAX AUTO SUPERSTORES, INC.,

Defendant.

CIVIL ACTION FILE

NO.: 2:25-CV-00387-SCJ

**RULE 5.4(A) CERTIFICATE OF SERVICE**

COMES NOW Plaintiff David Joseph Cernance, pursuant to Local Rule 5.4(A) of the United States District Court for the Northern District of Georgia, and hereby files this Certificate of Service, stating that a true and correct copy of **Plaintiff's Notice for Purposes of Perfecting the Record** has been served via electronic mail and U.S. first-class mail in a properly addressed envelope with adequate postage affixed to counsel for Defendant at the following address:

Sean E. Boyd
MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
sboyd@mfllaw.com

Pursuant to Local Rule 5.1, NDGa., the foregoing certificate is prepared in Times New Roman, 14 point.

This 31st day of March, 2026

DAVID JOSEPH CERNANCE
Pro Se Plaintiff
616 Hickory Cove Rd
Jasper, GA 30143-6859
davidcernance@gmail.com