IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION



DAVID JOSEPH CERNANCE,

         Plaintiff,

vs.

CARMAX AUTO SUPERSTORES, INC.,

         Defendant.

CIVIL ACTION FILE

NO.: 2:25-CV-00387-SCJ

## PLAINTIFF'S NOTICE FOR PURPOSES OF PERFECTING THE RECORD

Plaintiff David J. Cernance respectfully submits this Supplemental Statement pursuant to the Court's instruction that discovery issues be placed on the record to preserve them prior to any request for relief. This filing is not a motion and seeks no relief. It is submitted solely to document recent events affecting written discovery and preparation for the Rule 30(b)(6) deposition.

Plaintiff has served written discovery requests seeking documents relating to inspections of the subject vehicle, internal communications, and materials concerning the vehicle's condition. Defendant has represented that responsive documents exist but has conditioned production on entry of a protective order of confidentiality.

Defendant provided Plaintiff with a proposed protective order and represented that it would not produce certain responsive materials absent entry of that order. Plaintiff informed Defendant that he does not oppose the concept of a protective order generally but does not agree to the specific terms proposed. Plaintiff further stated that Defendant may seek relief from the Court if it believes such an order is necessary. Plaintiff did not receive a revised proposal or a motion prior to Defendant's request for a conference with the Court.

As of the date of this filing, Defendant has not produced the materials it identified as responsive where production has been conditioned on entry of the proposed protective order.

The same categories of documents are relevant to preparation for Defendant's Rule 30(b)(6) deposition, currently scheduled for April 24, 2026. Plaintiff has requested production of documents reasonably necessary to prepare for that deposition. Defendant has not produced those materials where production has been conditioned on entry of the proposed protective order.

On March 31, 2026, Defendant contacted the Court's deputy to request a conference regarding the protective order issue and attached its proposed order. This request was made prior to the document-production deadline associated with the Rule 30(b)(6) deposition.

This filing is submitted to document that (1) Defendant has represented that responsive materials exist but has conditioned production on entry of a protective order, (2) those materials have not been produced as of this date, and (3) the same issue affects Plaintiff's ability to prepare for the scheduled Rule 30(b)(6) deposition.

Plaintiff attaches as Exhibit A the proposed Protective Order of Confidentiality provided by Defendant for reference.

Respectfully submitted,
This 1st day of April, 2026.

DAVID JOSEPH CERNANCE
Pro Se Plaintiff
616 Hickory Cove Rd
Jasper, GA 30143-6859