**Shane Gazaway**

| | |
|---|---|
| **From:** | no-reply@efilingmail.tylertech.cloud |
| **Sent:** | Monday, April 6, 2026 9:28 AM |
| **To:** | Shane Gazaway |
| **Subject:** | Filing Accepted for Case: 2025SUCV0721; CERNANCE V/S CARMAX AUTO SUPERSTORE, INC; Envelope Number: 21343876 |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

CAUTION - EXTERNAL:

# Filing Accepted

Envelope Number: 21343876
Case Number: 2025SUCV0721
Case Style: CERNANCE V/S CARMAX AUTO
SUPERSTORE, INC

The filing below was reviewed and has been accepted by the clerk's office. You may access the file stamped copy of the document filed by clicking on the below link.

| Filing Details | |
|---|---|
| **Court** | Pickens County |
| **Case Number** | 2025SUCV0721 |
| **Case Style** | CERNANCE V/S CARMAX AUTO SUPERSTORE, INC |
| **Date/Time Submitted** | 4/3/2026 5:52 PM EST |
| **Date/Time Accepted** | 4/6/2026 9:28 AM EST |
| **Accepted Comments** | |
| **Filing Type** | Notice |
| **Filing Description** | Order of Remand from United States District Court, Northern GA |
| **Activity Requested** | EFile |
| **Filed By** | Robert Gazaway |
| **Filing Attorney** | Kevin Weimer |

| Document Details | |
|---|---|
| **Lead Document** | show_temp-470.pdf |
| **Lead Document Page Count** | 10 |
| **File Stamped Copy** | Download Document |

This link is active for 90 days. To access this document, you will be required to enter your email address. Click here for more information.

**Please Note:** If you have not already done so, be sure to add yourself as a service contact on this case in order to receive eService.

For technical assistance, contact your service provider



Need Help? Help

No Lawyer? Start Here
Visit: https://georgia.tylertech.cloud/ofsweb
Email:efiling.support@tylertech.com

Please do not reply to this email. It was automatically generated.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.