IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

MAY 11 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

DAVID JOSEPH CERNANCE,

    Plaintiff,

vs.

CARMAX AUTO SUPERSTORES, INC.,

    Defendant.

CIVIL ACTION FILE

NO.:  2:25-CV-00387-SCJ

## NOTICE OF RETURNED CERTIFIED MAIL AND PROOF OF SERVICE

Plaintiff David Joseph Cernance respectfully submits this Notice for the limited purpose of perfecting the record regarding service of Plaintiff's Notice for Purposes of Perfecting the Record, filed on April 1, 2026 as Dkt. 31. This Notice is not a motion and seeks no relief. It is submitted solely to ensure that the federal docket accurately reflects the status of service of Dkt. 31 and the events that occurred prior to remand.

Dkt. 31 was filed pursuant to the Court's March 26, 2026 instruction that discovery-related issues be placed on the record without seeking relief. In that filing, Plaintiff documented that Defendant had represented that responsive materials existed but had conditioned production on entry of a proposed protective order of confidentiality. Plaintiff further documented that Defendant had not produced those materials as of the date of filing, that the same issue affected

Plaintiff's ability to prepare for the scheduled Rule 30(b)(6) deposition, and that Defendant had contacted the Court's deputy to request a conference regarding the protective order issue prior to the document-production deadline. Dkt. 31 was submitted to preserve these discovery issues on the record as directed by the Court.

On April 1, 2026, Plaintiff mailed a certified mail package containing Dkt. 31 and its accompanying exhibits to Defendant's counsel, Sean E. Boyd, at Mozley, Finlayson & Loggins LLP, 1050 Crown Pointe Parkway, Suite 1500, Atlanta, Georgia 30338-7704. The mailing was sent via Certified Mail, Article Number 9589 0710 5270 3475 8703 80. The United States Postal Service subsequently returned the mailing to Plaintiff bearing the notations "UNCLAIMED," "UNABLE TO FORWARD," and "RETURN TO SENDER." A true and correct copy of the returned certified mail envelope and the corresponding PS Form 3811, which appear together on a single scanned page, is attached as Exhibit A.

In addition to the certified mail service attempt, Plaintiff also served Dkt. 31 and its exhibits by electronic mail on April 1, 2026 at 10:19 AM. A true and correct copy of the email transmission sent to Mr. Boyd and copied to defense counsel is attached as Exhibit B.

This Notice is submitted solely to document that Plaintiff attempted certified mail service of Dkt. 31, that the certified mail package was subsequently returned by the United States Postal Service, that electronic service was completed on April 1, 2026, and that the filing summarized above was transmitted to Defendant's counsel. Because these events occurred while the case was pending in federal court, Plaintiff files this Notice to preserve the accuracy and completeness of the federal record.

Respectfully submitted,
This 11th day of May, 2026.

DAVID JOSEPH CERNANCE
Pro Se Plaintiff
616 Hickory Cove Rd
Jasper, GA 30143-6859