**Exhibit B**
April 1 email showing electronic service

 Gmail                                            **David Cernance** <davidcernance@gmail.com>

---

## Filing of Plaintiff's Notice for Purposes of Perfecting the Record (Dkt. 31)

---

**David Cernance** <davidcernance@gmail.com>                          Wed, Apr 1 at 10:19 AM
To: Sean E. Boyd <sboyd@mfllaw.com>
Cc: Maybel Thomas <MTHOMAS@mfllaw.com>, Tara M. Bragg <TBragg@mfllaw.com>

Mr. Boyd,

Please see the attached Plaintiff's Notice for Purposes of Perfecting the Record, filed on the docket as Dkt. 31, together with Exhibit A (Dkt. 31-1), Exhibit B (Dkt. 31-2), and the Rule 5.4(A) Certificate of Service (Dkt. 31-3).

This filing is submitted pursuant to the Court's March 26, 2026 Order (Dkt. 27), which directed that discovery-related issues be placed on the record without seeking relief. The Notice reflects Defendant's position that production of responsive materials has been conditioned on entry of a protective order, and the resulting impact on Plaintiff's ability to prepare for the Rule 30(b)(6) deposition scheduled for April 24, 2026.

Regards,
David J. Cernance
Pro Se Plaintiff


Sent from Gmail Mobile
Filed_Plaintiff_Notice_For_Purposes_of_Perfecting_the_Record_2026-04_01.pdf