IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DAVID JOSEPH CERNANCE,

        Plaintiff,

vs.

CARMAX AUTO SUPERSTORES, INC.,

        Defendant.

CIVIL ACTION FILE

NO.:  2:25-CV-00387-SCJ

## RULE 5.4(A) CERTIFICATE OF SERVICE

COMES NOW Plaintiff David Joseph Cernance, pursuant to Local Rule 5.4(A) of the United States District Court for the Northern District of Georgia, and hereby certifies that a true and correct copy of the foregoing Notice of Returned Certified Mail and Proof of Service, together with Exhibits A, and B, has been served via electronic mail and via United States First-Class Mail in a properly addressed envelope with adequate postage affixed to the following:

Sean E. Boyd
MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
sboyd@mfllaw.com

Pursuant to Local Rule 5.1, NDGa., the foregoing certificate is prepared in Times New Roman, 14 point.

This 11th day of May, 2026

DAVID JOSEPH CERNANCE
Pro Se Plaintiff
616 Hickory Cove Rd
Jasper, GA 30143-6859
davidcernance@gmail.com