IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DAVID JOSEPH CERNANCE,

Plaintiff,

vs.

CARMAX AUTO SUPERSTORES, INC.,

Defendant.

CIVIL ACTION FILE

NO.: 2:25-CV-00387-SCJ

## NOTICE FOR PURPOSES OF PERFECTING THE RECORD

Plaintiff David Joseph Cernance respectfully submits this Notice solely for purposes of perfecting the record concerning information that became available after the February 24, 2026 and March 26, 2026 discovery conferences and that relates directly to issues discussed during those proceedings.

Plaintiff seeks no relief from this Court, does not request reconsideration of any ruling, does not seek to reopen the proceedings, and does not request any action by this Court. This filing is submitted solely to preserve information in the record that was unavailable during the federal proceedings and that bears upon matters discussed before the Court.

During the February 24, 2026 and March 26, 2026 conferences, defense counsel represented that CarMax could not identify the individual who performed the alleged May 21, 2024 inspection despite inquiry to the company. During the

March 26, 2026 conference, the Court stated that Plaintiff could perfect the record by filing information on the docket concerning matters he believed pertinent to those issues so that such information would be preserved in the event of appellate review.

Following remand of this matter to the Superior Court of Pickens County, Georgia, Plaintiff obtained discovery responses and related information that were not available during the February 24, 2026 and March 26, 2026 proceedings. Those materials concern, among other things:

1. The identity and composition of the "senior management" group referenced in CarMax's internal records;

2. Defendant Letony "Tony" Rouse II's admissions concerning his role as a member of that senior-management group;

3. Admissions concerning Mr. Rouse's personal involvement in looking at the vehicle and communicating inspection findings to Plaintiff;

4. Admissions concerning Mr. Rouse's involvement with Salesforce Case Notes relating to the vehicle;

5. Information bearing upon the identity of individuals associated with the inspection narrative discussed during the federal proceedings; and

6. Information concerning the absence of contemporaneous inspection documentation and the sources of information underlying the inspection narrative.

Because this information became available only after the federal proceedings concluded, Plaintiff was unable to present it during the February 24, 2026 and March 26, 2026 conferences.

Attached as Exhibit A is Plaintiff's Motion for Sanctions for Fraud Upon the Court filed in the Superior Court of Pickens County, Georgia. The motion and its exhibits contain the subsequently obtained discovery responses, business records, transcripts, and related materials that form the basis for Plaintiff's position concerning the matters discussed during the federal proceedings.

Plaintiff submits the attached materials solely for record-preservation purposes and respectfully requests no relief, no reopening of proceedings, and no action by this Court.

Respectfully submitted,
This 15th day of June, 2026.

DAVID JOSEPH CERNANCE
Pro Se Plaintiff
616 Hickory Cove Rd
Jasper, GA 30143-6859