IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION



FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

JUN 17 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

DAVID JOSEPH CERNANCE,

Plaintiff,

vs.

CARMAX AUTO SUPERSTORES, INC.,

Defendant.

CIVIL ACTION FILE

NO.: 2:25-CV-00387-SCJ

## PLAINTIFF'S NOTICE FOR PURPOSES OF PERFECTING THE RECORD REGARDING SEAN E. BOYD'S AI CERTIFICATION DATED JUNE 15, 2026

Plaintiff respectfully submits this Notice for purposes of perfecting the record.

On June 17, 2026, Plaintiff filed in the Superior Court of Pickens County a Notice of Filing for Purposes of Preserving the Record Regarding Sean E. Boyd's AI Certification Dated June 15, 2026.

Plaintiff submits the same materials here so that the federal docket contains a complete and accurate record of the materials referenced in the related state-court proceedings.

Attached hereto are:

Exhibit A – Notice of Filing of Defendants' Artificial Intelligence Certification filed in the Superior Court of Pickens County;

Exhibit B – Artificial Intelligence Certification of Sean E. Boyd dated June 15, 2026.

Plaintiff does not seek substantive relief through this Notice. This filing is submitted solely for purposes of preserving and perfecting the record.

Respectfully submitted,
This 17th day of June, 2026.

DAVID JOSEPH CERNANCE
Pro Se Plaintiff
616 Hickory Cove Rd
Jasper, GA 30143-6859