**Exhibit A**

**Notice of Filing for Purposes of Preserving the Record Regarding Sean E.
Boyd's AI Certification Dated June 15, 2026**



IN THE SUPERIOR COURT OF PICKENS COUNTY
STATE OF GEORGIA

|  |  |
|---|---|
| DAVID JOSEPH CERNANCE, | |
| Plaintiff, | CIVIL ACTION FILE |
| | NO.: 2025SUCV0721 |
| vs. | |
| CARMAX AUTO SUPERSTORES, INC., LETONY "TONY" ROUSE II, | |
| Defendants. | |

## NOTICE OF FILING FOR PURPOSES OF PRESERVING THE RECORD REGARDING SEAN E. BOYD'S AI CERTIFICATION DATED JUNE 15, 2026

Plaintiff hereby files the attached Artificial Intelligence Certification executed by Defendants' counsel, Sean E. Boyd, dated June 15, 2026.

Plaintiff submits this Notice for purposes of preserving the record and ensuring that the Court maintains a complete and accurate record of materials submitted in connection with filings in this action.

Attached hereto as Exhibit A is a true and correct copy of Sean E. Boyd's Artificial Intelligence Certification dated June 15, 2026.

Plaintiff does not seek substantive relief through this Notice. This filing is submitted solely for purposes of preserving the record.

Respectfully submitted,
This 17th day of June, 2026.

DAVID JOSEPH CERNANCE
Pro Se Plaintiff
616 Hickory Cove Rd
Jasper, GA 30143-6859

# EXHIBIT A

## ARTIFICIAL INTELLIGENCE CERTIFICATION OF SEAN E. BOYD
## DATED JUNE 15, 2026

IN THE SUPERIOR COURT OF PICKENS COUNTY
STATE OF GEORGIA

DAVID JOSEPH CERNANCE,

Plaintiff,

vs.

CARMAX AUTO SUPERSTORES, INC.,
LETONY "TONY" ROUSE II,

Defendants.

CIVIL ACTION FILE
NO.: 2025SUCV0721

## **ARTIFICIAL INTELLIGENCE (AI) CERTIFICATION**

I hereby certify that I used artificial intelligence (AI) to generate documents or exhibits submitted in this case.

I hereby certify that every citation to law, case, or statute listed in this pleading, or any evidence submitted in court (including images, videos, audio, text, and other digital content submitted in this case) has been verified as accurate and that it exists for the proposition cited.

This the 15th day of June, 2026.

/s/ Sean E. Boyd
Sean E. Boyd
Georgia Bar No. 302874

IN THE SUPERIOR COURT OF PICKENS COUNTY
STATE OF GEORGIA

COPY

DAVID JOSEPH CERNANCE,

      Plaintiff,

vs.

CARMAX AUTO SUPERSTORES, INC.,
LETONY "TONY" ROUSE II,

      Defendants.

CIVIL ACTION FILE

NO.: 2025SUCV0721

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing **NOTICE OF FILING FOR PURPOSES OF PRESERVING THE RECORD REGARDING SEAN E. BOYD'S AI CERTIFICATION DATED JUNE 15, 2026** upon all counsel of record by electronic mail and/or through the Court's electronic filing system.

Sean E. Boyd
MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
sboyd@mfllaw.com

This 17th day of June, 2026

DAVID JOSEPH CERNANCE
Pro Se Plaintiff
616 Hickory Cove Rd
Jasper, GA 30143-6859
davidcernance@gmail.com