**Exhibit B**

**Sean E. Boyd's AI Certification Dated June 15, 2026**

IN THE SUPERIOR COURT OF PICKENS COUNTY
STATE OF GEORGIA

DAVID JOSEPH CERNANCE,

    Plaintiff,

  vs.

CARMAX AUTO SUPERSTORES, INC.,
LETONY "TONY" ROUSE II,

    Defendants.

CIVIL ACTION FILE
NO.: 2025SUCV0721

## ARTIFICIAL INTELLIGENCE (AI) CERTIFICATION

I hereby certify that I used artificial intelligence (AI) to generate documents or exhibits submitted in this case.

I hereby certify that every citation to law, case, or statute listed in this pleading, or any evidence submitted in court (including images, videos, audio, text, and other digital content submitted in this case) has been verified as accurate and that it exists for the proposition cited.

This the 15th day of June, 2026.

/s/ Sean E. Boyd
Sean E. Boyd
Georgia Bar No. 302874