IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION



DAVID JOSEPH CERNANCE,

Plaintiff,

vs.

CARMAX AUTO SUPERSTORES, INC.,

Defendant.

CIVIL ACTION FILE

NO.: 2:25-CV-00387-SCJ

## RULE 5.4(A) CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2026, I served a true and correct copy of the foregoing **PLAINTIFF'S NOTICE FOR PURPOSES OF PERFECTING THE RECORD REGARDING COUNSEL SEAN E. BOYD'S REPRESENTATIONS TO THE COURT, APPARENT MISREPRESENTATIONS, AND SUBSEQUENT DISCOVERY INCONSISTENCIES RELATING TO THE ALLEGED MAY 21, 2024 INSPECTION**, together with any attached exhibit, upon counsel for Defendant CarMax Auto Superstores, Inc. by electronic mail and by First-Class U.S. Mail, postage prepaid, addressed as follows:

Sean E. Boyd
MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500

Atlanta, Georgia 30338-7704
sboyd@mfllaw.com

Pursuant to Local Rule 5.1, NDGa., the foregoing certificate is prepared in Times New Roman, 14 point.

This 6th day of July, 2026

_____
DAVID JOSEPH CERNANCE
Pro Se Plaintiff
616 Hickory Cove Rd
Jasper, GA 30143-6859
davidcernance@gmail.com